UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60312-CR-COHN/SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GENET REMBERT, et al.,

        Defendant.
_____/

**ORDER**

THIS MATTER came before the court upon the defendant's Demand for Specific *Brady* Material. After carefully considering the motion, it is

ORDERED AND ADJUDGED that the motion is hereby GRANTED. The government shall provide the defendant with the following:

    A.    The substance of any statement C.J. made to government agents or law enforcement officers wherein she admits to engaging commercial sex acts prior to meeting the defendants, including but not limited to, instances wherein she traded sex in exchange for drugs.

    B.    The substance of any statement any individual made to government agents or law enforcement officers pertaining to C.J. engaging commercial sex acts prior to meeting the defendants, including, but not limited to, instances wherein she traded sex in exchange for drugs.

1

C. Any information, whether or not memorialized in a government or law enforcement agency memorandum or report, pertaining to C.J. engaging in commercial sex acts prior to meeting the defendants, including, but not limited to, instances wherein she traded sex in exchange for drugs.

DONE AND ORDERED at Fort Lauderdale, Florida this ___6TH___ day of May, 2013.

*James I. Cohn*
JAMES I. COHN
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record

J:\Rembert, Genet Reg 01321-104\Pleadings\Brady Order.wpd