UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60312-CR-COHN/SELTZER

UNITED STATES OF AMERICA,
           Plaintiff,

vs.

GENET REMBERT, et al.,
           Defendant.
                               :

**DEFENDANT REMBERT'S SECOND PROPOSED JURY INSTRUCTION**

The defendant, Genet Rembert, through counsel, respectfully requests that the Court charge the jury with the following instruction, pursuant to Fed. R. Crim. P. 30.

        Respectfully submitted,

        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

By: s/ *Daryl E. Wilcox*
        Daryl E. Wilcox
        Assistant Federal Public Defender
        Florida Bar No. 838845
        One E. Broward Boulevard, Suite 1100
        Ft. Lauderdale, FL 33301-1842
        (954) 356-7436
        (954) 356-7556, Fax
        Daryl_Wilcox@FD.Org, E-Mail

## Duress and Coercion (Justification or Necessity)

The Defendant Rembert claims that if she committed the acts charged in the indictment, she did so only because she was forced to commit the crime.

If you conclude that the Government has proved beyond a reasonable doubt that the Defendant committed the crime as charged, you must then consider whether the Defendant should nevertheless be found "not guilty" because her actions were justified by duress or coercion.

To excuse a criminal act, the Defendant must prove by a preponderance of the evidence:

<u>First</u>: That there was an unlawful and present, immediate, and impending threat of death or serious bodily harm to the Defendant or another;

<u>Second</u>: That the Defendant's own negligent or reckless conduct did not create a situation where the Defendant would be forced to engage in a crime;

<u>Third</u>: That the Defendant had no reasonable legal alternative to violating the law; and

<u>Fourth</u>: That avoiding the threatened harm caused the criminal action. A "preponderance of the evidence" is enough evidence to persuade you that the Defendant's claim is more likely true than not true. If you find that the Defendant has proven each of these elements by a preponderance of the evidence, you must find the Defendant not guilty.

## CERTIFICATE OF SERVICE

  I HEREBY certify that on May 23, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

             By: *s/Daryl E. Wilcox*
                Daryl E. Wilcox

J:\Rembert, Genet  Reg 01321-104\Pleadings\Jury instruction motion2.wpd

# SERVICE LIST
## UNITED STATES v. GENET REMBERT, et al.
### CASE NO. 12-60312-CR-COHN/SELTZER
United States District Court, Southern District of Florida

Francis Ines Viamontes, Esq.
francis.viamontes@usdoj.gov
Assistant United States Attorney
500 E. Broward Boulevard, 7th Floor
Fort Lauderdale, FL 33394-3016
954-356-7255
954-356-7336, fax
Attorney for the Government
Notices of Electronic Filing

Daryl E. Wilcox, Esq.
daryl_wilcox@fd.org
Assistant Federal Public Defender
One E. Broward Boulevard, Suite 1100
Fort Lauderdale, FL 33301-1842
954-356-7436
954-356-7556, fax
Attorney for Genet Rembert
Notices of Electronic Filing

Deric Zacca, Esq.
Monarch Professional Centre
12781 Miramar Parkway, Suite 303
Miramar, FL 33024-4204
954-450-4848
954-450-4204, fax
Attorney for Mackenley Desir
Notices of Electronic Filing