```
MEMORIAL HEALTHCARE SYSTEM
PT NAME: REMBERT, GENET      Sex: F    DOB:03-06-1992
MRN#:   1705074                  CSN#:   5004176878
DOS:05-03-2012 18:54      FACILITY:   40
DICTATED:   20120503191600           TRANSCRIBED: 05-04-2012 08:28
ELECTRONICALLY SIGNED BY:  MCLEARY, MICHAEL    ON: 05-04-2012 16:11
PHYS_ID/NAME: 102000 - MEDICINE EMERGENCY MD
REQ_ID/NAME : 102528 - MARK LOUDEN MD


EXAM: CTAPIV/STA/SRD - CT ABD/PELVIS CT WITH IV CONTRAST ONLY - 19390655
REASON FOR EXAM: Injury/Trauma
```

CT SCAN OF THE ABDOMEN AND PELVIS WITH INTRAVENOUS CONTRAST IN THE AXIAL PLANE WITH CORONAL REFORMATS: 05/03/2012
CLINICAL HISTORY: 20-YEAR-OLD FEMALE WHO WAS ASSAULTED WITH ABDOMINAL PAIN. THE PATIENT RECEIVED INTRAVENOUS CONTRAST AND HAD AN ALLERGIC REACTION WITH SHORTNESS OF BREATH AND FACIAL SWELLING. THIS WAS DONE IN THE EMERGENCY DEPARTMENT AND THE PATIENT WAS SEEN BY THE EMERGENCY PHYSICIAN AND GIVEN BENADRYL. THE PATIENT IS NOW DOING WELL.
The scan is limited by patient motion. The patient was re-scanned with continued motion.
The lung bases are clear. There is no evidence of cardiomegaly, pleural or pericardial effusion. The visualized solid and hollow abdominal and pelvic viscera on these markedly degraded images show no obvious evidence of injury. There is no evidence of ascites or obvious free intraperitoneal air. A pelvic fracture is not identified.
IMPRESSION:
A SEVERELY LIMITED INITIAL AND REPEAT CT WITH CONTINUED PATIENT MOTION.
THERE IS NO OBVIOUS EVIDENCE OF INTRAABDOMINAL OR PELVIC INJURY.
THIS PATIENT HAD AN ALLERGIC REACTION TO THE INTRAVENOUS CONTRAST AND WAS TREATED BY THE EMERGENCY DEPARTMENT PHYSICIAN.
END OF IMPRESSION

Date: 5/3/12

| INTAKE | | | | OUTPUT | | |
|---|---|---|---|---|---|---|
| Time | Type | Route | Vol | Time | Type | Vol |
| | | | | 1730 | urine | x1 |
| | | | | | | |
| | | | | | | |
| | | Total Intake: | | | Total Output: | |

### PROCEDURES & THERAPIES INITIATED

| TIME | | TIME | |
|---|---|---|---|
| ___ | 1st SET BLOOD CULTURE DRAWN ___ | ___ | ☐ ET ___ SIZE ___ POSITION ___ |
| ___ | 2nd SET BLOOD CULTURE DRAWN ___ | ___ | ACCU-CHECK ___ ( ___ ) |
| ___ | OXYGEN ___ SO2 ___ | ___ | NG (SIZE / RETURN) ___ |
| ___ | RESP. TX ___ | ___ | VAG. EXAM ___ |
| ___ | MONITOR CARDIAC ___ | ___ | FOLEY (SIZE / RETURN) ___ |
| ___ | EKG ___ | 1736 | SALINE LOCK (SIZE / SITE) 20G to LAC |
| 1736 | LABS BY: VM | ___ | SALINE LOCK (SIZE / SITE) ___ |
| ___ | ABG BY: ___ SITE ___ | ___ | IV (SIZE / SITE) ___ |
| ___ | LP BY: ___ | ___ | IV (SIZE / SITE) ___ |
| 1713 | X-RAYS done | ___ | CT ___ |

EFFECT: N=NONE  C=COMPLETE  P=PARTIAL  PAIN 0-10

### IV / MEDICATION ADMINISTRATION

| Start Time | Medication / Solution | Dose / Rate | Amt Hung | Route / Site | Stop Time | Initials | Time | Effect | Initials |
|---|---|---|---|---|---|---|---|---|---|
| 1845 | Benadryl | 25mg IV | — | IV | — | JT | | | |

### VITAL SIGNS / NEUROLOGICAL STATUS

Pain Intervention Key: N = None  M = Meds  O = Other

| TIME | TEMP | PULSE | RESP | BP | SAO2 | RHYTHM | PAIN 0-10 Scale | PAIN Inter. | PUPILS R | PUPILS L | EYES | VERBAL | MOTOR | TOTALS GCS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1855 | ⊖ | 92 | 15 | 122/79 | 98 RA | SR | | | | | | | | |
| 1919 | — | 70 | 14 | 119/74 | 100% RA | SR | 0/10 | N | | | | | | |
| 2044 | — | 62 | 13 | 108/64 | 100% RA | SR | 0/10 | N | | | | | | |

