

**DEPARTMENT OF MEDICAL RECORDS**
1600 S. Andrews Avenue
Fort Lauderdale, FL 33316

| | |
|---|---|
| Fred W. Reineke, M.D. (BHMC Laboratory) | Lewis Starasoler, M.D. (BHIP Laboratory) |
| Gary Richmond, M.D., F.A.C.P., F.C.C.P. (BHMC Pulmonary) | George P. Azar, JR., M.D. (BHIP Pulmonary) |
| CLIA: 10D0285148  CAP: 1513401 | CLIA: 10D0284612  CAP: 1511701 |
| William D. Williams, M.D. (BHN Laboratory) | Farzad M. Esfahani, M.D. (BHCS Laboratory) |
| Darren Hoffberger, D.O. (BHN Pulmonary) | Jeffrey Wolkowicz, M.D. (BHCS Pulmonary) |
| CLIA: 10D0278979  CAP: 1497901 | CLIA: 10D0665305  CAP: 2997001 |

## ADULT/NICU PLAN OF CARE

5/16/2012 3:15:00 PM  Intervention
 Assess ability to perform self care activities, Assess for coping mechanism, Pain Management Protocol, Provide Micromedix

5/16/2012 3:15:00 PM  Planned Outcome/Evaluation
 Improved respiratory status, Pain reduced/controlled, Skin integrity maintained, Verbalizes understanding of Dx /medical compliance

| User Name | Signature/Credentials | Begin Effective Date/Time | End Effective Date/Time |
|---|---|---|---|
| LOVE51 | LOVE RN, DAWN | 10/29/2002 4:07:48 PM | Current |

## NURSING NOTES

| | Date | 5/16/2012 | 5/16/2012 | |
| | Time | 4:31:00 PM | 3:15:00 PM | |
| Procedure | Units | Performed/Verified | | Performed/Verified |
| Nursing Note | See Below | LOVE51 | See Below | LOVE51 |

5/16/2012 4:31:00 PM  Nursing Note
 social worker was able to fax some paperwork over for pt and place to saty, pt provided with info and bus pass. encouraged pt to still make a police report. stable for d/c, +steady gait

5/16/2012 3:15:00 PM  Nursing Note
 rec pt sts she was assaulted by her boyfriend, multi bruises, human bite marks noted all over her body. pt sts he placed her in a choke hold and she passed out. pt c/o neck/back/abd pain. a/ox3.

| User Name | Signature/Credentials | Begin Effective Date/Time | End Effective Date/Time |
|---|---|---|---|
| LOVE51 | LOVE RN, DAWN | 10/29/2002 4:07:48 PM | Current |

| | | | |
|---|---|---|---|
| ADMIT DATE: 5/16/2012 | DISCHARGE DATE: 5/16/2012 | DOB: 3/6/1992 | PATIENT: **REMBERT, GENET** |
| PATIENT TYPE: ERD | MEDICAL SERVICE: EMD | SEX: F | ROOM: - |
| | | | MR#: **1520993** |
| ADMIT DR: BATISTA MD, REBECCA B | | | FIN#: 121463491 |
| ORDER DR: N/A | | | LOCATION: **BEA1** |
| | | CORP ID: 852834 | |

**MEDICAL RECORDS FINAL**
**DO NOT DISCARD**