MRH EMERGENCY DEPT
3501 JOHNSON ST

REMBERT,GENET
MRN: 1705074
DOB: 3/6/1992, Sex: F
Adm:11/7/2012, D/C:11/7/2012

## Patient Demographics

| Name | Patient ID | SSN | Sex | Birth Date |
|---|---|---|---|---|
| Rembert, Genet | 1705074 | xxx-xx-6541 | Female | 03/06/92 (21 yrs) |

| Address | Phone | EMail | Employer |
|---|---|---|---|
| 1065 SW 2ND ST APT E HALLANDALE FL 33009 | 305-251-3381 (H) | | |

| County | Race | Occupation | Emp Status |
|---|---|---|---|
| BROWARD | Black or African American | - | - |

| Reg Status | | PCP | |
|---|---|---|---|
| Verified | | | |

| HAR | Admission Date | Discharge Date | Admitting Provider |
|---|---|---|---|
| 5001307020 | 11/07/12 | 11/07/12 | Randy Katz, DO |

| Marital Status | Religion | Alias | Language |
|---|---|---|---|
| Married | None | | English |

## Admission Information - Patient Record Only

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time | 11/07/2012 1109 | Admit Date/Time | None | IP Adm Date/Time: | None |
| Admission Type | Emergency | Admission Source | Emergency | Admit Category | None |
| Means of Arrival | Car | Primary Service: | Emergency Medicine | Secondary Service | N/A |
| Transfer Source | None | Service Area | Memorial Healthcare System | Unit | Mrh Emergency Dept |
| Admit Provider: | Randy Katz, DO | Attending Provider: | Hanna Eadeh, MD | Referring Provider | None |

No patient diagnoses found in patient's record.

## Emergency Contact Information

| Name: | Dudley,Craig | | | Relationship: | Friend |
|---|---|---|---|---|---|
| Address: | | | | | |
| City: | | State: | Zip: | Phone: | 561-752-6314 |
| | | | | Business phone: | |

## Guarantor Information

| Name: | REMBERT,GENET | | | | |
|---|---|---|---|---|---|
| Address: | 1065 SW 2ND ST APT E | | | | |
| City: | HALLANDALE | State: FL | Zip: 33009 | Phone: | 305-251-3381 |
| Employer: | | | | | |
| Address: | | | | | |
| City: | | State: | Zip: | Phone: | |
| Guar DOB: | 03/06/92 | | | | |

## Insurance Information

| MEDICAID/FLORIDA MEDICAID | | Phone: | |
|---|---|---|---|
| Subscriber: | REMBERT,GENET | Subscriber#: | 3997284105 |
| Group#: | | Precert#: | |



MRH EMERGENCY DEPT
3501 JOHNSON ST

REMBERT,GENET
MRN: 1705074
DOB: 3/6/1992, Sex: F
Adm:11/7/2012, D/C:11/7/2012

### ED Provider Note(s)

ED Provider Notes signed by Randy Katz, DO at 11/07/12 1745

| Author: | Randy Katz, DO | Service: | (none) | Author Type: | Physician |
| Filed | 11/07/12 1745 | Note Time | 11/07/12 1257 | | |

## History

Chief Complaint
Patient presents with
- Abdominal Pain

HPI
**Room #:** 11

History obtained from the patient
Unable to obtain history due to none
Arrival mode  Auto

12:57 PM History of Present Illness: Genet Rembert is a 20 y.o. female patient who presents to Emergency Department with a chief complaint of abd pain.

Context: Pt presents to the ED with sudden lower abd pain onset 10/31/12 that is gradually worsening and is intermittent. She admits to hx of endometriosis and has irregular menstrual cycles with last episode 2 months ago but states present pain is not similar to past endometriosis due to this pain being worse. No urinary complaints. No vaginal discharge or vaginal bleeding. No N/V/D. Pt having nl BM. Pt denies ETOH or tobacco use. No fevers. No SOB or CP. No back pain. No other modifying factors or associated sx.

**Onset:**  10/31/12
**Severity:** moderate
**Location:**  Lower abd
**Quality:**  Cramping/sharp
**Associated Signs and Symptoms:**  None
**Timing/Duration:**   intermittent, worsening
**Alleviated by:**  Nothing
**Aggravated by:** nothing


**PCP:** No primary provider on file.


Past Medical History
Diagnosis                                                                                     Date
- Asthma
- Endometriosis
Psych

Past Surgical History
Procedure                                                                                     Date
- Laparoscopy
    ENDOMETRIOSIS