SIGNATURE: [signature] RN 70701   EMP. #   INITIAL

PATIENT/LABEL
MR 1705074   CSN 5004176878
REMBERT, GENET
MRH EMERGENCY DEPT   Female   3/6/1992 (20 yrs)

Form No. 2300-00159 (Rev. 08/11)   PAGE 3 OF 4

Date: _____

**Section 4**

GOAL: To deliver individualized care that is appropriate to the patient's needs and severity of conditions/disease, that will achieve the appropriate level of disposition.

**Plan / Intervention**

☐ Minimize Swelling  ☐ Pain Relief  ☐ Position  ☐ Elevate Limb  ☐ Isolate  ☐ Facilitate Airway  ☐ Promote Ventilation  ☐ Control Bleeding
☐ Increase Cardiac Output  ☐ Increase Tissue Perfusion  ☒ Other Safety

| Time | Ongoing Assessment / Plan of Care |
|---|---|
| 1618 | Received pt to rm #19. pt is A&Ox3, pink, even & unlabored. "My boyfriend hit me in the stomach & started to bite me. I live in his house but the police arrested him. Hopefully he won't be home but the police helped me take my clothes to a friend's house." NAD noted. Multiple bite marks noted to pt's body. please refer to primary assessment diagram. pt c/o abdominal tenderness. |
| 1713 | pt ambulated to x-ray. |
| 1736 | labs obtained. IV established. pt medicated per MD request. pt tolerated well. updated c plan of care. |
| 1829 | pt to CT via stretcher. |
| 1840 | Arrived to trauma CT. pt reports ↑ SOB & chest pain post Iodine infusion. pt sat 95% on RA HR 115. resp even. pt medicated. |
| 1850 | pt arrived to rm 19. Dr. Louden to B.S. advised of pt's chest pain. NG EKG per MD. placed on full N cp. |

**ADMIT / DC PAIN ASSESSMENT**

NO PAIN — MODERATE PAIN — WORST PAIN
0 (circled) 1 2 3 4 5 6 7 8 9 10

Effectiveness of Pain Management: ☒ Complete Relief  ☐ Partial Relief  ☐ No Relief
Pain Management Education Done: ☒ Yes  ☐ No

OTHER COMMENTS: _____

Nurses Initials ____

☐ See Continuation of Narrative Notes

**Section 5**

Date: _____  Time: _____  Report Given To: _____

**ADMIT SUMMARY**

Transported Via: ☐ Stretcher  ☐ W/C  ☐ Hospital Bed
Accompanied By: ☐ RN  ☐ Transport  ☐ Tech/Medic  ☐ R.T.  ☐ Security
Equipment Used: ☐ None  ☐ Monitor  ☐ O2  ☐ IV/Device  ☐ Other _____
Personal Effects sent: ☐ Yes  ☐ No  ☐ N/A
Time to Unit/Floor: _____  Nurses Initials _____

**DISCHARGE SUMMARY**

Date: 5/3/12  Time: 2045  ☐ AMA  ☐ LWBS  ☐ Transfer
Topic: ☒ Medication  ☒ Pain Management  ☐ Home Care  ☐ Follow-up  ☒ Medication Record to Patient/Family
Taught To: ☒ Pt  ☐ Family  ☐ Parent  ☐ Other
Teaching Method: ☒ Discussion  ☐ Video  ☒ Handout  ☐ Demo
Understanding: ☒ Good  ☐ Fair  ☐ Poor  Evaluation Method: ☒ Verbal  ☐ Return Demo
Discharge Mode: ☒ Ambulation  ☐ Crutches  ☐ Wheelchair  ☐ Ambulance  ☐ Assisted with Ambulation
Accompanied By: ☒ Self-Parent  ☐ Spouse  ☐ Family  ☐ Friend  ☐ Police
Environment: ☐ Lives Alone  ☐ Family/Significant Other  ☐ Minor/with Parent  ☐ Minor/without Parent  ☐ Nursing Home  ☐ Jail
☐ Private Home  ☐ Homeless  ☒ Other Friend's home
☐ Patient asked if any further concerns  Nurses Initials ____

| SIGNATURE | EMP. # | INITIAL | PATIENT/LABEL |
|---|---|---|---|
| (signature) | 70501 | G | MR 1705074  CSN 5004176878 |
| (signature) | 71182 | LY | REMBERT, GENET  Female  3/6/1992 (20 yrs)  MRH EMERGENCY DEPT |

Form No. 2300-00169 (Rev 08/11)                                   PAGE 4 OF 4