```
1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2                       FT. LAUDERDALE DIVISION
3                        Case 12-60312-CR-COHN
4
     UNITED STATES OF AMERICA,
5
                  Plaintiff,
6                                          FT. LAUDERDALE, FLORIDA
        vs.
7                                          May 13, 2013
     MACKENLEY DESIR and GENET REMBERT,
8
                  Defendants.
9    ------------------------------------------------------------
10                           VOLUME 2
11           TRANSCRIPT OF JURY TRIAL PROCEEDINGS.
                BEFORE THE HONORABLE JAMES I. COHN,
12                UNITED STATES DISTRICT JUDGE
13   APPEARANCES:
14   FOR THE GOVERNMENT:      FRANCIS VIAMONTES, A.U.S.A.
                              VANESSA JOHANNES, A.U.S.A.
15                            99 NE 4th Street, Suite 400
                              Miami, Fl 33132
16
     FOR DEFENDANT DESIR:     DERIC ZACCA, ESQ.
17                            ERGIO FERNANDEZ, ESQ.
                              12781 Miramar Parkway
18                            Suite 303
                              Miramar, Fl 33027-2908
19
     FOR DEFENDANT REMBERT:   DARYL WILCOX, A.F.P.D.
20                            One East Broward Boulevard
                              Suite 1100
21                            Ft. Lauderdale, Fl 33301
22   REPORTED BY:             PAULINE A. STIPES, RPR-CM
                              Official United States Court Reporter
23                            Federal Courthouse
                              299 E. Broward Boulevard
24                            Ft. Lauderdale, FL  33301
                                             954-769-5496
25
```

1              TABLE OF CONTENTS

2  OPENING STATEMENTS:

3
                                                        Page
4
   Frances Viamontes.......................................273
5  Deric Zacca.............................................292
   Daryl Wilcox............................................301
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          THE COURT:  The matter before the Court is Mackenley

2    Desir and Genet Rembert.

3          Mr. Desir is present represented by Deric Zacca and

4    Ergio Fernandez.

5          Ms. Rembert is present represented by Daryl Wilcox.

6          And the Government is represented by Frances Viamontes

7    and Vanessa Johannes.

8          The Court deferred ruling on several motions, and

9    after considering the arguments and the legal authorities

10   cited, first of all, with respect to Ms. Rembert's objection to

11   the admissibility of Mr. Desir's post arrest letter to her, the

12   Court finds that the letter would not qualify as hearsay as it

13   is a co-conspirator declaration made in furtherance of the

14   conspiracy.

15         The focus of the letter was to explain to Ms. Rembert

16   how to beat the charges, and to instruct her not to talk to law

17   enforcement.

18         In addition, Crawford versus Washington would not

19   apply to a co-conspirator declaration.

20         Now, with respect to Mr. Desir's motion for specific

21   Brady, which was docket entry 183, he essentially proffers

22   evidence of victim B.V.'s relationship with a gentleman by the

23   name of Edwin who allegedly introduced B.V. to defendant Desir

24   in November or December of 2007.

25         I don't believe that I afforded the Government an

1    opportunity to be heard with respect to this particular issue.

2              So, before ruling, I want to give the Government an

3    opportunity to be heard as to the admissibility of that

4    evidence.

5              MS. VIAMONTES:  Your Honor, as to any evidence

6    regarding that witness, that would be extrinsic evidence.  It

7    is not related to this crime whatsoever.

8              I think under 412 that should be precluded, Federal

9    Rule of Evidence 412, and we haven't had an opportunity to

10   confirm what that alleged witness would say, but it wouldn't be

11   relevant to this case and whether Mr. Desir in fact forced B.V.

12   to engage in commercial sex acts.

13             So we --

14             THE COURT:  Let me ask this, one of the cases that the

15   Government cited at our hearing on Thursday was a case before

16   Judge Lenard styled United States of America versus Leighton

17   Martin Curtis, and Leighton for the record is L-E-I-G-H-T-O-N,

18   and in reading that case, and also looking at the record before

19   Judge Lenard in that case, it appears to the Court that the

20   Government offered evidence of the victim's prior and

21   subsequent sex acts in that case.

22             MS. VIAMONTES:  Yes, Your Honor.  That case was

23   handled by my supervisor, Cory Steinberg, and I am somewhat

24   familiar with the facts of that case.  I discussed it with her

25   when I cited the case.

1             In order for the jury to understand how that victim
2  ended up with that defendant they needed to put it in context
3  and show what she had done before and what she had done after.
4             In that case, in the Curtis case, Your Honor, the
5  Government didn't have to prove force or coercion.  It was a
6  juvenile, it was different than the elements of this case.
7  They didn't have the element of force, fraud and coercion.
8             They needed to explain to end up with that defendant
9  they needed to prepare the testimony.
10            The Government wasn't in opposition proving acts that
11 happened before the victim met the Defendant.
12            In this case, I think it is distinguishable, it is not
13 relevant, it doesn't help explain how defendant Desir forced
14 B.V. to engage in commercial sex acts.
15            THE COURT:  Doesn't it explain how B.V. met Mr. Desir?
16            MS. VIAMONTES:  The fact that he introduced them, if
17 they want to present that, the fact that he introduced them,
18 but any alleged commercial sex acts wouldn't explain anything
19 regarding Mr. Desir.
20            THE COURT:  According to what was proffered with
21 respect to B.V.'s relationship with Edwin, there was no use of
22 force or coercion.
23            What concerns me is the temporal aspect of this.
24 It's -- I believe it's within the time parameters set forth in
25 this indictment.

1          MS. VIAMONTES:  Your Honor, the Government submits

2    that is exactly what 412 is supposed to prevent.

3          The fact that the victim may have consented in the

4    past is not probative of whether she consented with this

5    particular defendant to engage in commercial sex acts, and for

6    those reasons we would ask the Court exclude it.

7          THE COURT:  Mr. Zacca, anything you wish to add, sir?

8          MR. ZACCA:  No, you hit the heart of the matter, the

9    temporal relationship, the timing of it.  Consent is not the

10   issue here, it is the element -- the Government has to prove

11   force, coercion, threats of force, and free will and choice on

12   behalf of the actions of B.V., and it happened right as B.V.

13   was introduced to Mr. Desir.

14         THE COURT:  The evidence proffered by Mr. Desir

15   includes the engagement in commercial sex acts prior to B.V.'s

16   meeting with defendant Desir.

17         The Court finds that since these consensual acts

18   occurred either during or within one to two months of the crime

19   charged in Count 2, that the conduct would be relevant to the

20   issue of force or coercion.

21         In addition, the Court finds that under these

22   circumstances, that this particular evidence, the probative

23   value of which would not be substantially outweighed by the

24   prejudicial effect.

25         The Court further finds that this evidence is not

1  protected by Federal Rule of Evidence 412 as its exclusion

2  would violate the defendant's right of confrontation under the

3  Sixth Amendment.

4          Now, the other matter that the Court had reserved

5  ruling on related to the sexual conduct of victim C.J. both

6  before and after the crime charged.

7          The Government seeks to preclude the defendants from

8  offering evidence that C.J. engaged in commercial sex acts both

9  before and after the time alleged in the indictment, and that

10 is docket entry 181.

11         In addition, the Court considered the Government's

12 response to defendant Rembert's second demand for specific

13 Brady material, docket entry 169.

14         Some of these are kind of interrelated.

15         The Government proffers that C.J. has admitted that

16 she engaged in commercial sex acts prior to meeting the

17 defendants.

18         She admitted that she engaged in such acts at the --

19 is it the Homing Inn?

20         MS. VIAMONTES:  Yes.

21         THE COURT:  -- the Homing, H-O-M-I-N-G I-N-N, Boynton

22 Beach, just prior to meeting the defendant Desir.

23         And for the reasons stated with respect to the

24 admissibility of the prior sexual conduct of B.V., the Court

25 finds that this evidence would also be admissible as it would

1    be relevant to the element of force, coercion or fraud in

2    inducing C.J. to engage in commercial sex acts.

3          The Court further finds that its exclusion would

4    violate the defendant's right of confrontation.

5          Now, in addition, the Court finds that the prejudicial

6    effect does not substantially outweigh the probative value.

7          There is a little different situation with respect to

8    the subsequent sex acts which allegedly occurred in April 2013,

9    when C.J. advertised herself as an escort on the website

10   sipsap.com.

11         The conspiracy charged allegedly ended in July 2012 --

12   not allegedly, as charged, ended in 2012, and it is also

13   charged that C.J.'s involvement with the defendants ended in

14   July of 2012.

15         This advertisement occurred in April of 2013, and in

16   this particular instance, the Court does find the prejudicial

17   effect would substantially outweigh the limited probative

18   value, and basically, there is a temporal concern.

19         The temporal aspect weighed in favor of the defendants

20   with respect to the prior sexual behavior, but with respect to

21   the subsequent sexual behavior, the Court finds the prejudicial

22   effect would substantially outweigh the probative value.

23         The Government's objection to the subsequent sexual

24   behavior will be sustained.

25         MR. ZACCA:  One followup on that, Judge, on your

1  ruling, the fact that when the Government asked her about that

2  conduct --

3          THE COURT:  And she lied.

4          MR. ZACCA:  -- and she lied, how do we deal with that?

5          That is a separate issue.  It goes to credibility,

6  it's lying directly to the Government.

7          MS. VIAMONTES:  Your Honor, defense can cross-examine

8  any witness, including the victim, about their reputation in

9  the community, and they can present evidence about that

10 witness' reputation, or opinion testimony about the witness'

11 veracity.

12         If it is not relevant, as the Court has found, and it

13 is precluded as to 412.  Just because she lied about it doesn't

14 make it relevant.

15         Like I stated before, if the victim lied about

16 cheating while she was in elementary school, would the defense

17 be able to question that witness about lying in elementary

18 school?

19         THE COURT:  Here is the reason.  Let me go a step

20 further.

21         The reason why the Court is excluding subsequent

22 sexual behavior which occurred nine months after the crimes

23 charged in the indictment is that the Court finds that that

24 subsequent conduct would only show propensity, and that would

25 not be admissible.

1           The prior sexual conduct does not just show propensity
2   because of its relationship in point of time to the crimes
3   charged.
4           So, I would have to find, under 403, that the
5   defendants not be permitted to go into the fact that she lied
6   about the subsequent sexual conduct because I've already
7   determined that that is not admissible, and then to allow the
8   defendants to go into inadmissible conduct would defeat the
9   Court's prior ruling.
10          And from an evidentiary standpoint with respect to the
11  falsehood of the initial statements -- statement regarding
12  subsequent sexual behavior, the Court would find the
13  prejudicial effect would substantially outweigh the probative
14  value, so the objection is sustained.
15          MR. WILCOX:  Judge, may I be heard on the last ruling?
16          THE COURT:  Sure.
17          MR. WILCOX:  Your Honor, what I think takes it out of
18  mere propensity is the fact that I believe that we -- that C.J.
19  is addicted to drugs, and I believe that if we can show -- or
20  certainly that the reason she continued to engage in commercial
21  sex acts is because she continues to use drugs and supports
22  that habit I think would be relevant to the ultimate issue in
23  this case.
24          What was coercing C.J. to engage in these acts?  Was
25  it this manipulation by Mr. Desir and Ms. Rembert or was it her

1  need to feed her drug addiction?  If that is the case with

2  respect to the second or the subsequent acts as well as the

3  prior acts, I think the jurors should hear that.

4          I really think that is something the jury should

5  consider, this compelling evidence that she was selling herself

6  for drugs.  She continued to sell herself for drugs and not

7  because of any influence by Ms. Rembert or Mr. Desir.

8          THE COURT:  But the Government is alleging that

9  Mr. Desir furnished --

10         MR. WILCOX:  Exactly.

11         THE COURT:  -- furnished the victim, C.J., with drugs,

12 and that was the form of coercion.

13         MR. WILCOX:  Exactly, Your Honor, but he wasn't

14 furnishing her with drugs in April.  Wasn't -- somebody else

15 was furnishing her with drugs in April.

16         It is the drugs, Your Honor, that is the case, it is

17 the drugs and not these two people.  It is essential to our

18 case, inextricably intertwined, drug addiction.

19         MR. ZACCA:  If I could proffer to the Court, I believe

20 the Government is going to be calling C.J.'s father and C.J.'s

21 father says she has a tendency to lie about her drug abuse

22 and -- lie about her drug abuse.

23         She continues to abuse drugs, she lies about drug

24 abuse because, presumably, she is embarrassed by it, and what

25 she would do to get drugs, which is to prostitute herself, and

1  it is a crime in and of itself to lie to law enforcement during

2  its investigation.

3       I can understand the Court's ruling if she admitted

4  about her escort service in April of 2013, without lying about

5  it, and then everything is fine.

6       I can understand the Court's ruling, but she invited

7  this issue by lying about it when first asked, and I think that

8  is a separate issue that needs to come into play because it is

9  also interrelated with the drug abuse, and continuing addiction

10 to drugs presumably as of today, still.

11      THE COURT:  Well, the issue, as I understand it, is

12 whether Mr. Desir furnished her with drugs in order to induce

13 her to commit commercial sex acts.

14      You are saying she was addicted to drugs, so that

15 supports that position.

16      MR. ZACCA:  Not if she -- it is a defense that it is

17 her choice, she volunteered herself and chose the drugs.  It

18 wasn't shoved down her throat, she wasn't injected with

19 needles.  She chose this thing, the opposite of coercion,

20      MR. WILCOX:  Your Honor, if I may, Your Honor.

21      THE COURT:  Sure, go ahead.

22      MR. WILCOX:  On Mr. Zacca's last point, Your Honor, I

23 think about this -- I want to say about Martha Stewart --

24 Martha Stewart wasn't prosecuted for insider trading, even

25 though that is what led to her getting into trouble.  She was

1  prosecuted when the Government asked her about insider trading

2  and whether or not she had done anything, that she lied about

3  it.  That is why she went to prison.

4      The Government can't say, well, she can lie to a

5  Government agent -- agency and say, well, because she lied

6  about something that ultimately is not going to be admitted

7  into evidence, somehow that is not relevant, Judge.  I don't

8  understand the Court's ruling on that.

9      That is a crime, Davis v Alaska, she could be charged

10  with lying to a Federal agent under 1001.

11      Her motivation for her testimony today we should be

12  able to argue is influenced by the Government's decision

13  whether or not to prosecute her for that lie.

14      THE COURT:  Did she lie about something that was

15  material?

16      MS. VIAMONTES:  No, Your Honor.  Your Honor, no.  That

17  is the Government's position.

18      Furthermore, they can cross-examine her about her drug

19  use, they can cross-examine the father about her drug use, and

20  his opinion about whether she is a truthful person and her

21  reputation for truthfulness.

22      C.J. will admit that she is a drug addict.  They can

23  cross-examine her about that all they want.

24      THE COURT:  Well, the reason why the Court was

25  excluding the subsequent sexual behavior was because the Court

1   found that that evidence was simply propensity evidence showing

2   that C.J. engages in commercial sex acts.

3          But the defendants have now proffered the element of

4   drug usage as being the motive or the reason for engaging in

5   sexual behavior or commercial sex acts.

6          MS. JOHANNES:  Your Honor, if I may.

7          THE COURT:  Yes, go ahead.

8          MS. JOHANNES:  The subsequent sex acts still go to

9   propensity.  Whether she engages in commercial sex outside the

10  period, that is irrelevant in this case.

11         Whether or not this girl relapses and uses drugs is

12  something that they can get into without saying, and every time

13  you do that you want to have sex.  You are a drug addict, are

14  you clean now?  Yes.  Are you addicted to drugs?  Yes.

15         To say are you addicted to drugs so you will go out

16  and have sex, and even right now you go out and have sex for

17  drugs, is clearly why 412 exists.  It is clearly why this

18  evidence is prejudicial.

19         What they are going to paint for this jury, this is a

20  young woman, even if Mr. Desir forced drugs down her throat,

21  which is what the Government is going to argue, she would have

22  done this anyway, with anyone.  That is why it is so

23  prejudicial.

24         They are going to paint this picture that she is a

25  woman that deserves this to happen to her, this is what she has

1    chosen, this is what she wants.  It is incredibly prejudicial.

2    That is why 412 exists and 403 exists.

3           The Government would never prosecute someone under

4    1001 and both these defense lawyers know that.  We would never

5    prosecute someone for this sort of offense.

6           If they want to ask the father if she lied to the

7    father, ask him.  He is going to be here.

8           To get into the actual ads has nothing to do with

9    whether she is addicted to drugs, it really doesn't, Your

10   Honor.

11          THE COURT:  Val, do you want to go get the jurors.

12          I am going to rule on this.

13          MR. ZACCA:  Judge, one additional point, a pretrial

14   matter I want to address unrelated to the topic now.  I heard

15   you summon the jurors.

16          THE COURT:  It takes a few minutes.  Let's resolve

17   this one, first.

18          MR. WILCOX:  Thank you, Your Honor.

19          Your Honor, I just completely disagree with

20   Ms. Johannes when she said somehow this is just propensity,

21   subsequent -- her willingness to engage in commercial sex acts

22   subsequent to the period of the indictment goes to her state of

23   mind.

24          My understanding of 404(b), which I suggest this is

25   admitted under, there is no difference in the analysis with

1 respect to whether or not this is relevant to her motive to do

2 this, Your Honor.  Her motive to commit commercial sex acts is

3 because she either lacks money or she needs drugs.

4       That motive doesn't change prior to becoming involved

5 with Mr. Desir, and that motive doesn't change subsequent to

6 her being involved with Mr. Desir, the same motive, and the

7 case law says it.

8       THE COURT:  One of the cases cited by the Government

9 was a District Court opinion from the Western District of New

10 York styled United States of America versus Kenneth Graham,

11 G-R-A-H-A-M, and the cite is 2013 WL32 1568.

12       The District Judge, Judge Arcara, A-R-C-A-R-A,

13 actually ruled very similar to the way this Court has ruled in

14 the case at bar.

15       Judge Arcara found that the parties would be permitted

16 to introduce evidence and elicit testimony of sexual behavior

17 and prostitution by the victims, including sexual relations

18 with the defendant, during the time periods charged in the

19 superseding indictment, which is what this Court has ruled.

20       But Judge Arcara found that the subsequent acts of

21 prostitution are not admissible as that evidence was simply

22 propensity evidence which is not admissible, and accordingly,

23 the Court finds that the subsequent sexual behavior relates

24 only to propensity.  The objection by the Government will be

25 sustained.

```
1              MR. ZACCA:  Following our hearing on Thursday, I met
2    with my client Friday afternoon, and my client mailed a letter
3    to the Court.  Basically, he was unhappy with my performance at
4    the hearing on Thursday and expressed reservation going to
5    trial with me as his trial lawyer today.
6              I don't know if the letter has gotten to Your Honor
7    yet.
8              THE COURT:  I have not seen the letter.
9              MR. ZACCA:  I haven't seen it either.  I told
10   Mr. Desir I would bring this up.  I think this is an important
11   matter that the Court would address, and I would give the floor
12   to Mr. Desir to express -- I don't know if he still feels that
13   way.  I don't know if he changed his mind.
14             I don't know if Your Honor wants to wait until you get
15   the letter --
16             THE COURT:  I think we should address it now.
17             I thought we addressed the issue of counsel on a prior
18   occasion.
19             Mr. Desir, I will hear from you now.
20             You need to speak into a microphone.
21             DEFENDANT DESIR:  Good morning, Your Honor.
22             THE COURT:  Good morning.
23             DEFENDANT DESIR:  Your Honor, actually, it is just a
24   motion I filed --
25             THE COURT:  Well, are you seeking to discharge your
```

1   lawyer?

2           DEFENDANT DESIR:  Um-m-m, I have it -- can I get a

3   copy so I could go over it with you, Your Honor?

4           THE COURT:  Just tell me what you want.

5           DEFENDANT DESIR:  It was a motion to discharge my

6   lawyer, you know, due to this fact 'cause -- but I really

7   wanted for this to be confidential, like we did the first time,

8   'cause there are things on this motion I don't like for

9   Ms. Frances to be hearing because this is some of my defense in

10  that motion.

11          MR. WILCOX:  All right --

12          MS. VIAMONTES:  We have no objection.

13          THE COURT:  All right.  I will ask the Government to

14  leave the courtroom.

15          MR. WILCOX:  I think I maybe need to leave.

16          THE COURT:  Okay.  Mr. Wilcox will leave also.

17          MR. ZACCA:  Judge, I think my client wants to address

18  the Court -- I don't know if you want Ms. Rembert to leave as

19  well.

20          MR. ZACCA:  My client indicated he has no objection to

21  Ms. Rembert remaining.

22          THE COURT:  All right.

23          (Thereupon, an ex parte proceeding was held.)

24          DEFENDANT DESIR:  First of all, I previously filed a

25  motion to dismiss my lawyer February 11, 2013, and you told me

1  he was a very good lawyer, so I kept him, you know, but a lot

2  of things in the first letter I gave you that need to be done,

3  a lot that me and Mr. Deric would talk about.

4        I didn't obtain any of them before this trial, you see

5  what I am saying.  And the way Mr. Zacca strategy my trial, I

6  feel like -- not I feel like, it should be like I fabricate the

7  truth, you see what I am saying.

8        I don't want to fabricate the truth.  I can go to

9  trial with the truth and I feel I can win with the truth.  I

10  don't want to fabricate the truth.

11        THE COURT:  That is what we are here to find out, the

12  truth.

13        DEFENDANT DESIR:  The defense he wants to apply, as

14  long as the strategy is saying that these women, they do that

15  on their own choice, by choice, but disregard the fact that

16  this never happened.

17        These women, they do what they do on their own.  I

18  don't have no -- I don't have no aware --

19        THE COURT:  That is what the jury is impaneled for, to

20  decide whether they did it on their own or whether you forced

21  them to do it.  That is what the trial is about.

22        DEFENDANT DESIR:  I understand that, but you disregard

23  the fact that what if Mr. Desir don't know about what the women

24  was doing what they were doing.  You bypass that and jump to

25  the second part saying they was doing it by choice.

 1          So that means I am aware of it, but they were doing it

 2  by choice.

 3          THE COURT:  The jury will make that determination.

 4          DEFENDANT DESIR:  Well, I feel like that is

 5  fabricating the truth, what really did happen.

 6          THE COURT:  That is what cross-examination is for.

 7          DEFENDANT DESIR:  Okay.

 8          Another thing, Your Honor, he failed -- today he

 9  failed to recover the video transcript that is going to be

10  favorable to my trial, the video transcript I want him to get

11  from the jail where I was locked up at and Mr. Zacca, he didn't

12  obtain it.

13          You know, we do all this investigation, and spending

14  all this money on this investigation.  There are a lot of

15  things that are favorable to my trial that he hasn't obtained

16  yet.  And I been pressing him to obtain them, and I request

17  them from the first letter, and they are not done.

18          That is the video from when they come to see me and

19  say I have to marry her or she would not let me out, this is at

20  the jail house, and the transcript saying she came to see me

21  and she left wherever the police take her, wherever they take

22  her all the way to Vero.

23          She drove all the way to Palm Beach and came to the

24  jail and threatened me with marriage, and I called the officer

25  to let this lady out and say --

1          THE COURT:  Sir, get to the point.  We have your jury

2    coming in.  I need to find out why you want to discharge

3    Mr. Zacca right before we select a jury.

4          DEFENDANT DESIR:  Because of all these things, he

5    failed to file Brady motions, he failed to voice objections.  I

6    try to tell him to object, and he failed to voice objections

7    when I request.  He failed to provide me with court -- police

8    reports.  He failed to get a hotel receipt that I want him to

9    go get.  They say, like to prove where I was at I need a hotel

10   receipt.

11         Pictures I want him to take on his own, I want him to

12   take the pictures, none of the pictures was taken.

13         He failed to subpoena a lot of key witnesses, Ashley,

14   Edwin Castelly.  A police officer needs to be subpoenaed.  He

15   didn't subpoena them.

16         He failed to provide me with the plea.  I got that --,

17   I finally got that.

18         He -- these are timely motions that he explain to me

19   about, motions that need to be filed, and I want him to talk to

20   me about it, but he didn't do it.

21         And Mr. Zacca also refused to provide me with an FBI

22   subpoena, the letter that was filed in the discovery and was in

23   discovery.  From day one I requested Mr. Zacca to get the stuff

24   out of my property and obtain them, and the FBI agent went to

25   my property with no subpoena, I was not aware of no subpoena,

1   went to my property, my phone, my legal mail and everything

2   before Mr. Zacca even go to them and try to obtain my property.

3           And I was not aware -- Mr. Zacca was aware that he say

4   don't go to the property and legal mail.

5           THE COURT:  Why didn't you bring this up before?

6           You know we are bringing the jury in this morning.

7   Why didn't you bring it up on Thursday?

8           DEFENDANT DESIR:  The mail take some time to get to

9   you.

10          THE COURT:  You could have told me.  Why didn't you

11   tell me then, on Thursday?

12          DEFENDANT DESIR:  I didn't know I was allowed to talk

13   like that.  Now I know.

14          When I seen him, I talked to him and I told him I did

15   that.  He told me, you can tell the Judge that.

16          And I also ask Mr. Zacca to investigate Ms. Genet

17   Rembert, the statement of the FBI agent on the day of her

18   arrest.  I still haven't obtained any of this.

19          So all of this information is not making an informed

20   decision, getting a separate trial.

21          I am making a lot of decisions, it is not an informed

22   decision.

23          THE COURT:  Well, I have decided on the issue of

24   separate trials.

25          DEFENDANT DESIR:  I sent the letter when I was in

1  court and the letter was already out.

2        Mr. Zacca failed to act and obtain requested items

3  from attached letter dated March 9, 2013, item 14687 -- I think

4  this is in the court record.  You have this letter and all

5  these items that I request Mr. Zacca in this letter.  I didn't

6  receive any of them.

7        Mr. Zacca does not make me aware of any court date.  I

8  never know when I have to go to court.  He always surprise me

9  at the jail house.  He tells me, you have a court date.  I say,

10  why don't you send me a letter?  Why am I not aware of any

11  court date?

12        THE COURT:  All right.  What is next?

13        MR. ZACCA:  Judge, obviously, I disagree with many of

14  the assertions Mr. Desir said.

15        With regard to his defense, what he is trying to say

16  is he doesn't want me to concede he directed, supervised or

17  controlled these women that they commit sex acts.  I told him I

18  am not going to do that.

19        I told him -- he doesn't want me to concede anything.

20  I told him, that is fine, I am not going to concede any

21  element, and have the Government prove its case.  I am not

22  going to concede anything he doesn't want me to concede.  I

23  told that to him several times.

24        With regard to the Vero transcript, we have spent a

25  lot of time and money trying to find this transcript from Vero

1  Beach or St. Lucie County or Palm Beach County.

2       Quite frankly, I was given a laundry list of things to

3  do, and we accomplished, I think, nearly everything.

4       The one thing we can't find is this transcript.  I

5  have had Steve -- I a have an experienced investigator trying

6  to locate --

7       THE COURT:  How much money have we spent on

8  investigative fees?

9       MR. ZACCA:  I want to say approximately $15,000.

10      THE COURT:  That is more money spent on investigative

11  fees than on any case I've handled other than a homicide case.

12      MR. ZACCA:  We can't find it.  I can't produce

13  something I can't find.

14      With regard to the hotel receipt, I told him the

15  investigator is going to get that receipt that he is talking

16  about.  I discussed its marginal value.  He wants it and we are

17  going to get it.

18      As far as pictures, we took pictures of one location.

19  The other location, with regard to the beach and town, the

20  Government -- what the Government provided showed the angle and

21  door he wanted.  Nonetheless, we will take additional pictures.

22      Failing to subpoena key witnesses, I went over the

23  witnesses that we subpoenaed Friday when I saw him, and went

24  over it with him prior to that.

25      THE COURT:  I want to give you the order on the Edwin

153

1  Castelly.  I am granting your request to have him served.  You

2  filed that ex parte?

3          MR. ZACCA:  Yes.  He doesn't have the means to travel

4  down here, that is why I asked the Court, according to Lucy --

5          THE COURT:  I will have Ms. Tompkins give you copies

6  of these orders.

7          MR. ZACCA:  The witness he is referring to is Ashley

8  Kruger.  We have been trying to find her, she lives on the

9  streets.  We found out she was recently arrested a week ago.  I

10  had the investigator go to the station to pull the A Form

11  because they hadn't been put on the State Court docket so we

12  could come up with an address and phone number.

13          There was one provided and he followed up and she

14  wasn't there.  No contact.  I told him, I cannot produce

15  somebody we cannot find.

16          With regard to the property at Krome, he wants to --

17  he is upset that the Government looked through his property

18  without notifying us, but in this case, they applied for a

19  search warrant and they filed an affidavit, got a search

20  warrant and searched the documents.

21          I can't file a legal motion without merit.  They have

22  the search warrant, they have the affidavit, and that is what

23  they have.

24          I explained to Mr. Desir and a lot of times he refuses

25  to accept what I am telling him.  I respect Mr. Desir, I am

1  fighting for him, trying to present a defense and defend him as

2  zealously as I can.

3          I am not conceding any of the evidence.  I will have

4  the case proved beyond a reasonable doubt and I assured him of

5  that.

6          DEFENDANT DESIR:  A few more things.  I feel like the

7  last one was supposed to be confidential, and Ms. Frances

8  mentioned something about the court date we had the last time,

9  Your Honor, February 11th.

10         Remember when I had -- the translater was here for me,

11 and I told you I only speak basic English, some things I don't

12 understand, and I told him I don't want the translator, I feel

13 I am distracted.

14         Following that court date, Ms. Frances repeated the

15 same thing to the judge try to make me look like a liar.

16         THE COURT:  Sir, I am interested in why you want to

17 discharge Mr. --

18         DEFENDANT DESIR:  A few other points.

19         THE COURT:  -- Mr. Zacca.

20         I need to rule on that so we know where we stand.

21         DEFENDANT DESIR:  Mr. Zacca office, they don't answer

22 a call from jail, and he don't ever answer his phone.

23         It is unable for me to properly prepare for my

24 defense, to talk to him.  I want to talk to him about certain

25 things and I don't ever get Mr. Zacca.

```
 1              He refused to depose my co-defendant and the
 2   investigator, Steve, and Zacca, they don't honor the
 3   appointment.  Every time he come see me in the jail, he come to
 4   see me when he come see me.  I wait for him to show up, and he
 5   don't show up.  That's all, Your Honor.
 6              THE COURT:  Anything else, Mr. Zacca?
 7              MR. ZACCA:  No, Judge.
 8              I don't want to go tit for tat with Mr. Desir, I
 9   disagree with many of his assertions.  I don't accept phone
10   calls at my office.  I don't get compensated to pay for that.
11   I don't accept collect calls.
12              I don't want to start off like this.  An important
13   event in your life is at hand.
14              I disagree with those assertions, and I will leave it
15   at that.
16              THE COURT:  The Court finds that there is no evidence
17   of ineffective assistance of counsel on the part of Mr. Zacca.
18              In fact, a review of the file indicates that Mr. Zacca
19   has done an exceptional job of representing this defendant.
20              Now, look, if you want to discharge Mr. Zacca, I will
21   grant your request.  That will leave you with essentially two
22   options, either you can hire a lawyer to come in and try this
23   case or you can represent yourself, but we are going to trial
24   here this morning, sir.
25              What do you want to do?
```

1    DEFENDANT DESIR:  Well, Your Honor, um-m-m, he don't

2    really -- when I object to something --

3    THE COURT:  Sir, I already determined that he is

4    rendering effective assistance of counsel.  I will not revisit

5    that issue.

6    So, do you want to represent yourself, sir?

7    DEFENDANT DESIR:  Well, Your Honor, if you give me a

8    little bit of time.

9    THE COURT:  Well, we are going to trial this morning.

10   If you do want to represent yourself, I need to

11   conduct what is known as a Faretta inquiry to make certain that

12   you understand the perils of representing yourself.

13   DEFENDANT DESIR:  Your Honor, this is a big thing

14   right here, it's my life here.

15   THE COURT:  Sir, you don't have to tell me that.  I

16   have been doing this a long time.  I know it is an important

17   trial, but I am not playing games with you, sir.  You have a

18   fine lawyer here who is rendering effective assistance of

19   counsel.

20   If you don't want him to represent you, fine, that is

21   your choice, but we are going to trial this morning.

22   DEFENDANT DESIR:  I am going to have to let him

23   represent me if you are going to trial.

24   THE COURT:  Okay.  He will continue to represent you.

25   We will take a five-minute break before we bring in

1  the venire.

2          (Thereupon, a short recess was taken.)

3          (The Government attorneys and Mr. Wilcox return to the

4  courtroom.)

5          MR. WILCOX:  Your Honor, I have a -- I apologize.  I

6  have a 12:15 sentencing in front of Judge Rosenbaum.

7          THE COURT:  Well, she will have to --

8          MR. WILCOX:  I will call her.

9          THE COURT:  We are selecting a jury here this morning

10  and it will take precedence.

11          The record will reflect both defendants are present

12  represented by counsel.

13          Ms. Tompkins, let's seat the venire in the order in

14  which the jurors' names appear on the random list.

15          THE COURTROOM DEPUTY:  Yes, Your Honor.

16          (Jury venire panel in at 10:00 a.m.)

17          THE COURT:  All right.  Counsel may be seated.

18          Folks, good morning.

19          I hope all of you had a good weekend and you are ready

20  to serve on a jury this morning.

21          The style of the case set for trial is United States

22  of America versus Mackenley Desir and Genet Rembert.

23          This is a criminal case.  The defendants have been

24  charged in a three count indictment.  Count 1 charges both

25  defendants with conspiracy to commit sex trafficking by force,

1 threats of force, fraud or coercion.

2        Count 2 charges Mr. Desir only with sex trafficking by

3 force, threats of force, fraud or coercion.

4        And Count 3 charges both defendants with sex

5 trafficking by force, threats of force, fraud or coercion.

6        Now, representing the Government in this case will be

7 Assistant United States attorneys Frances Viamontes and Vanessa

8 Johannes.

9        Ms. Viamontes is on the left and Ms. Johannes is on

10 the right.

11        Also seated at counsel table is the case agent from

12 the Federal Bureau of Investigation, Special Agent Susan Funk

13 Romash.

14        Now, representing the Defendant Mackenley Desir would

15 be Deric Zacca and Ergio Fernandez -- there is Mr. Fernandez

16 now.  As we call his name, he walks in the door.

17        That is Mr. Fernandez, and the gentleman with a little

18 less hair is Mr. Zacca.

19        Mr. Desir is seated in between Mr. Zacca and

20 Mr. Fernandez.  He is standing now.

21        Representing the Defendant Genet Rembert is Daryl

22 Wilcox.

23        MR. WILCOX:  Good morning.

24        THE COURT:  Ms. Rembert is seated to Mr. Wilcox' left.

25        The Court personnel who will be working with you

1    during the course of this trial are, to my immediate right, the

2    courtroom deputy clerk and her name is Valerie Tompkins.

3          Seated directly in front of me is the court

4    stenographer, Pauline Stipes, and the gentleman standing to

5    Ms. Tompkins' right is the Court Security Officer and his name

6    is Lou Culuffo.

7          Now, the first part of any jury trial, whether it is a

8    criminal case or civil case, is called the voir dire

9    examination, and I will ask Ms. Tompkins if she would please

10   administer the voir dire oath.

11         (Thereupon, the jury venire was duly sworn.)

12         THE COURT:  All right.  Folks, please be seated.

13         Thanks, Ms. Tompkins.

14         THE COURTROOM DEPUTY:  You are welcome.

15         THE COURT:  Folks, the purpose of the voir dire

16   examination is to attempt to determine if your verdict in this

17   case would in any way be influenced by any experiences that you

18   may have had, any opinions that you currently hold or any

19   special training or knowledge that you may possess.

20         Please understand that the questions that will be

21   asked of you by the Court or attorneys are not intended to pry

22   into your personal affairs or embarrass you in any way.

23         It is important, however, that we learn a little bit

24   about each of you so the lawyers can make intelligent decisions

25   whether or not this would be an appropriate case for you to

1   serve.

2         Now, insofar as our schedule is concerned, we start at

3   nine o'clock every day, and we work until five o'clock.

4         We take an hour and 15 minutes for lunch.  We

5   generally break about 12:30, which means that we resume for the

6   afternoon session at approximately quarter to 2:00.

7         Now, today we may take our lunch break a little later

8   because I try to get the jury impaneled before we break for

9   lunch.  That way, when we come back from lunch, we start with

10  opening statements and go right on into the trial.

11        We may take our lunch break a little later today.  So,

12  when we do take a break this morning you may want to have a

13  snack or something if you tend to get hungry at noon or

14  whatever.

15        We will be taking periodic breaks throughout the day.

16  If you are sitting there and you need a break, just let us know

17  and we will take a break.  We don't want anybody to feel

18  uncomfortable.

19        Now, I told you what the defendants are charged with,

20  and I mentioned that they are charged in a document called an

21  indictment.

22        An indictment is merely a formal charge against a

23  defendant.  An indictment is not evidence, and should not be

24  considered by you as any proof of guilt.

25        The indictment is an accusation.  It sets forth what

1    the Government must prove in order to sustain a guilty verdict.

2           So, with that backdrop, let me just read to you what

3    the indictment alleges.

4           Count 1 alleges that from on or about June 11, 2012,

5    the exact date being unknown to the Grand Jury, and continuing

6    until on or about July 1, 2012, in Broward County and Palm

7    Beach County in the Southern District of Florida, and

8    elsewhere, the defendants, Mackenley Desir, also known as Zoe

9    and Daddy, and Genet Rembert, also known as Fire, also known as

10   Sabrina, did knowingly and willfully combine, conspire and

11   agree with each other and others known and unknown to the Grand

12   Jury to knowingly, in and affecting interstate commerce,

13   recruit, entice, harbor, transport, provide, obtain and

14   maintain by any means a person, knowing and in reckless

15   disregard of the fact that means of force, threats of force,

16   fraud, coercion, or any combination of such means would be used

17   to cause the person to engage in a commercial sex act, in

18   violation of Title 18 United States Code, Sections 1591(a)(1)

19   and (b)(1), all in violation of Title 18 United States Code,

20   Section 1594(c).

21          Count 2 alleges from in or about December 2007, the

22   exact date being unknown to the Grand Jury, through February,

23   2009, in Broward and Palm Beach Counties, in the Southern

24   District of Florida and elsewhere, that the Defendant,

25   Mackenley Desir, did knowingly, affecting interstate commerce,

1    recruit, transport and obtain a person, B.V., knowing that

2    means of force, threats of force, fraud, coercion or any

3    combination of such means would be used to cause B.V. to engage

4    in a commercial sex act, in violation of Title 18 United States

5    Code, Sections 1591(a)(1) and (b)(1).

6             And the initial B.V. are obviously someone's initials.

7             Count 3 alleges from on or about June 11, 2012, the

8    exact date being unknown to the Grand Jury, and continuing

9    until on or about July 1, 2012, in Broward County and Palm

10   Beach County in the Southern District of Florida, and

11   elsewhere, the defendants Mackenley Desir and Genet Rembert did

12   knowingly, in and affecting interstate commerce, recruit,

13   entice, harbor, transport, provide, obtain and maintain by any

14   means a person, that is initials C.J., knowing and in reckless

15   disregard of the fact that means of force, threats of force,

16   fraud, coercion or any combination of such means would be used

17   to cause C.J. to engage in a commercial sex act, in violation

18   of Title 18 United States Code, Sections 1591(a)(1) (b)(1) and

19   2.

20             Now, just to repeat, the indictment is merely a formal

21   charge against the defendants.  The indictment is not evidence

22   and is not to be considered by you as any proof of guilt.

23             Each defendant has entered a plea of not guilty,

24   therefore, under Federal law, each defendant is presumed

25   innocent of each offense charged.

1    The defendants are not required to present evidence or

2    prove anything, and that includes the right not to testify, and

3    should one or both defendants elect not to testify, you cannot

4    consider that in any way in deciding your verdict.

5    The Government, that is Ms. Viamontes and

6    Ms. Johannes, they have the burden of proving through the

7    production of evidence each defendant's guilt as to each

8    charge.

9    Now, both defendants are charged in Counts 1 and 3 and

10   only Mr. Desir is charged in Count 2.

11   I used the word "evidence."  I said that the

12   Government must prove its case through the production of

13   evidence.

14   Well, what is evidence?

15   I think the best way to define evidence for you is to

16   tell you that evidence comes from essentially four sources.

17   The most common source of evidence are witnesses, witnesses

18   that will come into this courtroom, who will take an oath to

19   tell the truth and who will provide testimony from that witness

20   stand right over there.  (Indicating.)

21   The second most common source of evidence are tangible

22   exhibits, things that you can see and touch, that you can take

23   back with you to the jury room when you go to deliberate your

24   verdict.

25   The third source of evidence are matters in which the

1    parties may stipulate or agree to.  Now, obviously, the defense

2    is not required to agree to anything.

3          The burden of proof is on the Government to prove its

4    case beyond a reasonable doubt, but should the parties

5    stipulate to something, that is a form of evidence that you

6    should consider just as you would testimony or exhibits.

7          Now, the fourth source of evidence is a little bit

8    more obscure, that is, matters in which the Court may take

9    judicial notice.  That could be laws or court records of this

10   jurisdiction or other jurisdictions, it could be matters of

11   common knowledge.

12         An example of that would be May 13, 2006 was a

13   Tuesday.  Now, I don't know whether it was a Tuesday or not,

14   but it is the type of matter that is easily ascertainable by

15   looking in an almanac, or for that matter, going online and

16   making that determination.

17         That is the type of thing the Court can instruct you

18   in taking judicial notice, and that is another source of

19   evidence.

20         Now, what is your function as jurors?

21         Your function as jurors is to determine the

22   reliability of the evidence.  You and exclusively you will

23   determine what the facts of this case are.

24         Now, in doing so, you have the right as jurors to

25   believe or disbelieve all or any part of the evidence.  You

1  have the right as jurors to believe or disbelieve all or any

2  part of the testimony of any of the witnesses in the case.

3          You determine the credibility of the evidence.  That

4  is exclusively within your province as jurors and nobody can

5  invade that province.  That is your determination.

6          Now, on the other side of the spectrum, we have the

7  law and it is the Court's responsibility to determine all

8  issues relating to the law.

9          So the jury determines the facts; the Court determines

10 the law.

11         And at the conclusion of the evidence, the Court will

12 instruct you on all of the law that applies to this case, and

13 then you will take that law -- rather, you will take the facts

14 and apply the law to the facts and determine whether or not the

15 Government has met its burden of proving the defendant's guilt

16 beyond a reasonable doubt.  That will be your determination.

17         Now, whether you agree with the law or not, you will

18 take an oath to follow the law.

19         Is there anybody on the venire who feels that they

20 would not be able to follow the law?

21         Okay, I don't see any hands raised.

22         Now, I use the word "verdict."  That is ultimately

23 your determination of whether or not the Government has proved

24 the case beyond a reasonable doubt.  That is what you will

25 state on the verdict form which the Court will prepare for you.

1          Now, in deciding your verdict, you are limited to two

2   things:  You are limited to the evidence that is presented in

3   the courtroom in your presence, and the law that the Court

4   gives you.

5          So, there are certain matters that you cannot lawfully

6   consider in determining your verdict.  Among those are bias,

7   sympathy, prejudice, or possible punishment.  These are matters

8   that cannot lawfully be considered by you in deliberating your

9   verdict.

10         Now, is there anyone on this venire who feels that

11  they could not be a fair and impartial juror?

12         We have a hand raised.

13         Ma'am, would you tell us what your name is?

14         THE JUROR:  My name is Jacqueline Campbell.

15         THE COURT:  Ms. Campbell, why could you not be a fair

16  and impartial juror?

17         THE JUROR:  I worked for the State Attorney's for 18

18  years and prior to that, five years at Department of

19  Corrections.  I am a legal secretary of the state, and I was a

20  victim in a case.

21         THE COURT:  What type of case were you a victim?

22         THE JUROR:  It was a real estate case, the suspect got

23  20 years in prison.  I paid her money for my house, and she

24  stole the money.  There were about 26 other victims.

25         THE COURT:  Would you be able to set aside the fact

1  that you worked for the state and that you were the victim of a

2  crime and decide this case solely upon the evidence and the

3  law?

4           THE JUROR:  No, Your Honor.

5           THE COURT:  You cannot do that?

6           THE JUROR:  No.

7           THE COURT:  I appreciate your candor.

8           Anyone else?

9           Mr. Culuffo, I see a hand way in the back.

10          THE JUROR:  Alexandra Piconi.

11          THE COURT:  Yes, ma'am.  You are number 44.

12          Why can you not be fair and impartial?

13          THE JUROR:  When I was 14 I was the victim of rape.

14          THE COURT:  That is something you cannot set aside and

15 base your verdict solely upon the evidence and the law?

16          THE JUROR:  Right.

17          THE COURT:  Thank you so much, Ms. Piconi.

18          Anyone else who cannot be fair and impartial?

19          Do any of you know anything about this case based upon

20 the allegations contained in the indictment?

21          No hands are raised.

22          Do any of you know any of the lawyers involved in the

23 case?

24          Ms. Viamontes, and Ms. Johannes on behalf of the

25 Government?

1          Mr. Zacca and Mr. Fernandez on behalf of Mr. Desir,

2   and Mr. Wilcox on behalf of Ms. Rembert?  Any of you know any

3   of those folks?

4          Okay.

5          Let me read to you a list of names and if you know any

6   of these people, raise your hand, please.

7          Officer DeVega of the Hollywood Police Department,

8   Officer Burrows of the Hollywood Police Department, Detective

9   Freeley of the Broward County Sheriff's Office, Detective

10  Schultz of the Broward County Sheriff's Office, Edwin Castelly.

11  I think he is from Orlando.

12         Okay, we have some more names.  Just give me a second

13  here.

14         Dr. Teri Patterson, Cindy Dookeran, Nathan Yockey,

15  Randall Thompson, Kathleen Casey, Broward Sheriff's Office,

16  William Powell, Miguel Montalvo, Frank Molina, Harpal Singh --

17         JUROR CARDENAS:  Frank Molina, there are probably more

18  than one.  M-O-L-I-N-A?

19         THE COURT:  Yes.  This gentleman works at Super 8

20  Motel.

21         JUROR CARDENAS:  No.

22         THE COURT:  Detective Charlie Ramos, Boynton Beach

23  Police Department, Detective Alfred Martinez, Boynton Beach

24  Police Department, Paul Deale, Boynton Beach Police Department,

25  Jackson Charles and FBI Special Agent Susan Funk Romash, who is

```
 1   seated at Government counsel table.
 2         FBI Special Agent Reginald Chavez, Detective Nicole
 3   Freeley, Broward Sheriff's Office, Sarah Gioielli, FBI Special
 4   Agent.
 5         I think I already asked you about Officer J. DeVega,
 6   Hollywood Police Department.
 7         Okay.  Is there anyone on the venire who has any
 8   family or close friends employed by either the FBI, the
 9   Hollywood Police Department, Broward Sheriff's Office or the
10   Boynton Beach Police Department?
11         All right.  I see no hands raised.
12         Is there anyone on the venire who could not base their
13   verdict -- other than the two people who have already raised
14   their hands, Ms. Campbell and Ms. Piconi, is there anyone on
15   the venire who could not base their verdict solely upon the
16   evidence and the law?
17         All right.  We do have a hand.
18         THE JUROR:  I am Selvin Lewis.  My concern would be
19   how do I know the evidence presented is not fabricated?
20         THE COURT:  That is for you to determine.  That is
21   your job, to determine whether the evidence is fabricated.
22         THE JUROR:  I think I would have a problem deciding
23   that.
24         THE COURT:  Why is that?
25         THE JUROR:  Well, I did not see the crime committed,
```

1    so my decision would be based on assumption.

2              THE COURT:  You understand that if you saw the crime,

3    you would be a witness, you couldn't be a juror?

4              THE JUROR:  Well, technically, yes, but --

5              THE COURT:  Is that for religious reasons that you

6    don't feel comfortable making that determination?

7              THE JUROR:  I have been asking the question, people

8    have been found guilty or innocent, and my decision is based on

9    that, how do I know?  Based on the witnesses, by the state, how

10   are we to decide that?

11             THE COURT:  That is why we impanel jurors to make that

12   determination.

13             THE JUROR:  I understand.  I think I would have a

14   problem.

15             THE COURT:  You would have a problem?

16             THE JUROR:  Yes.

17             THE COURT:  Okay.  Thank you for your candor.

18             Anyone else?

19             Okay.  I have questions to ask of you collectively

20   before we go to the questionnaires.

21             Have any of you or any close friend or family member

22   ever been addicted to or negatively affected by illegal drug

23   use?

24             We have a hand in the back.

25             Okay.

```
 1              THE JUROR:  Carol --

 2              THE COURT:  We can't hear you.

 3              THE JUROR:  Carol Mashek.

 4              THE COURT:  Okay, number 43.  Yes, ma'am, go ahead.

 5              THE JUROR:  My son, who is now an attorney in Atlanta,

 6    about five or six years ago was a significant meth user, and

 7    had to -- I put him in a home, a facility.  He came clean, but

 8    it affected the family dramatically.

 9              THE COURT:  If there is evidence relating to drug

10    usage would you be able to fairly evaluate that evidence and

11    assign whatever degree of weight to that evidence that you deem

12    appropriate?

13              THE JUROR:  I would have a problem, because I know how

14    it affected the family.

15              THE COURT:  Okay.

16              The lawyers may want to ask you a little more about

17    that, but for right now, we will leave it at that.

18              Anyone else?

19              Okay.

20              THE JUROR:  Gabrielle Solomon.

21              I want to ask a question.  Would an ex-husband be

22    considered, although I don't have contact any more?

23              THE COURT:  Well, tell me about it.  Would it affect

24    your fair evaluation of the evidence?

25              THE JUROR:  I don't think so.
```

1          THE COURT:  Okay, thank you, ma'am.

2          Does anyone on the venire have very strong beliefs

3     against people possessing or owning firearms?

4          Okay, I see no hands raised.

5          Does anyone on the venire have very strong feelings

6     about allegations of prostitution that could affect your

7     ability to be fair and impartial in this case?

8          I see no hands raised.

9          Does anyone on the venire have very strong feelings

10    about allegations of domestic violence that could affect your

11    ability to be fair and impartial in this case?

12         I see no hands raised.  All right.

13         A few more questions.

14         Have any of you or any of your family members or very

15    close friends ever been involved in any lawsuit with the

16    Federal Government?

17         Nobody?  Okay.

18         Have any of you ever had any unfavorable experience

19    with a law enforcement officer or a prosecutor?

20         I see no hands raised.

21         Do any of you have any relatives or close friends who

22    are criminal defense lawyers?

23         Okay, we know about you.  You work for the State

24    Attorney's Office.

25         Do any of you or any of your family members or close

1    friends have any type of relationship with any prosecutors?

2          Okay, I see no hands raised.

3          Are any of you familiar with internet web sites that

4    advertise escort or sexual services such as Backpage.com,

5    Craig's List or other similar web sites?

6          Okay.  No hands raised.

7          All right.  We are going to proceed with the

8    questionnaires.

9          Folks, each of you should have been provided with a

10   juror questionnaire.  I have found that the most efficient and

11   expeditious way of going through these questionnaires is for

12   each juror to state -- look at the questionnaire as I do

13   this -- number one, and then your name; number two, then your

14   occupation.

15         You don't need to repeat what is on the questionnaire,

16   just state the number, just state the number and then the

17   response.

18         Now, if any of you forgot your reading glasses or are

19   just nervous and would prefer that I ask you what is on the

20   questionnaire, certainly I will be more than happy to do so.

21         This is somewhat time consuming, and we can get

22   through a lot quicker if you follow those rules, number one,

23   state your name, and so on.

24   BY THE COURT:

25   Q.  So we are going to start with Mr. Leslie.

1           Good morning.

2   A.   Good morning.

3   Q.   You may proceed.

4   A.   Number one, Lincoln Leslie.  Occupation -- number 2 --

5   number 1, Lincoln Leslie.  Number 2, HRMS specialist.

6   Q.   What is that?

7   A.   HRMS, human resources management services.

8   Q.   Who do you work for?

9   A.   Lennar Corporation.

10  Q.   Go ahead.

11  A.   3, Davie.  4, nine years.  5, married.  6, MIS manager,

12  management information systems manager.

13  Q.   She works for the same company you do?

14  A.   No, she works for the City of Sunrise.

15           7, none.  8, soccer.  9, no.  10, yes.

16  Q.   All right.  Tell us about that.

17  A.   Well, I have a friend that works for DEA, she works out of

18  Miami International Airport.

19  Q.   Does she ever discuss her cases with you?

20  A.   No.

21  Q.   Okay.  Would the fact you have a friend employed by DEA

22  affect your impartiality?

23  A.   It all depends, you know.  If I listen to the evidence, and

24  stuff like that, I could make a decision really, but I don't

25  think so.

1  Q.  Okay.  When you say you don't think so?

2  A.  I don't think so.

3  Q.  Why would it?

4  A.  Well, if I listen to the evidence and I hear the evidence

5  and everything else, I think I would be able to make a

6  decision, come to some decision, really.

7  Q.  Without regard --

8  A.  Without regard to her being a DEA.

9  Q.  Okay, go ahead.  Number 11?

10  A.  Number 11, no.  Number 12, no.  Number 13, no.  Number 14,

11  no.  Number 15, no.

12          Number 16, the only problem I have with number 16 is I

13  have hypertension and I am on medication right now.  So a lot

14  of time, if I am stressed, my blood pressure level will go

15  high, so I just take my medication.  That is all I have,

16  really.

17  Q.  Do you think it would affect you as a juror?

18  A.  It all depends.  If I am stressed out my blood pressure

19  level will go high.  I stop and take my medication, and it

20  takes about four, five hours before it goes down.

21          The last time my blood pressure was 205 over 115, and

22  I was out to get the blood pressure down.  That is according to

23  my stress level.  I was stressed at work.

24  Q.  You don't take the medication every day?

25  A.  I take it every day.  If there is a time my blood pressure

1    goes up during the day, I have to take it again.

2    Q.  All right.  Let us know if you become stressed.

3    A.  I sure will.

4    Q.  We will take the appropriate precautions.

5    A.  Number 17 is no.

6    Q.  Thank you very much.  You actually did that very well.

7    A.  Thank you.

8    Q.  Mr. Serpa, good morning.

9    A.  Number 1, Daniel Serpa.  2, production manager for Showcase

10   Distribution.

11          MR. WILCOX:  Your Honor, I am sorry.

12   BY THE COURT:

13   Q.  Could you repeat that, sir, your occupation, number 2?

14   A.  Production manager for Showcase Distributions.

15   Q.  Okay.

16   A.  Number 3 is Coral Springs.  Number 4 is 12 years.  Number 5

17   is divorced.  I suppose I have to jump.  7 is, I have four

18   daughters, all in school.

19          8, none.  9, none.  10, none.  11, no, none.  12,

20   none.  13, none.  14, none.  15, none.  16, none.  17, none.

21   Q.  Thank you, Mr. Serpa.

22          Mr. Hochman, good morning.

23   A.  Good morning, Your Honor.

24          1, Kenneth Hochman.  2, attorney, 28 and a half years.

25   Q.  Do you specialize?

1  A.  Tax law, attorney for the IRS, chief counsel.

2  Q.  Okay.

3  A.  3, Pembroke Pines.  4, 25 years.  5, married.  6,

4  housewife.  7, one, student, graduate student.  8, reading.  9,

5  no.  10, no.  11, no.  12, no.  13, no.  14, no.  15, no.  16,

6  no.  17, no.

7  Q.  Thank you, Mr. Hochman.

8          Before we go to Ms. Campbell, let me see the attorneys

9  at sidebar.

10     (Thereupon, the following sidebar conference was held.)

11          THE COURT:  Do you all agree that Ms. Campbell should

12  be excused?

13          MR. ZACCA:  Yes.

14          MS. VIAMONTES:  Yes, Your Honor.

15          MS. JOHANNES:  Yes.

16          THE COURT:  What about Selvin Lewis?  He is the one

17  who said he would have a problem deciding whether the evidence

18  is fabricated.

19          MS. JOHANNES:  Yes.

20          MR. WILCOX:  He hasn't given any reason.

21          MS. VIAMONTES:  He made it very clear he cannot sit on

22  this jury and judge the evidence fairly and accurately.  He may

23  taint the --

24          MR. WILCOX:  It may be a misunderstanding.

25          THE COURT:  Here is what we will do with respect to

1   Lewis, we will take his responses out of the presence of the

2   other jurors.  That way it won't taint them.

3          What about 43, Carol Mashek?  That is the one whose

4   son was a meth user.

5          MS. VIAMONTES:  I think there is reasonable doubt

6   whether she could be fair and impartial.

7          MR. WILCOX:  I agree.

8          MR. ZACCA:  I agree.

9          THE COURT:  Okay.  Alexandra Piconi, a rape victim.

10          MS. VIAMONTES:  Yes.

11          MR. WILCOX:  Yes.

12          MR. ZACCA:  Yes.

13          THE COURT:  I will let these folks go now.

14          MR. ZACCA:  There are additional witnesses defense may

15   call, I looked over my notes, at some point.

16          THE COURT:  All right.

17          MR. ZACCA:  I'm sorry.

18          (Thereupon, the sidebar conference concluded.)

19          THE COURT:  All right.  I am going to excuse the

20   following jurors:

21          Ms. Campbell, you are excused, ma'am.

22          In addition, the Court is going to excuse Ms. Mashek,

23   and Ms. Piconi.

24          Ladies, you all will need to call in at five o'clock

25   this afternoon to see if you are going to be needed for another

```
 1  jury, but I thank you for your participation here this morning.
 2          THE JUROR:  Thank you, Your Honor.
 3          THE COURT:  You will need to leave your juror badge
 4  with Mr. Culuffo, please.
 5          (Potential jurors exited the courtroom.)
 6          THE COURT:  Let me ask you to move down a seat.
 7          Mr. Ysern, would you come down.  All move down a seat.
 8          Ms. Momplaiser, would you come up to the jury box now.
 9          The lawyers provided me with additional names,
10  actually five additional names.  If you know any of these
11  people, please raise your hand.
12          Officer Jason Jones.
13          What police department, do you know?
14          MR. ZACCA:  Vero Beach.
15          THE COURT:  Floyd Foster, Ashley Kruger, Officer
16  Jennie Tien, Boynton Beach Police Department, and Patricia
17  Jones.
18          Any of you know any of those folks?
19          All right.  We are going to proceed with Ms. Wilson.
20  BY THE COURT:
21  Q.  Good morning, Ms. Wilson.
22  A.  Good morning, Your Honor.
23          Number 1, Sandra Wilson.
24  Q.  Where do you work?
25  A.  Tate Enterprises, Stanley Tate Enterprises.
```

1    Q.   You work for Stanley Tate?

2    A.   Yes, he is my boss.

3    Q.   All right.  How long did you work for Mr. Tate?

4    A.   Eight years.

5    Q.   Good.

6    A.   Number 3, Westin.  Number 4, five years.  Number 5,

7    married.  Number 6, fleet service.

8    Q.   What?

9    A.   Fleet service.

10   Q.   Fleet service?

11   A.   Yes.

12   Q.   For what company?

13   A.   For American Airlines.

14   Q.   Okay.

15   A.   Number 7, two step kids.  Number 8, going shopping.  Number

16   9, none.  Number 10, none.  Number 11, none.  Number 12, none.

17   Number 13, yes.  I found out last Friday my friend's son, he is

18   in jail.

19   Q.   For what?

20   A.   Trafficking cocaine.

21   Q.   Okay.  Would that affect your impartiality here?

22   A.   Maybe.

23   Q.   You think it would affect your determination of this case?

24   A.   I'm not sure what happened to him, but I feel concern for

25   my friend.

1  Q.  Yes, but how would that affect your decision in this case?

2  A.  Maybe not.  I'm sorry.

3  Q.  I don't want to put words in your mouth.  I am trying to

4  figure out how, when you don't know anything about the facts of

5  the case, how --

6  A.  I'm sorry, I am very nervous.

7  Q.  Okay.

8  A.  Number 14, none.  Number 14 -- 15, no.  Number 16, yes.  I

9  have difficult with my language, I don't understand 100 percent

10  English.

11  Q.  Have you understood what I said so far?

12  A.  Yes, but no 100 percent.  There are words I didn't

13  understand what you said before.

14  Q.  Okay.

15  A.  Number 17, my language, like I said before.

16  Q.  All right.  Thank you, Ms. Wilson.

17        Ms. Solomon, good morning.

18  A.  My name is Gabrielle Solomon.  My occupation, legal

19  secretary.

20  Q.  Who do you work for?

21  A.  Shook, Hardy & Bacon, Mr. Sherouse.

22  Q.  You do insurance defense work?

23  A.  Yes.

24  Q.  Good lawfirm.

25  A.  Thank you.  I have been there 17 years.

1  Q.  You need to speak into the microphone.

2  A.  I have been employed 17 years.  I live in Hallandale.  I

3  have been there for 11 years.  I am single.  I have -- number

4  7, I have one child, 38 years old.  I like to walk.

5          9, no.  10, no.  11, no.  12, no.  I would like to say

6  for number 11, I'm sorry, many, many years ago I had a robbery

7  in my home.

8  Q.  Was the matter investigated by law enforcement?

9  A.  I don't believe so.  I don't believe so.

10  Q.  Would that affect your impartiality?

11  A.  No.  No.  I just wanted to state that.

12          14, no.  15, no.  16, no.  And 17, I am going to be

13  traveling out of state on May 28th, I don't know if that

14  matters, in two weeks.

15  Q.  May 28th, okay, the day after Memorial Day.

16  A.  Yes.

17  Q.  Okay.  We are hopeful that we will finish the trial this

18  week, but here is the catch, though.  If we don't finish the

19  trial this week, we wouldn't be coming back to complete the

20  trial until the following Thursday, which is May the 23rd.

21          So, we are getting close to your vacation.

22  A.  I just wanted to let you know.

23  Q.  Okay, I appreciate that.

24          Good morning, Ms. Cardenas.

25  A.  Good morning.  Number 1, as you just heard, Cynthia

1   Cardenas.  Number 2, my occupation is retail planning.  I work

2   for Perry Ellis International, I have been there for eight

3   years.  Prior to that, I was at Macy's, Inc. for about another

4   eight years.

5           Number 2, Miramar.  Number 4, about eight, nine years.

6   Number five, married.  Number 6, yacht sales.  Number 7, two

7   children, ages three and five.  They are in preschool, both of

8   them.  So I did want to say one thing, I do drop them off by

9   8:00 and I have to pick them up by 6:30.  It is all the way

10  west in Pompano.

11  Q.  I don't think that would be a problem.

12  A.  Just if we start at 9:00, and I drop them off at 8:00, I

13  leave them off at 8:00.

14  Q.  You need to be here by 9:00.

15  A.  I haven't figured that out yet.  I will move on.

16          Number 8, spare time, I wish I had more of it.  It is

17  just really with the kids.

18          Number 9 is no.  Number 10, no.  Number 11, no.

19  Number 12, no.  Number 13, yes.  My husband was actually

20  accused -- not whatever, it still hasn't gone to trial yet, but

21  he was accused of a crime, not Federal.  Grand theft.

22  Q.  And it is pending?

23  A.  Pending.

24  Q.  Okay.  Would that affect your --

25  A.  It would not.

184

1  Q.  Okay.

2  A.  I had a nephew, I think, accused of domestic violence.  I

3  think that case was dropped.  That would not affect my decision

4  for anything.

5          Number 14, no.  Number 15, yes, it was criminal.  A

6  verdict was reached and I was not the foreperson.

7  Q.  Was that in State Court?

8  A.  That was state in Dade.

9  Q.  Okay.

10  A.  It was quite a few years ago.

11  Q.  Okay.

12  A.  Number 16, no.  And number 17, I would say no.

13          Like she mentioned a trip, you said the trial should

14  be over by then.  I do have a trip planned for New York, work

15  related, on the first week of June.

16  Q.  Shouldn't be a problem.

17  A.  I just wanted to tell you.

18  Q.  Thank you, Ms. Cardenas.

19          Mr. Flores, good morning.

20  A.  Florist, counter sale.

21  Q.  Who do you work for?

22  A.  United Ref, just put Ref.

23  Q.  Okay.

24  A.  Number 4, 12 years.  Number 5, married.  Number 6, my wife

25  is a supervisor at Point Blank Emory in Pompano.  Two child,

1  one 24, one 13.  Number 8, marshal art.  Number 9, no.  Number

2  10, no.  Number 11, no.  Number 12, no.  Number 13, no.  Number

3  14, no.  Number 15, no.  Number 16, no.  Number 17, no.

4  Q.  Thank you, sir.

5       Mr. Ysern, good morning.

6  A.  Number 1, Antonio Ysern.  Number 2, HR director, Sony

7  Corporation.  I live in Coral Springs.  I have lived there for

8  14 years.  Number 5, married.  Number 6, my wife is a

9  housewife.  She is at home.  Number 7, two daughters, age 25,

10  studying at Palm Beach College, and a second daughter, age 24,

11  substitute teacher.

12       Number 8, I have no specific hobbies.  Number 9, no.

13  Number 10, no.  Number 11, no.  12, no.  13, no.  14, no.  15,

14  no.  16, no.  And 17, no.

15  Q.  Thank you, Mr. Ysern.

16       All right.  Let's go back and meet Mr. Warsh.

17       Good morning, sir.

18  A.  My name is Jared Warsh.  Number 2, I work as a manager at

19  Petco for six years.  3, Tamarac.  4, 12 years.  Single, no

20  children.  Hobbies, two different types of music.  Military

21  service, 10, no.

22       11, no.  12, no.  13, no.  14, no.  15, no.  16, no.

23  17, I don't think this is an actual reason, but we just had

24  another manager quit and I am extremely short staffed.  I had

25  to work overnight last night and tonight.  That is all.

1  Q.  Ms. Rosalie Muir-Gault.

2  A.  Rosalie Muir-Gault.  Number 2, four years, Seminole Tribe

3  of Florida.

4  Q.  What do you do for the Seminole Tribe?

5  A.  I am the payroll specialist.

6  Q.  Okay.

7  A.  Number 3, Sunrise.  4, 25 years.  5, married.  6, office

8  manager.  7, no --

9  Q.  Who does your husband work for?

10  A.  McArthur Dairy.

11  Q.  Okay.

12  A.  7, none.  8, reading.  9, no.  10, no.  11, yes.  We were

13  robbed many, many years ago.

14  Q.  Would that affect your impartiality?

15  A.  No.  No.  14, no.  15, no.  16, no.  17, no.

16  Q.  Thank you, ma'am.

17  A.  You are welcome.

18  Q.  Mr. Lewis, good morning again, sir.

19  A.  Good morning.  Number 1, Selvin Lewis.  I'm a mental health

20  technician and substitute teacher.  Number 3, Fort Lauderdale,

21  Lauderdale Lakes.  4, 27 years.  5, single.  Number 7, seven

22  children.  Number 8, physical education.

23        Number 9, no.  10, no.  11, no.  12, no.  13, yes.

24  One of my sons was -- served time for distributing marijuana

25  and was deported.

```
 1  Q.  Do you feel he was fairly treated?
 2  A.  Yes.  He committed a crime, sir, yes.
 3          Number 15, no.  16, no.  And 17, no.
 4  Q.  Thank you, Mr. Lewis.
 5          Mr. Thomas, good morning, sir.
 6  A.  Gary Thomas.  2, self-employed, electrical contractor.
 7  Fort Lauderdale, number 3.  Number 4, 22 years.  5, married.
 8  6, manager for Holy Cross.  Two children 21 and 23, both in
 9  school.
10          Hobbies, boating.  Yes to prior military.  No for 10.
11  No for 11.  No for 12.  Yes for 13.
12  Q.  Tell me about 13.
13  A.  I got out of the military some 30 years ago and I threw a
14  rock through a bar.  Long, long time ago.
15  Q.  Okay.
16  A.  My youthful days.
17  Q.  Were you charged?
18  A.  I was charged, but never convicted.
19  Q.  Okay.  Was the case dismissed?
20  A.  Probation before judgment.
21  Q.  Okay.  Would that affect your impartiality here?
22  A.  No.
23  Q.  14?
24  A.  No.  15, no.  16, no.  And 17, no.
25  Q.  Thank you, Mr. Thomas.
```

```
 1              Ms. Lopez, good morning.
 2    A.   Good morning.  Number 1, Elizabeth Lopez.  Number 2, I am
 3    an information referral specialist at Northwest Boca Point
 4    Senior Center, Margate.  I work two years already there.
 5    Number 3, Margate.  Number 4, 21 years.  Number 5, I am
 6    married.  Number 6, he is an employee, he is an electrical
 7    engineer.
 8              Number 7, we got three kids, 17, 14 and 13.  My oldest
 9    is in 12th grade, the other one in 8th grade and the little one
10    in 7th grade.  Hobbies, the kids.
11              9, no.  10, no.  11, no.  12, no.  13, no.  14, no.
12    15, no.  16, I believe I got the same problem, some of the
13    words that you say I didn't understand very well, so I don't
14    know.  I think that is --
15    Q.   Well, when it comes to the law, obviously, it is my job to
16    answer those questions for you.
17              So, if you have questions regarding the law, if I use
18    a term that you need defined, you should let me know.  It is my
19    job to explain it to you.
20    A.   Okay.  And number 17, no.
21    Q.   Thank you very much, Ms. Lopez.
22              Ms. Williams, good morning.
23    A.   One, Barbara Williams.  2, project administrator for a
24    lighting company, one and a half years.  3, Dania Beach.  4,
25    ten years.  5, divorced.  6 and 7 --
```

1  Q.  You need to speak up.

2  A.  6 and 7, not applicable.  8, reading.  9, no.  10, no.  11,

3  yes, burglaries, things that were robbed, taken from me.

4  Q.  Were these matters investigated by law enforcement?

5  A.  I don't think so.  My car turned up the next day, my car

6  which was stolen.

7  Q.  Are these incidents that would affect your impartiality?

8  A.  No.  They would not affect my impartiality.

9         12, no.  13, yes.  My step father's partner was quite

10  a crook, and my stepfather happened to go down with him.  That

11  would not affect my impartiality.

12         14 through 17, no.

13  Q.  Thank you, Ms. Williams.

14         Mr. Carlsward.

15  A.  Good morning, Jonathan Carlsward.  2, service technician

16  for ADT Security for 15 years.  3, Westin, 14 years.  5,

17  married.  6, registered nurse for Memorial Health Care System.

18  7, three children, ages 7, 8 and 11.  8, fishing.

19         9, no.  10, no.  11, no.  12, no.  13, no.  14, no.

20  15, yes, a civil case in Broward County.

21  Q.  Did you all reach a verdict?

22  A.  Yes, we did.

23  Q.  Were you the foreperson?

24  A.  No, I was not.

25         16, 17, no.

1  Q.  Thank you, Mr. Carlsward.

2       Let's go back and meet Ms. Robinson.

3       Good morning.

4  A.  Good morning.  My name is Margaret Robinson.  I am a flight

5  attendant for 40 years, I work for Delta Airlines.  I've lived

6  in Miramar 26 years.  My divorce is in process.  He is retired.

7  I have no children.

8       I love to collect recipes.  No military service.  10

9  is no.  11, my house was robbed years ago and about four years

10 ago my cousin was killed in Opa-Locka.

11 Q.  Killed how?

12 A.  Shot.  He was jogging, and we don't know if someone was

13 trying to rob him or not, but he was killed.

14      Number 12 is no.  And number 13 is no.  14, no.  15,

15 yes, but I don't remember the details of it.  It was over

16 before we deliberated.

17      16 is no, and 17, no, but I do need the last week off.

18 I am supposed to take care of an elderly uncle the last week of

19 May.

20 Q.  The week of the 27th.  Do you need the whole week?

21 A.  I bid that week off to do that.  I have to travel there, to

22 Portland, Oregon.

23 Q.  So you made plans to go to Portland?

24 A.  Yes.

25 Q.  Thank you, ma'am.

1          Mr. -- is it Mosher?

2   A.  Yes, Your Honor.

3   Q.  Good morning.

4   A.  Larry Mosher.  I'm currently retired, previously I was

5   airport base operation manager at Opa-Locka Airport for three

6   years.  Prior to that, I owned my own company for five years,

7   and prior to that, I was a systems engineer at the Federal

8   Aviation Administration.

9          I've lived in Fort Lauderdale 12 years and Cooper City

10  three years prior to that.  I am divorced, two children, a son

11  36, who is career Navy, a daughter 42, who is a delicatessen

12  manager for Publix up in Tennessee.

13         In my spare time I like reading and writing.  Prior

14  military service, 10, is no.  11 is no.  12 is no.  13 is no.

15  14 is no.  15 is yes, criminal trial, we did reach a verdict,

16  but I was not the foreperson.  16 is no, and 17 is no.

17  Q.  Thank you, Mr. Mosher.

18         Mr. Furslew, good morning.

19  A.  Robert Furslew.  Number 2, utility mechanic for the City of

20  Hollywood.  Number 3, City of Hollywood.  13 years, number 4.

21  5, married.  6, spouse is retired.  7, two children, 22, 28,

22  and one is in college and one is a jewelry designer and

23  marketer.  Number 8, auto racing and scuba diving.

24         Number 9, no.  10, no.  11, yes, attempted break in at

25  my home, but nothing was stolen.

```
 1   Q.  Would that affect your impartiality?
 2   A.  No.
 3          12, no.  13, no.  14, no.  15, yes, I was on a jury,
 4   civil, and we reached a verdict.
 5   Q.  Were you the foreperson?
 6   A.  No.  16, no.  17, no.
 7   Q.  Thank you, sir.
 8          Ms. Smith, good morning.
 9   A.  Good morning.  Number 1, Karla Smith.  Number 2, I work at
10   McDonald's and Flanigans.  Number 3, Fort Lauderdale.  4, about
11   25 years now.  5, single.  7, four kids.  8, four kids.  9, no.
12   10, no.  11, no.  12, no.  13, no.  14, no.  15, yes, it was
13   civil, we reached a verdict and I wasn't a foreperson.
14          16 and 17, no.
15   Q.  All right.  Thank you, Ms. Smith.
16          Ms. Latas.
17   A.  Mary Latas, certified occupational therapy assistant.  I
18   live in Westin.  Number 4, I've lived there five and a half
19   years.  Number 5, I am married.  Number 6, my husband is a
20   regional operations manager for a liquid gas company.  Number
21   7, I have three children/adults, 37, 33 and 32.
22          One is a sign language interpreter, that is my
23   daughter.  My son is a realtor and stay-at-home dad, and my
24   other son is an environmental specialist for Abercrombie and
25   Fitch.
```

```
 1              Hobbies, I like to read.  Number 9, no.  Number 10,
 2  no.  Number 11, no, however, my son was a shooting victim in
 3  Philadelphia.  Number 12, no.  Number 13, no.  Number 14, no.
 4  Number 15, no.
 5              Number 16, I do wear a hearing aid.  Number 17, is
 6  there -- number 17 is no.  Sorry.
 7  Q.  Let me ask you about your son being a shooting victim.
 8  A.  Yes.
 9  Q.  Was that as a result of a robbery or what?
10  A.  It was -- yeah, it was kind of an attempted robbery.  He
11  was in college at the time and it was kind of a vase of
12  mistaken identity.
13              The perpetrators, I guess, broke into the wrong
14  apartment, and I don't even know if they were found guilty or
15  not.  I don't know what the outcome of the trial was.
16  Q.  Did your son survive?
17  A.  Yes, yes.
18  Q.  Okay.  Would that affect your impartiality here?
19  A.  No.  I don't think so.  No.
20  Q.  Thank you, ma'am.
21              All right.  Ms. Myers, good morning.
22  A.  Good morning.  Elizabeth Myers, customer service for the
23  Department of Transportation, Sun Pass.  I live in Fort
24  Lauderdale, 28 years.  I am married, my husband owns a lawn
25  service.  I have two children, 25 and 21.  My hobby is cooking.
```

1            The answer for number 9 is no.  Number 10 is no.  Yes,

2  I was -- my house was broke into last year.

3  Q.  Was it investigated by law enforcement?

4  A.  I don't think so.  The policeman came and looked, but

5  nothing was done after that.  There was no investigation, no.

6  Q.  Would that affect your impartiality here?

7  A.  No, sir.

8            Number 12 is none.  Number 13, none.  Number 14 is

9  none.  Number 15 is none.  Number 16 is none.  And number 17 is

10  none.

11  Q.  All right.  Thank you, Ms. Myers.

12            Ms. Momplaiser.

13  A.  Yes, Lisbet Momplaiser.  I am a registered nurse for 26

14  years, I work at Memorial Regional.  I live in Miramar.  I have

15  been in Florida for 23 years.  I am married, my husband is

16  retired.  Two children --

17  Q.  What was his former occupation?

18  A.  He worked at the Job Service of Florida, Job Service of

19  Florida, social work.

20  Q.  Okay.

21  A.  Two children.  My son is 30, he is a paramedic.  My

22  daughter is 26, now graduating from Life University as a

23  chiropractor.  She is doing an internship now.

24            I like reading, walking, playing cards with my

25  husband.  No military service.  My husband's cousin is a cop in

1   Miami.  31 years ago I was a victim of a crime.  I was

2   beaten -- I was coming home from work and my car was stolen,

3   but everything is okay.

4   Q.  Ma'am, you need to speak directly into that microphone.

5         You have never been a witness?

6   A.  Well, I was mugged one time, but never a witness.

7   Q.  How long ago was it that you were mugged?

8   A.  31 years ago.

9   Q.  Is that going to affect your decision here?

10  A.  No.

11  Q.  Okay.

12  A.  My stepson was in jail for car theft, years and years and

13  years ago.

14  Q.  Do you feel he was fairly treated?

15  A.  I am sure he was.  14, no.  15, no.  I do have high blood

16  pressure, and I do take medicine, and for the past five, six

17  years I have been hospitalized more than seven times.  If I am

18  under a lot of stress I have TIA's, I pass out.

19  Q.  We are going to have to keep an eye on you and Mr. Leslie.

20  A.  But I have to travel --

21  Q.  Make sure you all take your medication.

22  A.  I do all the time.  I have it with me all the time.

23        I have to travel on Friday to go to New York.  My

24  niece is graduating from nursing school, this coming Friday,

25  she is graduating from NYU.

1  Q.  You've got your plane ticket?

2  A.  Yes.

3  Q.  I am going to excuse you, I am not going to make you miss

4  that.  Thank you, you are excused.

5          THE COURT:  Folks, we are going to take a 10-minute

6  recess.  When we resume, I will ask you to sit in the same seat

7  where you are now.

8          Don't discuss any aspect of this case among yourselves

9  or with anyone else from this point forward.

10         Now, if you see the lawyers out in the hallway outside

11 of this courtroom, they are instructed that they cannot

12 communicate with you.  So I am instructing you to not

13 communicate with the lawyers.

14         So nobody's feelings can be hurt, if you see a lawyer

15 and they don't speak to you and you don't speak to them it's

16 because you are not supposed to.

17         Okay, with that, we will take a 10-minute recess.

18         (Thereupon, the jury venire retired from the

19 courtroom.)

20         THE COURT:  10 minutes.

21         (Thereupon, a short recess was taken.)

22         THE COURT:  All right.  Mr. Wepler, do you want to

23 come up here and take Ms. Momplaiser' seat.

24         Folks, would you all please be seated.

25 BY THE COURT:

1  Q.  Mr. Wepler, make sure you speak into the microphone,

2  because the Court stenographer has reminded me it is making her

3  job very difficult when people don't speak into it.

4  A.  Yes, Judge.

5  Q.  Very good.

6  A.  Number 1, Richard Wepler.  Retired internal revenue agent

7  for 23 years.

8           MR. WILCOX:  I didn't hear.

9           THE COURT:  He is a retired Internal Revenue Service

10  agent for 23 years.

11  BY THE COURT:

12  Q.  Not retired for 23 years?

13  A.  No, retired for nine, 23 years service.  I didn't make

14  myself clear.

15  Q.  I knew what you meant.

16  A.  Three, Coconut Creek.  4, 14 years.  5, married.  6,

17  housewife.  7, one child, 43 years old, office manager,

18  stockbroker.  8, golf, American Legion Color Guard.

19  Q.  Did you watch the golf tournament yesterday?

20  A.  Absolutely.

21  Q.  What did you think about the controversy between Sergio and

22  Tiger?

23  A.  I think it didn't need to happen.  They should have glanced

24  over it and don't cover it, in my opinion.

25  Q.  So it was no big deal?

```
1   A.   No big deal.
2   Q.   I agree.  Sergio tried to make it a big deal.
3   A.   Yes, he did.  Tiger just ignored him.
4            Number 9, yes.  Number 10, no.  Number 11, no.  Number
5   12, no.  Number 13, no.  Number 14, no.  Number 15, yes, a
6   civil trial.  A verdict was reached, and I was not the foreman.
7            16, no.  17, no.
8   Q.   Thank you, Mr. Wepler.
9            Let's go back to the back and meet -- is that
10  Mr. Murad?
11           You need to hold that very close to your mouth.  Speak
12  like Mr. Wepler did.  I had no problem hearing him.
13  A.   Jean Murad.  I am a truck driver.  I live in Miramar for 24
14  years.  Married --
15  Q.   You need to hold the microphone closer.
16  A.   Number 5, married.  6, wife is a toll collector.
17  Q.   What collector?
18  A.   Toll.  Number 7, two children.  Number 8, none.  Number 9,
19  no.  Number 10, no.  11, yes, twice.  12, none, no.  13, yes,
20  my brother been convicted of selling drugs.
21  Q.   Who was -- your brother was convicted of selling drugs?
22  A.   Yes.
23  Q.   Do you think he was fairly treated?
24  A.   Oh, I didn't know, I didn't know the whole case.  I was
25  living down here, and he was in New York.
```

1   Q.  Okay.  So that wouldn't affect your decision in this case,

2   would it?

3   A.  No.

4   Q.  Okay.

5   A.  Number 14, no.  15, no.  16, no.  17, I am going on

6   vacation the end of the month.

7   Q.  When?

8   A.  The end of the month.

9   Q.  You mean like the 31st or what?

10  A.  The last week of May.

11  Q.  Last week of May, vacation, okay.  All right.  Thank you,

12  sir.

13          Mr. Rojas.

14  A.  Good morning, Judge.

15  Q.  Good morning.

16  A.  My name is Juan Rojas.  I am a real estate broker for

17  Optima Realty.  I am in Hollywood.  Number 4, 13 years.

18  Divorced, none -- 6, none.  7, no.  8, traveling.  9, no.  10,

19  no.  11, no.  12, no.  14, no.  15, no.  16, no.

20          17, just to let you know, I have a court date hearing

21  on the 15th at 9:00 a.m.  I don't know if that is going to be a

22  problem.

23  Q.  A hearing on what?

24  A.  A traffic citation.

25  Q.  Okay.  If you are selected to serve, you can give

1    Ms. Tompkins all of the information regarding that hearing and

2    we can contact the hearing officer and get that changed for

3    you.

4    A.  Okay.

5    Q.  Not dismissed.  I just want to make that clear.

6         All right.  Mr. Gilberte, good morning.

7    A.  Good morning.  Mike Gilberte.  Occupation, Tech 2 for the

8    Water Department, Dade County, 17 years.  Single, no wife, no

9    children.  Hobbies, sports and a lot of TV.  No military

10   service.

11        10 is no.  11 is no.  12 is no.  13 is no.  14 is no.

12   I have been on a jury twice.  There was a conclusion on both of

13   them and I was foreman on one of them.

14        I do have colitis, Your Honor.

15   Q.  Well, if you need a break at any time, just let us know.

16   A.  Yes, that is a possibility.

17   Q.  I understand.

18   A.  And 17 is no.

19   Q.  Thank you very much, Mr. Gilberte.

20        Mr. Bonneville, good morning.

21   A.  Good morning.  My name is Robert Bonneville.  My occupation

22   is warehouse manager.  I have been doing it for 30 years.

23   Q.  Who do you work for?

24   A.  Gordon Food Service.

25   Q.  Okay.

1    A.   Length of time in the community, 8 years.  Married, spouse

2    is a housewife.  Three children, 27, 28, 29, they are all

3    employed.  Hobbies, no particular hobby.  No military service.

4         Number 10 is no.  11, no.  12, no.  13, no.  14, no.

5    15, yes.  There was no verdict reached and I was not the

6    foreperson.

7    Q.   When you say no verdict reached, a hung jury?

8    A.   Hung jury.

9    Q.   Was it criminal or civil?

10   A.   Criminal.

11   Q.   Were you the foreperson?

12   A.   No.

13   Q.   16?

14   A.   No.  17, no.

15   Q.   Thank you.

16        Mr. Partlow, good morning.

17   A.   Good morning.  Scott Partlow.  Occupation, CFA Group,

18   maintenance, and Wal-Mart, stock at night.  Residence,

19   Deerfield Beach, Florida.

20        MR. WILCOX:  I don't know what CFA maintenance is.

21        THE JUROR:  They own apartment complexes.

22   BY THE COURT:

23   Q.   Apartment complexes?

24   A.   Yes.

25   Q.   You work at Wal-Mart and you do maintenance?

1  A.  In the day time.

2  Q.  Okay.

3  A.  Married, yes.  Spouse, Marshalls supervisor.  Four kids.

4  Q.  Could you back up.  Your wife works for the Marshal

5  Service?

6  A.  Marshalls department store.

7  Q.  I guess there is a big difference, Marshal Service versus

8  Marshalls department store.

9  A.  The rest is no.

10  Q.  Thank you.

11        Virginia Harrington.  Good morning.

12  A.  Excuse me?

13  Q.  Good morning.

14  A.  Good morning.  Virginia Harrington, office manager for

15  Vanderplas Associates, architects.  I've lived in the Margate

16  area for the past 36 years.  I'm married, spouse's occupation

17  is pest technician.  I have three children, one 27, she works

18  for the crime prevention department for Target.  My other

19  daughter would be 23, she passed away.  My son is 19 years old,

20  he goes to school.

21        Hobbies, reading, shopping.  Number 9, no.  10, no.

22  11, no.  12, no.  13, yes.  My spouse, he was convicted of a

23  crime, he took money from a youth league and served five years

24  probation and got off in two and a half.

25  Q.  Do you feel he was fairly treated?

1  A.  Yes.

2  Q.  Okay.

3  A.  14, no.  15, yes, about 10 years ago, a civil case.  I was

4  not the foreperson, and they did reach a verdict.

5        16, no.  17, no.

6  Q.  Thank you, Ms. Harrington.

7        Mr. Smith, good morning.

8  A.  Good morning, sir.  Number 1, Kenneth Smith.  Occupation,

9  disability.  Prior to that, I used to be an engineer manager

10 for Starwood Properties and Hotel.  In the community 20 years.

11 Divorced.  6, no.  7, four kids ranging from 24 to 20.

12       Hobby, fishing.  Prior military, yes.  10, no.  11,

13 no.  12, no.  13, no.  14, 15, 16, 17, no.

14 Q.  Thank you, Mr. Smith.

15       Mr. Tran, good morning.

16 A.  Good morning, sir.  Hong Tran, technician.  I work for

17 Conoco, and worked there for 24 years.  I live in Hollywood.

18 I'm married.  Number 6, she work, my wife work for decoration

19 company.

20 Q.  Excuse me.  Who does your wife work for?

21 A.  A company called -- she work for the curtain decoration

22 company.  Children, they go to school.  Hobby is music, home

23 project.

24       Number 9, no.  Number 10, no.  11, no.  Number 12, no.

25 13, yes.  I have a brother, he was arrested last year.

```
 1   Q.  What was he arrested for?
 2   A.  He was fighting with somebody.
 3   Q.  Fighting?
 4   A.  Yes, fighting with somebody.  He was -- he have Down
 5   Syndrome, and somebody -- he fought with somebody, and they
 6   arrest him, and then they drop the charge.
 7   Q.  Do you feel the matter was satisfactorily handled?
 8   A.  Yes, yes.
 9   Q.  All right.
10   A.  Number 14, no.  Number 15, yes, and was served at Grand
11   Jury.
12   Q.  Federal or state?
13   A.  In state, in Florida.
14   Q.  In this building?
15   A.  In the main courthouse.
16   Q.  Okay.
17   A.  For six months.  Number 16, no.  Number 17, I have a
18   vacation on May 28th, the day after Memorial Day.
19   Q.  Okay.  Thank you, sir.
20        Ms. Rutland, good morning.
21   A.  Good morning.  Joann Rutland, retired bookkeeper.  I live
22   in Miramar, I have been in the community about 50 years.  I'm
23   married, my husband is a retired electrician.  Two children,
24   ages 41 and 39.  I like to read, travel and spend time with the
25   grand kids.
```

```
 1            Number 9, no.  Number 10, my son has a friend and I
 2   have known this kid since he has been a kid, grew up in my
 3   house, he is a detective with Miramar Police Department.  He
 4   drops by the house to say hello.  We don't socialize or
 5   anything.
 6            Number 11, my house was broken into about 20 years
 7   ago.  Number 12, no.  Number 13, yeah, my niece spent time in
 8   jail for embezzlement.
 9   Q.  Do you feel she was fairly treated?
10   A.  Yes, sir.
11   Q.  14 is no.  15, yes, I have been on two civil juries and we
12   did reach verdicts.  I was not the foreperson.
13            And 16 and 17, no.
14   Q.  Thank you.
15            Mr. Anthony, good morning.
16   A.  Good morning.  Robert Anthony, I am pharmaceutical sales
17   rep.  I live in Fort Lauderdale, eight years now.  My wife's
18   occupation, occupational retail.
19            Travel is my main hobby.  No children.  No military
20   service.  I have a cousin in Cleveland who is a lieutenant with
21   the police department.
22            Number 11, no.  12, no.  13, no.  14, no.  15, no.
23   16, no.  And 17, I was planning on doing the annual Key West
24   guys' trip on Friday, but if I am on the jury, I won't.
25   Q.  Thank you.
```

1        Marcia Emerson, good morning.

2   A.  Good morning.  Marcia Emerson, retired from FP&L.  I live

3   in Sunrise, I have been in the area for 30 years.  I'm widowed.

4   My husband worked for American Express before passing away.  No

5   children.  Reading and travel.  No military.

6        10 is no.  11, no.  12, no.  13 is no.  14 is no.  15,

7   I have been on county and Federal Court and we reached

8   verdicts,

9   Q.  Were you the foreperson?

10  A.  No, I was not.  16 is no.  17, I do have doctor's

11  appointments on May 31st.

12  Q.  All right.  Thank you, ma'am.

13       Let's speak to Lisa Rorque.  Good morning -- we got

14  out of order there.

15       Wait, you know something, you are right.  Roseangela

16  Restrepo.

17  A.  Yes.  I am a technician at Broward Health Care for 14

18  years.  I've lived in Margate about 10 years.  I am married.

19  My spouse is retired.  One child, employed.  Music and playing

20  games.  From 9 to 17, no.

21  Q.  Your husband is retired?

22  A.  Yes,

23  Q.  What was his former occupation?

24  A.  He was a sales representative.

25  Q.  Sales representative?

```
 1  A.  Yes.

 2  Q.  For what company?

 3  A.  Wal-Mart.

 4  Q.  Okay.  And what do you do for Broward Health?

 5  A.  A monitor technician.

 6  Q.  What is that?

 7  A.  I monitor the vital signs from the patients.

 8  Q.  Okay, thank you very much.

 9       Now Lisa Rorque.

10  A.  Hello.  Can you hear me okay?

11  Q.  Yes, ma'am, thank you.

12  A.  Lisa Rorque, cashier at Massey Yardley Dodge.  I've worked

13  there a year and a half.  I live in Pompano for 25 years.

14  Marital status, I am divorced.  I have two children, ages 22

15  and 24.

16       My hobby is watching sports.  No military service, and

17  all the way down is no.

18  Q.  Thank you very much.

19       Mr. Freeman, good morning.

20  A.  Actually, afternoon, Your Honor.  Morning was over about

21  three minutes ago, not that I wanted to correct you.

22  Q.  No, no.  Feel free to.

23  A.  I am Steve Freeman.  Let me go through my thing here.

24  Occupation, manager of a health and beauty company, they

25  manufacture hair and skin products down in Miami, Florida.  I
```

1    have been with them for 13 years.  I've lived in Coral Springs

2    for the past 32 years.  Marital status, married.  My spouse is

3    retired, formerly working in the business with me.

4            Children are my son who is 33, my daughter is 36.

5    Hobbies, spare time, work, work, work and more work,

6    unfortunately.  Military service, none.

7            Number 10, no.  Number 11, victim of a crime,

8    break-ins in my business, and some break-ins personally.

9    Q.  Would any of those incidents affect your impartiality?

10   A.  I don't think so.  Unfortunately, in all three cases, there

11   was an investigation done, but no outcome on the investigation.

12   Q.  Would you hold it against law enforcement in this case?

13   A.  In this particular case, I would have to say probably not.

14   Q.  Okay.

15   A.  But I wasn't -- obviously I wasn't pleased with the fact I

16   was a victim and nothing was solved.

17   Q.  I understand that.  But it wouldn't affect you in this

18   case?

19   A.  It shouldn't.

20   Q.  Okay.

21   A.  Number 12, no.  Number 13, no.  Number 14, no.  Number 15,

22   no.  Number 16, no.  Number 17, my only issue, I travel

23   extensively for business, and I already lost my trip last week,

24   and I go week to week in travel, so it would make it difficult

25   to do anything lengthy.  That is the only holdup.

```
 1   Q.  All right.  Thank you.
 2          Ms. MacDonald, good afternoon.
 3   A.  Good afternoon, Your Honor.  Beverly MacDonald.
 4   Occupation, I am a teacher.  I teach at Nova.  I have been
 5   there the past 23 years.
 6   Q.  What subjects do you teach?
 7   A.  9th through 12th, two advanced placement classes.  That
 8   will get me to number 17, I need to talk about that.
 9   Q.  Okay.
10   A.  I've lived in Sunrise for 23 years.  I am married, my
11   husband works with the State of Florida Department of Children
12   and Families as assistant director.  Two children, the oldest
13   is a teacher and younger in college.  I read, grade papers.
14          Number 9, no.  10, no.  11 through 16, no.  Number 17,
15   this is the end of the school year.  I am sitting here
16   wondering what is happening to my kids.  They have their
17   advance placement exams this week.  We have every plan to do
18   our review.  My seniors, they have the exams next week, end of
19   the school year.  I need to have their grades in so they will
20   be able to walk the stage.
21          That is my concern.  I do need to be there for them to
22   get through the next mile of this race, so I beg your
23   consideration on that.  Thank you.
24   Q.  Thank you, ma'am.
25          Okay, Mr. Levinson, good morning.
```

1   A.   May I preface this by saying you brought up earlier about

2   Backpage, I am familiar with it as we -- about a year ago, we

3   went on to find a dancer for a bachelor party.  I do know

4   Backpage.

5   Q.   Okay.  Would that affect your impartiality?

6   A.   No.  I am a happily married man.  Self-employed.  I've

7   lived in Plantation for 12 years.  I'm married.  My wife

8   doesn't work, so if you are hiring, please let me know.

9   Q.   What do you do for a living?

10  A.   Real estate, buy and fix houses.

11       Two children, 25 and 21.  Hobbies, sports, fishing,

12  traveling.  No military.

13       10, no.  11, no.  12, yes.  I was a witness in a

14  vehicular manslaughter car accident in 1988, and they were

15  charged with second degree murder, and it didn't go to trial

16  because they pleaded.

17       13, no.  14, no.  15, no.  16, no.  17, no.

18  Q.   Thank you, Mr. Levinson.

19       Mr. Seitsman, good morning.

20  A.   Very good.  Everybody gets that wrong.  They always say

21  Seatsman.

22       Kenneth Seitsman.  I was a Dade County teacher for 37

23  years.  I have been retired for about eight.  I have been

24  living in Miramar -- I live in Miramar, I have been there since

25  1973.  I am married.  My wife was a teacher in Broward County

211

```
 1   and she is retired now, too.
 2           I have one child, he is 37 years old, and he has his
 3   own business, it has something to do with music, he mixes
 4   things.  He has a studio, and teaches people things.  I am not
 5   sure exactly what he does.
 6           My hobbies are, I like to read and watch sports on TV
 7   and history shows, things like that.  I have never been in the
 8   military.  My brother had been a police officer in New York,
 9   but he is retired now.  My father passed away in 1975, he had
10   been a corrections officer in New York as well.
11           I have been the victim of a crime on several
12   occasions.
13   Q.  What types of crimes?
14   A.  What types?  Once -- I am awkward about this one.  When I
15   was a child, I was molested by a man and I told my parents
16   about it, but I don't think they ever reported it, but I was a
17   victim of that type of crime.  Okay.
18           We had cars stolen once.  I had somebody break in the
19   house one time and my mother had been a victim of identity
20   theft and my name was on one of the accounts that got, you
21   know, money taken out of it, so I guess I was a victim as well.
22           But to be honest, okay, it wouldn't affect me.  I am
23   telling you that I could set that aside.  That was something
24   else.
25   Q.  Okay.
```

1   A.  Okay.  In the case with the identity theft with my mother,

2   they subpoenaed me to be a witness.  I never went to a trial to

3   be a witness, but I did have to go down to the court and they

4   were -- I guess you call it a deposition.  Whatever it was,

5   they asked me questions about it, you know, what happened.  So

6   I was a witness in that sense.

7         I can't think of any close friends or family members

8   accused of anything, okay.  Number 14, no.  I have served on a

9   jury twice.  It was -- they were criminal cases.  I was not the

10   foreperson of the jury, but we came to conclusions on both of

11   those cases.

12   Q.  Okay.

13   A.  Number 16, I have some health issues, one right now, and I

14   don't think this is going to be a problem.  I went to my

15   dentist, he saw something in my mouth, he thought it could be

16   cancer, so she sent me to the oral surgeon, and I had a

17   consultation with him, and then he sent me for a biopsy, but he

18   told me he didn't think it was anything.  He told me he thought

19   it was a tattoo.

20         When they did the surgery for the biopsy, he said even

21   more so it was a tattoo.  I have an appointment for Thursday,

22   but I told them about this jury thing I have, and I told them I

23   could make -- I could call them up and cancel it if I am picked

24   for a jury.  I could do that.

25         I don't think I have anything -- I don't think there

1    is a problem.

2    Q.   Any reason you could not serve?

3    A.   No.

4    Q.   Okay, thank you, appreciate it.

5         Okay, Owen Powell, good morning.

6    A.   Yes, sir, Owen Powell, engineering supervisor.  I have been

7    here four or five years.  I'm married, my wife is a teacher.

8    Children, 10 and 11.  Hobby, tennis.

9         Numbers 9 through 14, no.  Number 15, yes, civil, and

10   I was not the foreperson.

11   Q.   Did you all reach a verdict?

12   A.   Yes, we did reach a verdict.

13        Number 16 and 17, no.

14   Q.   Thank you, Mr. Powell.

15        Mr. Ludwig, good morning -- good afternoon.

16   A.   Michel Ludwig, project manager for Signa Health Care.  I

17   live in Coral Springs, 11 years.  Number five, married.  Number

18   6, cardiac ultrasound.  Two children, 18 and 20.  Hobbies are

19   crafting and reading.

20        Number 9 is no.  Number 10 is no.  Number 11, no.

21   Number 12, no.  13, no.  14, no.  15, I served on two juries,

22   civil.  We reached a verdict on both, and I was foreperson on

23   both.

24        16, no.  And 17, no.

25   Q.   That is very interesting that you served on two juries and

1  you were the foreperson on both.

2  A.  I was in seat number one on both.

3  Q.  You don't think that the other jurors recognized your

4  leadership abilities?

5  A.  That could be it, too.  I am a project manager, and that

6  kind of personality.

7  Q.  Thank you.

8          Ms. Ciracco.  Good morning.

9  A.  Good morning.

10  Q.  I am doing it again.  Mr. Freeman corrected me.  It is

11  afternoon.

12  A.  Number 1, Jane Ciracco, customer service rep at Performance

13  Team in Miami, Florida.

14  Q.  What is Performance Team?

15  A.  A distribution warehouse.

16  Q.  Okay.

17  A.  Number 3, Hollywood Florida.  Number 4, 20 years.  Number

18  5, married.  Number 6, unemployed.

19  Q.  What is your husband's former occupation?

20  A.  Um-m-m, production manager at U.S. Imaging Solutions.

21  Q.  Okay.

22  A.  Number 7, I have one son who is working on a Master's

23  Degree and works as a store manager at Sherwin Williams.

24  Q.  Okay.

25  A.  Hobbies, TV and target shooting.

1          Number 9, no.  Number 10, not currently.  I had an
2   uncle who is deceased who was a correctional officer in Miami.
3   Number 11, yes.  We have been the victim of a crime multiple
4   times for various robberies and thefts.
5   Q.  Would any of those crimes affect your impartiality here?
6   A.  No.
7          Number 12, I wasn't a jury witness, but I did witness
8   a criminal shooting when I was younger.
9          Number 13, no.  Number 14, no.  Number 15, yes, civil.
10  We reached a verdict, and I was not the foreperson.  Number 16,
11  no.
12         And number 17, yes.  I am actually on vacation right
13  now.  My father is in town from Tennessee, so I am supposed to
14  be spending the week with him and my step mom.  Next week I am
15  scheduled to go on a business trip for work to New Jersey.
16  Q.  All right.  Thank you.
17         Ms. Foote, good afternoon.
18  A.  Hello.  Can you hear me?
19  Q.  Yes, ma'am.
20  A.  Sharon Foote, number 1.  Number 2, manager at a CPA firm in
21  Miami.  I have been there 11 years.  I live in Davie.  I've
22  lived there for five months.  Before that, I lived in Hollywood
23  for 7 years.  I am married, my husband is retired, used to be a
24  film tester in Rochester where we lived.
25         My children are grown.  Hobbies are reading and

1  movies.  9 through 16 are no.  Number 17, we have travel plans

2  for vacation on May 25th.  Thank you.

3  Q.  Okay, thank you.

4          Ms. Nesbitt -- is it Nesbitt or Bell?

5  A.  Both, Your Honor, Nesbitt-Bell.

6  Q.  Good afternoon.

7  A.  Lisa Nesbitt-Bell, police dispatcher for Miami-Dade Police

8  Department, and I teach at Metropolitan Police Institute for 25

9  years.  I've lived in Miramar, Pembroke Pines for 23 years.  I

10 am married, my husband is a container operator.

11         No military.  Several family members are ATF, police

12 department, friends, corrections.  No, I have never been a

13 victim of a crime.  No, all the way down, no.

14         I have vacation Memorial Day weekend, plans to leave

15 on the 24th.

16 Q.  How long do you plan to be gone for?

17 A.  Just the weekend.  Leaving Friday morning and returning

18 Monday evening.

19 Q.  The fact that you are employed by the police department,

20 would that cause you to be more partial to the Government in

21 this case?

22 A.  Probably so.

23 Q.  Okay.  So you don't think you could be fair and impartial?

24 A.  Probably not, Your Honor.

25 Q.  Thank you for your candor.

1          Okay.  Ms. Goranshan.  Is that correct?

2 A.  Yes.  Soria Goranshan.  Number 2, teacher.  3, Hallandale.

3 4, four years.  Number 5, divorced.  Number 7, one, 24.  Number

4 8, no specific one.  Number 9, no.  10, no.  11, no.  12, no.

5 13, no.  14, no.  15, no.

6          16, I have difficult understanding when you were

7 talking everything, because I have difficult with the language.

8 Like I said before, you explain and it was hard for me to

9 understand what you say in there.

10          Okay.  And number 17, I don't know, but in June, first

11 week of June, June 10th, I go on vacation.

12 Q.  All right.  Thank you, ma'am.

13          Mr. Brown, good afternoon.

14 A.  Good afternoon.  My name is Vincent Brown.  My occupation

15 is a tree broker.

16 Q.  A tree broker?

17 A.  Yes, I sell trees to landscapers and developers.

18 Q.  Okay.

19 A.  Number 3, my residence is Pembroke Pines.  I have been in

20 the community 12 years.  I'm married, spouse's occupation is

21 outreach company coordinator.  Three children, 17, 21, 22.  No

22 military.  I have a cousin who is a police officer for Silver

23 Shores.  My house has been burglarized.

24          Number 12, no.  13, one of my nephews was charged with

25 burglary.  14 through 17, no.

1          THE COURT:  All right.  Thank you, sir.

2          Folks, the schedule is as follows:  The Government

3  will have a maximum of 15 minutes to ask you additional

4  questions, and then counsel for each defendant will have a

5  maximum of 10 minutes each to ask you additional questions.

6          So, if you compute that, that is a maximum of 45

7  minutes, and we are right at 12:30.

8          I think what we will do is we will break for lunch.  I

9  think we are going to be pressing it too hard if we try to

10  finish, because then, after we finish voir dire, I have to meet

11  with the lawyers, and we have to go over, you know, who should

12  be selected.

13         So, we are going to go ahead and break for lunch now.

14  We will reconvene at quarter to 2:00.  That will give you an

15  hour and 15 minutes for lunch.  That is the amount of time we

16  normally take.

17         Remember, do not discuss this case among yourselves or

18  with anyone else, and keep an open mind from this point

19  forward.

20         So we will see everybody -- wait in the lobby and

21  Mr. Culuffo will tell you when to come in.

22         We will stand in recess until quarter to 2:00.

23         (Thereupon, the jury leaves the courtroom.)

24         THE COURT:  All right.  We will see everybody back at

25  quarter to 2:00.

1          MS. JOHANNES:  I apologize for being late.  I went up

2    to the 4th floor, and the elevator -- there was only one

3    working, and I got stuck in the stairwell.

4               (Thereupon, a recess was taken at 12:30 p.m.)

5               (Trial reconvened after recess at 1:45 p.m.)

6          THE COURT:  I guess we have to send the Marshals to

7    get Mr. Wilcox.

8          Here he is, three minutes late.

9          All right.  Mr. Desir and Ms. Rembert are here

10   represented by counsel.

11         Mr. Culuffo, let's bring in the venire.

12              (Jury venire in at 1:45 p.m.)

13         THE COURT:  Folks, you all can be seated, please.

14         Mr. Lewis, I want you to come over here at sidebar,

15   right over here with the lawyers, and I want to talk about your

16   situation a little bit further if you could, please.

17              (Proceedings at sidebar follow.)

18         THE COURT:  You said that you would have a problem

19   deciding whether the evidence was fabricated or not.

20         THE JUROR:  Yes.

21         THE COURT:  And it is kind of a touchy area.  I didn't

22   want something you said to affect the other jurors, so I wanted

23   to give the lawyers a chance to ask you some questions

24   regarding that issue out of the presence of the other jurors.

25         Ms. Viamontes.

1    BY MS. VIAMONTES:

2    Q.  Mr. Lewis, have you had negative experiences with law

3    enforcement officers?

4    A.  Yes.

5    Q.  Tell us about that.

6    A.  Well, on one occasion an officer was in front of me driving

7    within the range, and I was wondering why he was driving so

8    slow, so I overtook him.  By the time I overtook him, he pulled

9    me over.  I called the sergeant in charge, and he said this is

10   the second time I got a call.

11          On another occasion, a similar situation happened and

12   he wanted to arrest me.  I asked, why did you pull me over?  I

13   went to court and I had to pay for the ticket, and I was very

14   upset because I said, no, I did not violate the law.

15   Q.  Do you feel you can keep that negative experience out of

16   your mind during this case or do you think it might affect you

17   in deciding the guilt or innocence of the defendants?

18   A.  I said I don't know if the evidence that I am going to hear

19   is the truth or not.  I don't know, and the people who are

20   going to testify, I don't know if there is collaboration.  I

21   don't know, so it is going to be difficult for me to say the

22   person is guilty.

23   Q.  Mr. Lewis, is there anything that the Government can do to

24   overcome your fear that the Government fabricates evidence?

25          MR. WILCOX:  Objection, Your Honor.  That was a

1  misstatement of fact.  I don't think he said that the

2  Government fabricates evidence.  He described two experiences

3  that he had.

4          THE COURT:  Rephrase your question.

5  BY MS. VIAMONTES:

6  Q.  Is there anything the Government could do to alleviate your

7  fears as to whether the evidence may be false in the case?

8  A.  Well, I am not blaming the Government.  I am blaming the

9  individuals because you have people who are honest, and people

10  who are dishonest, you know.  If two of us evaluate the

11  situation, we come up with different opinions or findings.

12  Q.  Is it true the only way you can decide something beyond a

13  reasonable doubt is if you actually witnessed it yourself?

14  A.  Yes, I would like to see it.  There are some cases where

15  you can actually say that is not the situation.  There are

16  cases like that.

17  Q.  All right.  Mr. Lewis, let's say you are getting on to a

18  plane and you ask the pilot, and you say, sir, are you going to

19  land this plane safely, and he said, I think so.  Would you get

20  on the plane?

21  A.  Of course I would, because he doesn't know what the outcome

22  will be.

23  Q.  Can you tell me you will decide the case fairly and be able

24  to evaluate the evidence fairly?

25  A.  As I say, I don't know how I am going to.  I would like to

1    participate, but I don't want to say this person is telling the

2    truth or that person is telling the truth.

3         I prefer -- like what I am hearing in this case, if

4    somebody has stolen something and it is proven, the evidence is

5    there, then I would participate.

6    Q.  Do you think you are better fit for a different case, not

7    this sex trafficking type case?

8    A.  Yes, cases where there is no proof.  When I say proof,

9    tangible proof, physical proof, you know.  I think I would be

10   able to help in that area, but in this type of situation, I

11   don't see myself as giving an honest response as to what

12   transpired.

13        MS. VIAMONTES:  We appreciate your candor, thank you.

14        THE COURT:  Mr. Zacca.

15        Sir, can you get closer to me.

16   BY MR. ZACCA:

17   Q.  Just to clarify, Mr. Lewis, if you are picked as a juror in

18   this case, will you listen to the case and make a decision on

19   this case based on the evidence that is presented to you,

20   whether it be physical evidence or testimonial evidence,

21   testimony coming from the mouth of the witness?

22   A.  I am a very good listener.  I will listen.  As to the

23   finding, um-m-m, I am not sure what I will do.

24   Q.  Will you follow the law that the Judge gives you?

25   A.  Of course, I will follow the law and listen, and I will

1  voice my honest opinion about my conclusion.

2          MR. ZACCA:  Okay.

3          THE COURT:  Mr. Wilcox.

4  BY MR. WILCOX:

5  Q.  Thank you.

6          Mr. Lewis --

7  A.  Yes, sir.

8  Q.  -- you understand that everybody that is selected -- every

9  juror that is selected is going to have to listen to the

10 witness, or any witness and determine whether the witness is

11 truthful, partially truthful, false or partially false.  You

12 understand you are in no different situation than --

13 A.  No, I --

14 Q.  Excuse me, let me finish.  You know that everybody has to

15 make those decisions?

16 A.  Yes.

17 Q.  Do you think these people are in a better position than

18 you?

19 A.  I am not in a position to say that.

20 Q.  Would it be fair to say that everybody that hears a

21 witness -- that everybody may have their own opinion as to

22 whether the witness is telling the truth or a witness is

23 partially telling the truth or the witness is partially being

24 untruthful; would you agree?

25 A.  Yes.

1  Q.  Everybody has an opinion?

2  A.  Yes.

3  Q.  Do you believe somebody else's opinion is more valuable

4  than yours?

5  A.  More valuable?

6  Q.  Or more worthy?

7  A.  Depends on the person's expertise.

8  Q.  You think some people are better to determine whether

9  somebody is telling the truth than other people?

10 A.  Yes, depending on their expertise.

11 Q.  What expertise are you talking about?

12 A.  Well, look over there.  What I am saying, it is possible

13 what I am seeing you can't see.

14 Q.  That I --

15 A.  And I read a paragraph, my understanding of the paragraph

16 is in conflict with your decision.

17 Q.  That is natural.  That happens every day, some person may

18 hear a witness --

19 A.  The reason I say that, I listen to the testimony, you

20 listen to the testimony and the opinion you formulate would

21 conflict with my opinion.

22 Q.  What is wrong with that?

23 A.  Nothing is wrong with it.  Only my opinion, my thought

24 of -- might put the case on hold.  That is how I feel.

25 Q.  Let me ask you this.

1          Do you want to sit on the jury?

2    A.  I don't have a problem.

3    Q.  That is not the question.  The question is, would you like

4    to be selected for this jury or would you prefer that the judge

5    excuse you?

6    A.  I prefer to be excused.

7    Q.  Okay.  What I am suggesting maybe --

8    A.  No, I am here to serve so, depends on --

9    Q.  Why would you prefer to be excused?

10   A.  I made it clear, based on the situation, the case that I

11   have heard so far, I don't think I am able to because there is

12   no tangible proof.

13   Q.  Of what?

14   A.  Of the crime that is committed.

15   Q.  You haven't heard any evidence yet.

16   A.  The evidence could be fabricated.

17   Q.  And the evidence could be truthful.  All right.  Thank you.

18   BY THE COURT:

19   Q.  Let me ask you this last question.

20          If you did not see a crime being committed yourself --

21   A.  Yes.

22   Q.  -- could you nevertheless find someone guilty based on the

23   evidence presented in court?

24   A.  Depending on the case.  I need physical evidence.

25          The physical evidence, because we are all -- I have

1  seen people lie, I have been lied to many times.  I have done

2  this.  On one occasion I was fired from a job for sexual

3  harassment, and when I asked for the people to come up, my boss

4  got up, slammed the table and said, don't tell me what to do.

5       I took it to the Labor Board.  They asked me to bring

6  an attorney.  I refused because I knew I was able to actually

7  represent myself.  They brought an attorney, and when it was

8  discussed, they realized I was innocent so they had to

9  compensate me.

10      Those are the things I look at.  People come up and

11  say, I saw her do that, I saw him do that.

12  Q.  Obviously you didn't see the crime charged committed.

13      I don't know whether it was committed or not, I

14  haven't heard any evidence, either, but are you going to be

15  able to listen to the evidence and determine whether or not the

16  Government has proved its case beyond a reasonable doubt?

17  A.  I will be able to listen.

18  Q.  You didn't answer my question.

19  A.  You asked me if I could listen.

20  Q.  And determine whether the Government has proven the case

21  beyond a reasonable doubt?

22  A.  I have the ability to do that.

23  Q.  Will you do that?

24  A.  I will do that.

25      THE COURT:  Any other questions?

1 BY MS. VIAMONTES:

2 Q.  Yes.  Sir, before the judge asked you questions, it seemed

3 like you made up your mind.  Have you already made up your mind

4 that you could not find anyone guilty?

5 A.  I haven't heard anything.

6 Q.  Do you think you will be thinking about the sexual

7 harassment charge against you when you are listening to the

8 evidence in this case and deciding this case?

9 A.  No, it is not about this.

10          THE COURT:  All right.  Please be seated.

11          (Thereupon, the sidebar proceedings concluded.)

12          THE COURT:  All right.  Folks, the Government will

13 have a maximum of 15 minutes to ask questions, after which

14 counsel for each of the defendants will have 10 minutes to ask

15 questions.

16          So the Government may inquire.

17          MS. VIAMONTES:  Good afternoon, everyone.

18          THE JURY:  Good afternoon.

19          MS. VIAMONTES:  Wow, a pretty good response.  Are you

20 ready for a nap right after lunch?

21          First, on behalf of the United States of America, I

22 want to thank you for being here, thank you for taking that

23 jury summons seriously.  We can't do it without you.

24          I want to follow up on questions that you already

25 answered.

```
 1   BY MS. VIAMONTES:

 2   Q.  Before I get to the substance of the questions, who was

 3   excited when they got their summons for jury duty?

 4           Ms. Solomon, you were excited?

 5   A.  Yes.

 6   Q.  Tell us why.

 7   A.  Because I have never served on a jury.

 8   Q.  And you are a paralegal?

 9   A.  Yes.

10   Q.  Ms. Solomon, you agree this is a really important trial?

11   A.  Yes.

12   Q.  An important job you have, right?

13   A.  Yes.

14   Q.  Was anybody upset to get that jury summons?

15           Let me see those hands.  I know there are some of you.

16   Q.  Okay.  Mr. Ysern?

17   A.  Yes.

18   Q.  Why were you not so happy?

19   A.  I have things to do at work, I have plans.  I was attending

20   a conference this week.  I had plans.

21   Q.  Okay.  And we appreciate that.  We know you have busy lives

22   and other places you may prefer to be.

23           Mr. Ysern, while you are sitting here listening to the

24   evidence in this case will you be able to focus on the trial or

25   will you be thinking about your life, your job and other
```

1  matters going on?

2  A.  I will be able to focus.

3  Q.  Okay.  If I could pose that question to the entire venire.

4          Is there anyone thinking, I have this project due, I

5  have an important test, I have my students for the AP exam?

6  Anybody going to be thinking about other priorities or

7  engagements while you are sitting here listening to the

8  evidence, while you are listening to the evidence?

9          Mr. Warsh, you are going to be thinking about your

10 job, is that true, at Petco?  One of the managers recently

11 quit?

12 A.  Yes, they quit.  Through this week, I got thrown on to

13 other things.  I slept one hour last night, I am not thinking

14 straight right now.

15         I know this is a priority, but tonight I am going to

16 have to be there overnight.

17 Q.  Do you think while we are presenting evidence in this case

18 you are going to be tired or dozing off in any way?

19 A.  I would like not to be.

20 Q.  I am sure you are going to try not to be.  Will you be able

21 to prevent it?

22 A.  I have had energy drinks.  I am pretty tired right now.

23 BY THE COURT:

24 Q.  Why do you have to work tonight if you have jury service?

25 A.  Since the other manager quit, I have to fill in for him.

1  We need someone in the store.

2       We have had this rescheduled twice, a third party

3  comes in and does it.  Now the whole store is torn up, and it

4  is almost not shopable right now, and it is pretty rough.

5  Q.  There is nobody else to do this?

6  A.  The GM is on vacation, and the other manager just quit.

7       THE COURT:  Go ahead.

8  BY MS. VIAMONTES:

9  Q.  Are you a full-time employee of Petco?

10  A.  Yes.  Assistant manager.

11  Q.  Are you aware they have to excuse you from work?

12  A.  Yes.  I feel that it is my responsibility to the store to

13  make sure it is covered.  It is my store.

14  Q.  I understand.  Thank you.

15       I saw a couple of hands toward the back of the room.

16  Could you raise your hands again?

17  A.  Mr. Seitsman.

18  Q.  Mr. Seitsman, what will you be thinking about?

19  A.  You asked who was wasn't happy about getting it.  Okay.

20  When you get a jury summons, there are other things I would

21  rather be doing than jury summons, that is it.

22  Q.  There is nothing preventing you from paying attention?

23  A.  No.  The only thing, I have gone through this biopsy, he

24  told me it is probably nothing.  I haven't heard it officially

25  yet.  I will be all right, I can handle it.

1   Q.  We appreciate it.  Thank you, sir.

2        Ms. MacDonald, we are aware of your situation.

3   A.  Honestly, had it been earlier in the school year it would

4   have been a joy and pleasure to serve.  Right now, at the end

5   of the school year I am sitting here and I know the kids were

6   hoping to see me this evening for another review session.  And

7   it is just --

8   Q.  We should be out of here early enough if you want to do a

9   review session.

10       Ms. MacDonald, if you are selected on this jury, can

11  you give us your undivided attention while we are presenting

12  the evidence?

13  A.  I will.  This is important, and this is something I do

14  value.  I would, without a doubt.

15  Q.  Thank you, ma'am, I appreciate it.

16       And Mr. Freeman?

17  A.  That's me.

18  Q.  Yes, sir?

19  A.  As I mentioned before, I run a manufacturing company,

20  manufacturing hair and skin products.  Basically, my

21  responsibility is focused mainly on sales.  I travel

22  extensively, pretty much every week.  Last week I missed some.

23  Now I have the busiest time of my year coming up where the

24  annual line reviews take place of all of the major retailers.

25  Q.  If you are sitting here, does it impact your finances

1  negatively?

2  A.  Very much so.

3  Q.  And would you be thinking of that rather than thinking

4  about the trial?

5  A.  I hate to say it, and I realize my responsibility as a

6  citizen, but realistically, the line reviews from Wal-Mart,

7  Wallgreens, etc., come once a year and I would be missing that.

8  Q.  Correct me if I am wrong, but you could not guarantee you

9  would give us your undivided attention because you would be

10  worried about work?

11  A.  Yes.

12  Q.  I appreciate that.

13          Anyone else on the left side of the room?

14          Ms. Goranshan.

15  A.  Yes.

16  Q.  Yes, ma'am?

17  A.  I am so stressed because, what I say before, it is very

18  hard for me to understand everything.  It is like I am trying

19  to get -- when I went to lunch, I tried to figure out.

20  Q.  No, I understand you are having difficulty with the English

21  language.

22  A.  I am so stressed.  I feel like I need to --

23  Q.  I have been doing this for awhile, and sometimes I feel

24  like I need to run.

25  A.  I am trying to get the whole idea, you understand, it is

1  difficult.

2  Q.  It is a stressful situation?

3  A.  In order to judge somebody, you need to get all the facts

4  and everything clear.

5  Q.  Do you think your language barrier and the fact you are so

6  stressed out would prevent you--

7  A.  I think so.  I don't get everything.  I need to be

8  asking --

9  Q.  All right.  Thank you, we appreciate your candor.

10       Okay.  All right.

11       Now, the judge read you the indictment in this case

12  which charges in Count 1 a conspiracy to commit sex trafficking

13  charging both defendants.  Charge two charges Mr. Desir with

14  one victim, B.V., and the third count, trafficking, both of

15  them, with a victim C.J..

16       We know it is a serious charge, and I don't want you

17  to raise your hand because you don't like the charge because,

18  guess what, Congress has already said it is a crime.

19       Hopefully nobody in this room does not like sex

20  trafficking.  Don't raise your hand.  I think we are all in a

21  agreement we don't like the crime.

22       Raise your hand and let me know if it brings up so

23  much emotion that you cannot sit and judge the facts fairly,

24  listen to the evidence, apply the law and make a decision based

25  on the facts and the law, not that you dislike the charges.  We

1   all dislike the charges.

2           Over here in the jury box, does anyone have such

3   strong feelings that they feel they cannot sit on a sex case

4   like this?

5           First row, no hands, for the record.  Second row, no

6   hands.

7           Right side of the room, same question, does anybody

8   feel that just because it is a sex trafficking charge, sex

9   related crime, that you could not be sitting on this trial?

10          Right side, no hands, for the record.  Left side, no

11  hands for the record.  Great.

12          Obviously, because it is a crime involving sexual

13  activity, you will hear about sexual activity, sex and slang.

14  You may hear some of the witnesses using slang terms and terms

15  used in prostitution.

16          Is anybody going to have a problem listening to that

17  type of testimony to the point that you can't sit here and

18  judge the facts because you may hear curse words or slang or

19  talk about sex?  Here in the jury box?

20          Seeing no hands -- for the record, right side of the

21  room, no hands.  Left side, great, no hands.

22          Okay.  Let's talk a bit about a witness' credibility.

23          Mr. Flores, do you know that it is your job as a juror

24  to judge a witness' credibility.

25  A.  Yes.

1   Q.   Okay.   And how do you feel about judging someone's

2   credibility?   What sort of things do you look at to determine

3   if somebody is telling the truth?

4   A.   Well, I look for people to sit down and raise their hand

5   and be honest, how they see it as a criminal, or whatever they

6   are doing, has to be honest so that way, other people can be

7   looking to it to see if any -- anything wrong in between what

8   he is saying versus evidence, if he's acting emotional,

9   sometimes people looking emotional.

10  Q.   So, would you look at body language?

11  A.   Yes.

12  Q.   And you mentioned like conflicts in the evidence.   You will

13  compare witnesses' testimony to see if there are conflicts?

14  A.   Yes.

15  Q.   Mr. Ysern, you are an HR director?

16  A.   Yes.

17  Q.   Do you interview people?

18  A.   It is not my main job, but I do.

19  Q.   You have been in the interviewing process?

20  A.   Yes.

21  Q.   Do you judge credibility, whether they are telling the

22  truth about prior employment?

23  A.   Yes.

24  Q.   In your job have you ever had to fire anyone?

25  A.   Yes.

1   Q.   Is that an easy decision?

2   A.   No, it is not easy.

3   Q.   Is it difficult for you to have to make that decision?

4   A.   Some are not difficult, some are.

5   Q.   Do you take sympathy into consideration when you decide

6   whether to fire someone?

7   A.   I avoid that.

8   Q.   How many on the panel had to fire someone at work?

9            Mr. Mosher, you were a manager at the airport, and you

10  worked for the FAA, you mentioned, correct?

11  A.   Yes.

12  Q.   When you had to make that decision whether to fire someone,

13  did you take sympathy into account?

14  A.   No, it had to be based on job performance.

15  Q.   Based on the facts?

16  A.   Yes, strictly the facts.

17  Q.   And the rules of your job?

18  A.   Yes.

19  Q.   So you applied their performance, compared it to the rules

20  and said they didn't meet muster and they are fired?

21  A.   Yes.

22  Q.   Did you consider they may have had kids?

23  A.   No, because their poor performance would have affected the

24  program.  Our program dealt with aviation safety.  It is not

25  sympathy for the kids, it is sympathy for everybody who is in

1  the system.

2  Q.  Mr. Mosher, what sort of things do you look at when judging

3  someone's credibility?

4  A.  What I look for most is if there is inconsistencies in

5  someone's testimony, if they make a statement in one direction

6  one time and perhaps to another question their statement leads

7  in a different direction the next time.

8  Q.  That is a good point that you bring up, inconsistent

9  statements.

10          If someone is inconsistent, does it necessarily mean

11  they are lying?

12  A.  I cannot think of any good reason for them to be

13  inconsistent.

14  Q.  Mr. Hochman.

15          In the front row, third seat.

16  Q.  Mr. Hochman, you are a tax attorney?

17  A.  Yes.

18  Q.  While I am presenting my case, are you thinking I could

19  have done it better than Ms. Viamontes?

20  A.  No.

21          THE COURT:  Your time has expired.

22          MS. VIAMONTES:  Thank you, Your Honor.

23          THE COURT:  Mr. Zacca.

24          MR. ZACCA:  Good afternoon, everybody.  My name is

25  Deric Zacca and I represent Mackenley Desir, and Mr. Fernandez

1   is my co-counsel on this case.

2           I only have 10 minutes to find out as much as I can

3   about how well you would serve as a prospective juror in this

4   case.  Some people are good for one particular case and some

5   are not based on their own life experience.

6           I will try to ask broad questions, and I may end on

7   specific questions.  I am going to start off with this panel

8   here.

9           How many of you, when you walked in for the first

10  time, looked over here at my side of the table and said I

11  wonder what this person did?  Anybody?

12          How about over here?

13          This is the first time I have asked that question and

14  no one raised their hand, so that is good.

15          Somebody is raising their hand in the back there?

16          THE JUROR:  Yes.

17  BY MR. ZACCA:

18  Q.  If I could get your name?

19  A.  Jay sir October a.

20  Q.  Go ahead, please.

21  A.  I wondered what it was about.

22  Q.  You wondered what it was about?

23  A.  Yes, curiosity.

24  Q.  Ms. Ciracco, have you ever been driving on the road and saw

25  a police officer pull somebody off to the side and say to

1  yourself, I wonder what they did, I wonder what caused them to

2  get pulled over?  That is a natural human experience.

3  A.  Yes.

4  Q.  Do people agree with that?

5  A.  Yes.

6  Q.  The judge is going to instruct you -- thank you very much,

7  ma'am.

8       The judge is going to instruct you in our Criminal

9  Justice System you must presume my client innocent.  In other

10  words, he does not have to prove anything.

11       The Government has the burden to prove this case

12  beyond a reasonable doubt, and if they fail in that burden, you

13  must acquit him, but you cannot have any predisposition, any

14  thought that he must have done something.  Where there is

15  smoke, there is fire.

16       We are not here for -- you know, just by happenstance,

17  there must be something there.

18       If you feel that way, if you feel that there must be

19  something there and you can't presume him innocent because of

20  the nature of the charges or because of your own life

21  experience, could you raise your hand and let's talk about it?

22       Anybody here?

23       Okay.  I will move over here.  Thank you, we will get

24  right to you.

25       Would you state your name?

1  A.   Lisa Bell.   Strictly because of my profession, I work in

2  law enforcement, I have for 20 years, and I know we don't get

3  to this stage just because.

4  Q.   You have trouble presuming him innocent?

5  A.   Right.

6  Q.   Is there anyone else who feels that way?  Because we are

7  here now about to pick a jury.  You cannot presume him

8  innocent.

9        Okay, I see no other hands.

10       Another important principle of law that the judge will

11 instruct you -- again, I will work from the first panel and

12 then go to the second -- is the right to remain silent.

13       The Government and the Court cannot compel Mr. Desir

14 to testify in this case.  And more importantly, if he chooses

15 not to testify, you cannot hold it against him.  You cannot

16 consider it or give it any weight in your deliberations or in

17 your decision in this case.

18       I noted when I was listening to you, many of you are

19 managers.  Usually when you are managers or supervisors, when

20 there is a dispute at work you hear both sides.  It is a

21 natural human tendency that you want to hear both sides before

22 you make a decision.

23       If Mr. Desir exercises his right not to testify, is

24 there anyone here, again based on your own life experience, you

25 say I want to hear what he has to say?  If he chooses not to, I

1    think I will hold it against him, I think he is hiding

2    something.  Is there anyone who feels that way on this side?

3            The fact that I see no hands, everyone can follow the

4    law and not hold it against him if he chooses not to testify;

5    is that fair?

6            Okay.  I will move over to the second side over here.

7            Same question.  He doesn't have to testify, he can't

8    be compelled to testify, and most important, you can't hold it

9    against him if he chooses not to testify.

10           Is there anyone here, based on your own life

11   experience or just the way you view the world, you know, if he

12   doesn't testify he must be hiding something, and you just can't

13   follow that rule?

14           Is there anyone here that feels that way?

15           Mr. Flores.  Mr. --

16   A.  Ysern.

17   Q.  Yes, you said you would avoid sympathy when you try to make

18   a decision in a case; is that right?

19   A.  Yes.

20   Q.  In your work experience?

21   A.  Yes.

22   Q.  I want to build upon that.

23           The law says you are not to consider emotion, sympathy

24   or prejudice to either the Government or to the Defendant.

25           You are strictly to assess the evidence, hear the

1   evidence and apply the law and determine if they have proven

2   this case beyond a reasonable doubt based on the nature of the

3   charges.

4        They are serious charges, sex trafficking.  You heard

5   alias names, Daddy, when the judge was reading the indictment.

6   Serious allegations.

7        Is there anyone here -- you will hear victim

8   testimony, alleged victim testimony.  Is there anyone here that

9   feels sympathy or emotion may come into play and it is going to

10  be difficult for them to decide this case?

11       Anybody?

12       Over here, again, based on the nature of the charges,

13  and based on the testimony you are going to hear in this case,

14  is there anyone here that is going to find it difficult to keep

15  emotion, sympathy and prejudice out of this case?

16       I see two hands.  Mr. Seitsman.

17  A.  No.  That wasn't me.

18  Q.  I saw one hand in the back.

19  A.  Jane Cirocco.

20       I am not sure I can be -- without that emotion, I

21  don't think I can make a decision.

22  Q.  Thank you.  I am going to --

23       MR. ZACCA:  Judge, how much time do I have left?

24       THE COURT:  You have two minutes left.

25       MR. ZACCA:  I will try to narrow in on certain

1    individuals I wanted to follow up on.

2    BY MR. ZACCA:

3    Q.  Ms. Williams.

4    A.  Yes.

5    Q.  You mentioned something about -- you were asked about a

6    family member involved in the Criminal Justice System.  I tried

7    to write it down, something about a stepfather that had done

8    some business with a partner and the partner became a crook and

9    something happened to your stepfather as a result of that.

10           Can you explain that?

11   A.  We were unaware the man he decided to become a partner with

12   was corrupt and he -- you shouldn't be hanging around the guy

13   when they take the guy down.  I didn't hear the testimony.  I

14   don't know if my stepfather did anything wrong.

15   Q.  Is there anything about that experience that is going to

16   affect you in this case?

17   A.  No.

18           THE COURT:  Last question.

19           MR. ZACCA:  Yes, Judge.

20   BY MR. ZACCA:

21   Q.  If you find -- again, a general question to the panel.  I

22   will go here and then I will go there.

23           If you find in your mind that the Government proved a

24   crime that is not charged in the indictment, and you find that

25   the crime that is actually charged in the indictment was not

1  proven, would you have difficulty finding Mr. Desir not guilty?

2          Anybody?

3          So, if they proved a crime that is not charged in the

4  indictment, and you can only charge what is charged in the

5  indictment, would anyone have difficulty finding him not

6  guilty?

7          You would?  Yes, could I get your name, ma'am?

8  A.  Robinson, Margaret.

9          That would be difficult for me to judge.

10 Q.  Okay.  Thank you, Ms. Robinson, I appreciate that.

11         I will go now to the last question for me.  The back

12 panel, if the Government proved a crime that is not the same

13 crime that we are here today on, the indictment -- and they

14 failed to prove what is charged in the indictment, would you

15 have difficulty finding Mr. Desir not guilty?

16         Anybody?

17         Okay.  If you'd state your name.

18 A.  Roseangela Restrepo.

19 Q.  You would have difficulty?

20 A.  Yes, yes.

21 Q.  Thank you.

22         Anyone else that feels the same way?

23         THE COURT:  All right.  Thank you, Mr. Zacca.

24         Mr. Wilcox, you may inquire.

25 BY MR. WILCOX:

1   Q.   Thank you, Your Honor.  May it please the Court, counsel,

2   co-counsel.

3          Good afternoon.

4   A.   Good afternoon.

5   Q.   I am going to go fast.  I only have 10 minutes.  You can't

6   get a chance to really learn anything about anybody in 10

7   minutes.  I am going to hit some general principles.

8          One, Mr. Hoffman, if I told you to go back and render

9   a verdict right now, what would your verdict be?

10  A.   Not guilty.

11  Q.   Everybody understand why that is the right answer?

12  A.   Yes.

13  Q.   Second question, let's assume you heard the evidence and

14  you say, you know something, the Government just didn't put on

15  a strong case.  I am not sure they proved a crime.

16          And Mr. Zacca and I told Judge Cohn, we are not

17  putting on any evidence, we rest.  Our clients are not

18  testifying, we rest.

19          What would your verdict have to be, Ms. Wilson?

20  A.   I'm sorry, I didn't understand that whole thing.  You were

21  going too fast.

22  Q.   Okay, I've only got 10 minutes.

23          Mr. Thomas, did you understand the question?

24  A.   Yes, I did.

25  Q.   What would the answer be?

1    A.   Not guilty.

2    Q.   Everybody understand why the answer would be not guilty?

3         Do you know why the answer would be not guilty,

4    Ms. Lopez?

5    A.   Because it wasn't strong, and you didn't have any evidence,

6    and they didn't --

7    Q.   Anybody know why you can't hold my client's silence against

8    her?

9         Young man in the back, next to -- Mr. Mosher, yes?

10   A.   They didn't prove the case beyond a reasonable doubt.

11   Q.   That is the best answer.  The answer under the

12   Constitution, you have a right not to testify.

13        Let's move on.  Anybody know people addicted to drugs,

14   and did bad things because they were addicted to drugs?  Raise

15   your hands if you have.

16        Nobody -- yes, ma'am.  What was your name again?

17   A.   Solomon.

18   Q.   Could you tell me a little bit about that?

19   A.   It was my ex-husband.

20   Q.   Did he do bad things because --

21   A.   He didn't do good things.

22   Q.   Did you excuse him for it?

23   A.   No, I divorced him.

24   Q.   Understood.

25        I mean, I come from a community where family members

```
 1  sometimes get addicted to drugs and do bad things, cousins,
 2  second cousins, in-laws, whatever.
 3  A.  Correct.
 4  Q.  Somebody commits a burglary because they are on drugs.
 5  They shouldn't go to court and say, judge, I did the burglary
 6  because I am on drugs, let me go.  Does anybody say if you do
 7  something because you are drugs you should be excused?
 8          Anybody believe if you do something because you are on
 9  drugs you should be excused?
10          THE JURY VENIRE:  No.
11          MR. WILCOX:  All right.  Does everybody agree that
12  adults should be responsible for their own behavior?  Right?
13          THE JURY VENIRE:  Yes.
14          MR. WILCOX:  Anybody disagree with that?
15          Adults should not be able to use drug addiction as a
16  excuse for doing bad things.  Anybody have a problem with that?
17          I want to talk to you about prostitution.
18  BY MR. WILCOX:
19  Q.  Does anybody believe that everybody is a -- has anybody
20  seen Cat House on television?
21  A.  I have seen it.
22  Q.  It gave you too much information?
23  A.  Yes.
24  Q.  You know what, you are not the only one.
25          Do you think those girls are victims?
```

1  A.  No.

2  Q.  Anybody believe all prostitutes are victims?

3       Does anybody believe no prostitute chooses to do that?

4       You know, it is legal in Nevada.  Do you think the

5  girls in Nevada are victimized if they chose it?  Anybody think

6  prostitutes don't choose to be prostitutes?

7       Does anybody believe all prostitutes are victims?

8  A.  No.

9  Q.  Okay.

10       Now, the judge talked to you about.

11  A.  I don't think it is their first choice.  It is not their

12  first choice, probably their last choice.

13  Q.  You believe in most cases?

14  A.  Robert Anthony.

15       In many instances it is their only choice.  They may

16  be desperate.

17  Q.  They may be desperate.  Thank you, Mr. Anthony.

18       Would you agree with me in some instances, it is a

19  free choice?

20  A.  It is a free choice.  I don't think they are happy doing

21  it.

22  Q.  Well, is it possible some can be happy doing it and some

23  not so happy doing it?

24  A.  Sure.

25  Q.  Okay.  You don't think there are any happy prostitutes?

1  A.  No.

2  Q.  Okay.  All right.  Remember that lady that was with Eliot

3  Spitzer?  Did you see her?

4  A.  She didn't look happy.

5  Q.  She didn't look happy to you?

6  A.  No.

7  Q.  All right.  Now, everybody understands that sympathy works

8  both ways; is that right?

9        Just like you shouldn't be afraid to find someone not

10  guilty because you feel sorry for anybody over here at this

11  table or any of the witnesses over here.

12        Everybody understand that?

13        So this caution against sympathy is applied both to

14  the Government and to the defense.  Everybody understand that?

15        Anybody have a problem with that?

16  A.  No.

17  Q.  Finally, does everybody understand that even though --

18  Mr. Hochman, the tax lawyer, and everybody, if you are selected

19  on the jury, what we want is a smorgasbord, or a decision based

20  on your collective knowledge and experiences.  Right?

21        Does anybody figure -- let me ask you, just pick

22  somebody out.

23        Mr. Warsh, do you think you could hold on to an honest

24  belief, whether you believe the verdict should be guilty or not

25  guilty, if everybody is against you?  Can you say, no, I am

1  sorry, even though you are against me, if you have an honest

2  belief contrary to somebody else, would you be able to hold

3  that belief even if you are pressured to make a decision?

4  A.  Yes.

5  Q.  Does anybody feel differently?

6         The last part I want to say is everyone's opinion

7  matters.  You have various experiences, various levels of

8  education, various levels of work experience and child raising

9  and things, and I want you to know if you are selected all of

10 your opinions are valuable.

11        Nobody's opinion is more valuable than anybody else's.

12        Thank you very much.

13        THE COURT:  Thank you, Mr. Wilcox.

14        Folks, I am going to need a few minutes to confer with

15 the attorneys.  I will ask everybody to step out of the

16 courtroom.  Remember, do not discuss this case among yourselves

17 or with anyone else.  Please keep an open mind.

18        (Thereupon, the jury venire leaves the courtroom.)

19        THE COURT:  Do you all need a few minutes to confer?

20        We will stand in recess for a few minutes.

21        (Thereupon, a short recess was taken.)

22        THE COURT:  All right.  Let's wrap it up.

23        MR. ZACCA:  Judge, could we do it here?

24        THE COURT:  Sure.  Speak into a microphone.

25        The record will reflect that Mr. Desir and Ms. Rembert

```
 1   are present represented by counsel.

 2          Lincoln Leslie, Government?

 3          MS. VIAMONTES:  Government accepts.

 4          MR. WILCOX:  Defense accepts.

 5          MR. ZACCA:  Defense accepts.

 6          THE COURT:  Are you going to do it collectively?

 7          MR. ZACCA:  Yes, we are.

 8          THE COURT:  I will say defense, whoever is the

 9   designated spokesperson for defense.

10          Okay, Leslie is juror number one.

11          Danielle Serpa, defense?

12          MR. WILCOX:  Strike.

13          THE COURT:  All right.  That will be the defendants'

14   first peremptory.

15          Kenneth Hochman, Government?

16          MS. VIAMONTES:  Accept.

17          THE COURT:  Defense?

18          MR. WILCOX:  Strike.

19          THE COURT:  That will be the defendants' second

20   peremptory.

21          Sandra Wilson.  Both sides agree she has a language

22   problem?

23          MR. WILCOX:  Yes.

24          MS. VIAMONTES:  Yes.

25          THE COURT:  She will be excused for cause.
```

```
 1              Gabrielle Solomon, defense?

 2              MR. WILCOX:  Accept.

 3              MS. VIAMONTES:  Government strikes.

 4              THE COURT:  The Government's first peremptory.

 5              Cynthia Cardenas, Government?

 6              MS. VIAMONTES:  Accept.

 7              THE COURT:  Defense?

 8              MR. WILCOX:  Accept.

 9              THE COURT:  Cardenas will be juror number two.

10              Jose Flores, defense?

11              MR. WILCOX:  Accept.

12              THE COURT:  Government?

13              MS. VIAMONTES:  Accept, Your Honor.

14              THE COURT:  Flores will be juror number three.

15              Antonio Ysern, Government?

16              MS. VIAMONTES:  Accept.

17              THE COURT:  Defense?

18              MR. WILCOX:  Strike, Judge.

19              THE COURT:  All right.  That will be defendants' third

20    peremptory.

21              Juror Warsh, Government?

22              MS. VIAMONTES:  We move to strike him for cause, Your

23    Honor.

24              THE COURT:  What say the defense?

25              Is that based on his working in the evening?
```

1        MS. VIAMONTES:  He said he will be -- would go all

2   night, he can't guarantee us whether he would be focusing on

3   the trial.

4        THE COURT:  I think that is a lame excuse.  Let me

5   hear from the defense.

6        MR. WILCOX:  No objection.

7        THE COURT:  All right.  I will excuse him, both sides

8   agree.

9        Rosalie Muir-Gault?

10       MR. WILCOX:  Accept.

11       THE COURT:  Government?

12       MS. VIAMONTES:  Accept.

13       THE COURT:  Muir-Gault will be juror number four.

14       Selvin Lewis, Government?

15       MS. VIAMONTES:  The Government moves to strike him for

16  cause, Your Honor.  I believe there is plenty of doubt that he

17  can be fair and impartial in this case.

18       At the outset he stated that he believed he could not

19  sit on a case such as this because evidence could be

20  fabricated.  He went on to describe a sexual harassment

21  complaint at sidebar where he believed, I guess, evidence was

22  fabricated against him, and he has had negative experiences

23  with law enforcement which would make him unable to be fair and

24  impartial.

25       THE COURT:  Defense?

1        MR. WILCOX:  I don't think he should be stricken for

2   cause.  I can understand why the Government doesn't want to use

3   one of the peremptories.  I think he just doesn't want to

4   serve.  I understand that reasonable minds can differ.

5        THE COURT:  I have grave doubts as to Mr. Lewis'

6   ability to perform his duties as a juror, and as such, I am

7   going to grant the challenge for cause.

8        Gary Thomas, defense?

9        MR. WILCOX:  Accept.

10        THE COURT:  Government?

11        MS. VIAMONTES:  The Government would strike him.

12        THE COURT:  That will be the Government's second

13   peremptory.

14        Lisbet Lopez.

15        MS. VIAMONTES:  The Government moves to strike for

16   cause due to her language barrier.

17        MR. WILCOX:  No objection, Your Honor.

18        THE COURT:  Lopez will be excused for cause.

19        Barbara Williams, defense?

20        MR. ZACCA:  Judge, how many defense strikes have we

21   used?

22        THE COURT:  Three.  The Government has used two.

23        MR. WILCOX:  Judge, we will strike juror number 15,

24   Ms. Williams.

25        THE COURT:  All right.  That will be the defendants'

1    fourth peremptory.

2          Jonathan Carlsward, Government?

3          MS. VIAMONTES:  Accept, Your Honor.

4          THE COURT:  Defense?

5          MR. WILCOX:  Accept.

6          THE COURT:  Carlsward will be juror number five.

7          Margaret Robinson.  She indicated that she is going to

8    Portland the last week in May.  It looks like to me that we

9    could well end up being in trial the last week in May.

10         But I will hear from anybody that wants to be heard.

11         MR. ZACCA:  I think the safe thing is to get rid of

12   her for cause because we may have that spillover.

13         THE COURT:  The Government agrees?

14         MS. VIAMONTES:  That is fine.

15         THE COURT:  We will excuse Robinson based on her

16   travel arrangements.

17         Larry Mosher, Government?

18         MS. VIAMONTES:  The Government will use a peremptory

19   on Mr. Mosher.

20         THE COURT:  That will be the Government's third

21   peremptory.

22         Robert Furslew, defense?

23         MR. WILCOX:  Accept.

24         THE COURT:  Government?

25         MS. VIAMONTES:  Accept, Your Honor.

```
 1              THE COURT:  That will be our sixth juror.

 2              Karla Smith, Government?

 3              MS. VIAMONTES:  Accept.

 4              THE COURT:  Defense?

 5              MR. WILCOX:  Accept.

 6              THE COURT:  Smith will be juror number seven.

 7              We have seven jurors on the leader board.

 8              Next, Mary Latas.

 9              MR. WILCOX:  We strike her, Judge.

10              THE COURT:  All right.  That will be the defendants'

11    fifth.

12              Elizabeth Myers, Government?

13              MS. VIAMONTES:  Government accepts.

14              THE COURT:  Defense, number 22, Elizabeth Myers?

15              MR. WILCOX:  Accept, Your Honor.

16              THE COURT:  Myers will be juror number eight.

17              Richard Wepler.

18              MR. WILCOX:  Defense will excuse Mr. Wepler, Your

19    Honor.

20              THE COURT:  That will be the defendants' sixth

21    peremptory.

22              Jean Murad, again, vacation the last week of May.

23              Any objection to excusing Murad?

24              MS. VIAMONTES:  No, Your Honor.

25              All right.  Murad will be excused.
```

```
 1            MR. WILCOX:  Wait.  Mr. Murad for cause?

 2            THE COURT:  Last week of May, vacation.  The rules

 3    must be applied equally.

 4            Juan Rojas, defense?

 5            MR. WILCOX:  Accept, Your Honor.

 6            MS. VIAMONTES:  Accept, Your Honor.

 7            THE COURT:  Rojas will be juror number nine.

 8            Michael Gilberte, Government?

 9            MS. VIAMONTES:  The Government will strike

10    Mr. Gilberte.

11            THE COURT:  That will be the Government's fourth

12    peremptory.

13            Robert Bonneville, defense?

14            MR. WILCOX:  We will strike Mr. Bonneville, Your

15    Honor.

16            THE COURT:  That will be the defendants' seventh

17    peremptory.

18            Steve Partlow, Government?

19            MS. VIAMONTES:  Accept.

20            THE COURT:  Defense?

21            MR. WILCOX:  Accept, Your Honor.

22            THE COURT:  All right.  Partlow will be juror number

23    ten.

24            Virginia Harrington, defense?

25            MR. WILCOX:  We accept Ms. Harrington.
```

258

```
 1            THE COURT:  Government?

 2            MS. VIAMONTES:  Accept.

 3            THE COURT:  Harrington is juror number eleven.

 4            Kenneth Smith, Government?

 5            MS. VIAMONTES:  Government accepts, Your Honor.

 6            MR. WILCOX:  Accept.

 7            THE COURT:  Smith will be juror number twelve.

 8            MR. WILCOX:  Any back strikes, Judge?

 9            THE COURT:  No.  You know better than that.

10            MR. ZACCA:  Just making sure.

11            THE COURT:  All right.  We are going to select two

12   alternates.  Each side will have one peremptory.

13            Hong Tran has vacation plans May 28th, so he will be

14   excused for cause.

15            Joann Rutland, Government?

16            MS. VIAMONTES:  We will use a peremptory, Your Honor.

17            THE COURT:  All right.  That will be the Government's

18   one and only peremptory.

19            Robert Anthony, defense?

20            MR. WILCOX:  Judge, that should be cause.

21            THE COURT:  What is the ground?

22            MR. WILCOX:  All prostitutes are victims, Your Honor.

23            MS. VIAMONTES:  Your Honor, he didn't say that.  He

24   said it was their last choice, and that was his opinion.  That

25   wasn't followed up with would that make you not be fair in this
```

1  case, could you sit in this case.

2            That doesn't make him unfair in this case.

3            THE COURT:  I didn't think that the response

4  disqualified him, but I tell you what, in an abundance of

5  caution we can bring him back in and ask him.

6            How about that, Mr. Wilcox?

7            MR. WILCOX:  That is fine, Your Honor.

8            THE COURT:  Juror Robert Anthony, no relation to

9  Carmelo.

10           (Thereupon, the juror returns to the courtroom.)

11           THE COURT:  Mr. Anthony -- folks, you all can be

12  seated -- Mr. Wilcox asked you a question regarding whether all

13  prostitutes were victims or not, and we wanted to follow up on

14  that.

15  BY THE COURT:

16  Q.  Do you feel that all prostitutes are victims?

17  A.  No.  No.

18  Q.  Would you explain?

19  A.  Sure.  The point I was trying to get across, my

20  observations in society and living in different places across

21  the country are that a lot of times women -- I don't want to

22  say force, but maybe fall into prostitution because of life

23  situations.  There are many other things they could be doing as

24  a living than being a prostitute.

25  Q.  Would your opinions regarding prostitutes affect your

1  impartiality as a juror in a case such as this?

2  A.  I don't think so, because prostitution is not on trial.  It

3  is something totally different.  The charge is sex trafficking,

4  so I don't think that it would affect my impartiality.

5          THE COURT:  Mr. Wilcox, if you have any questions, you

6  may inquire.

7  BY MR. WILCOX:

8  Q.  You indicated that it is not their first choice.  I want to

9  play center field for the New York Yankees.  That would be my

10 first choice, but I am a lawyer.  Do you understand what I

11 mean?

12 A.  Sure, I do.

13 Q.  What I am trying to get you to say, you seem to have some

14 sympathy for all prostitutes?

15 A.  I don't have any sympathy for any prostitutes.  I can't

16 imagine -- you are trying to layout women want to become

17 prostitutes?

18 Q.  No, some women choose to be prostitutes freely.

19 A.  I understand the point you are tying to make.

20 Q.  You don't think that is true?

21 A.  Some women maybe do.

22 Q.  Some women maybe want to become prostitutes?

23 A.  Yes.

24          MR. WILCOX:  I don't have anything else, Judge.

25          MR. ZACCA:  Nothing.

```
 1              THE COURT:  Does the Government have any questions?

 2              MS. VIAMONTES:  No, Your Honor.

 3              THE COURT:  Thank you very much, you may step out.

 4              (Thereupon, the juror leaves the courtroom.)

 5              THE COURT:  Any argument, Mr. Wilcox?

 6              MR. WILCOX:  No.  I will use a peremptory.

 7              THE COURT:  All right.  Any challenge for cause for

 8    Marcia Emerson?

 9              MS. VIAMONTES:  Nothing from the Government.

10              MR. ZACCA:  I don't have anything.

11              THE COURT:  All right.  Emerson will be alternate

12    number one.

13              Roseangela Restrepo.  Do both sides agree she should

14    be excused?

15              MR. ZACCA:  Yes, Judge.

16              MS. VIAMONTES:  Your Honor, I am not following as to

17    why.

18              THE COURT:  She had a problem with emotion.

19              MR. ZACCA:  Based on the nature of the charges, she

20    said it would be very difficult putting aside sympathy,

21    emotion.

22              MS. VIAMONTES:  Is it possible to have her called back

23    in?

24              THE COURT:  No.  I got the distinct impression she had

25    a problem serving on this jury.  I am going to excuse her for
```

 1    cause.

 2          Lisa Rorque.  Any challenge for cause as to the

 3    cashier at Massey Yardley?

 4          MS. VIAMONTES:  No, Your Honor.

 5          MR. ZACCA:  I don't believe any cause.

 6          THE COURT:  All right.  Then, Rorque will be alternate

 7    number two.

 8          So, let me review with you who we've got on this

 9    panel.

10          Lincoln Leslie, Cynthia Cardenas, Jose Flores, Rosalie

11    Muir-Gault, Jonathan Carlsward, Robert Furslew, Karla Smith,

12    Elizabeth Myers, Juan Rojas, Steve Partlow, Virginia

13    Harrington, Kenneth Smith, Marcia Emerson, and Lisa Rorque.

14          All right.  I need a brief restroom break and we will

15    bring them in.  We will swear them, instruct them and then hear

16    opening statements and go from there.

17          (Thereupon, a short recess was taken.)

18          THE COURT:  All right.  Mr. Culuffo, let's bring them

19    in, please.

20          (Jury venire enters the courtroom.)

21          THE COURT:  All right.  Folks, please be seated.

22          I am pleased to advise you that the attorneys have

23    selected a jury.  If your name is called, please step forward

24    and be seated in the jury box.

25          Lincoln Leslie.  Cynthia Cardenas.  Jose Flores.

1   Rosalie Muir-Gault.  Jonathan Carlsward.  Robert Furslew.

2   Karla Smith.  Elizabeth Myers.  Juan Rojas.  Steve Partlow.

3   Virginia Harrington.  Kenneth Smith.  Marcia Emerson.  And last

4   but not least, Lisa Rorque.

5           Those of you who were not selected, let me thank you

6   for your participation in the voir dire examination.  You have

7   been very patient and very attentive for which we appreciate

8   your service.

9           Now, I am going to excuse those of you who were not

10  selected, but I remind you that it will be necessary for you to

11  call in at five o'clock this evening to see if you are needed

12  for jury service tomorrow.

13          So you are hereby excused.

14          (The jury venire leaves the courtroom at 3:19 p.m.)

15          THE COURT:  Those of you who were selected, in just a

16  minute Ms. Tompkins is going to administer the juror oath, and

17  I am going to read to you a preliminary jury instruction, and

18  then we will hear the opening statements by the attorneys.

19          I don't know how far that is going to take us in the

20  day.  I don't know whether we will get to a witness today or

21  not, but we will certainly at least complete the opening

22  statements.

23          So, you folks passed the test.

24          All right.  Ms. Tompkins, would you please administer

25  the juror oath.

1        THE COURTROOM DEPUTY:  Yes, Your Honor.

2        (Thereupon, the jury was duly sworn.)

3        THE COURT:  Members of the jury, now that you have

4   been sworn, I need to explain some basic principles about a

5   criminal trial and your duty as jurors.  These are preliminary

6   instructions.  At the end of the trial I will give you more

7   detailed instructions.

8        Duty of the jury.  It will be your duty to decide what

9   happened so you can determine whether the defendants are guilty

10  or not guilty of the crimes charged in the indictment.

11       At the end of the trial I will explain the law that

12  you must follow to reach your verdict.

13       You must follow the law as I explain it to you even if

14  you do not agree with the law.

15       And I might add that some of this I covered in my

16  opening remarks so it may be a little repetitious to you, and I

17  apologize for that.

18       What is evidence?

19       You must decide the case solely on the evidence

20  presented here in the courtroom.

21       Evidence can come in many forms.  It can be testimony

22  about what someone saw, heard or smelled.  It can be an exhibit

23  admitted into evidence.  It can be someone's opinion.

24       Some evidence proves a fact indirectly such as a

25  witness who saw wet grass outside and people walking into the

265

1  courthouse carrying wet umbrellas.

2       Indirect evidence, sometimes called circumstantial

3  evidence, is simply a chain of circumstances that proves a

4  fact.  As far as the law is concerned, it makes no difference

5  whether evidence is direct or indirect.

6       You may choose to believe or disbelieve any kind of

7  evidence and give every piece of evidence what weight you think

8  it deserves.

9       What is not evidence?  Certain things are not evidence

10 and must not be considered.  I will list them for you now.

11      Statements and arguments of the lawyers.

12      In the opening statements and closing arguments, the

13 lawyers will discuss the case, but their remarks are not

14 evidence.

15      Questions and objections of the lawyers.

16      The lawyers' questions are not evidence.  Only the

17 witnesses' answers are evidence.  You should not think that

18 something is true just because a lawyer's question suggests

19 that it is.

20      For instance, if a lawyer asks a witness, you saw the

21 defendant hit his sister, didn't you, that question is not

22 evidence whatsoever of what the witness saw or what the witness

23 did unless the witness agrees with it.

24      There are rules of evidence that control what can be

25 received into evidence.

1        When a lawyer asks a question and offers an exhibit

2   and a lawyer on the other side thinks it is not permitted by

3   the rules of evidence, that lawyer may object.

4        If I overrule the objection, then the question may be

5   answered or the exhibit received.

6        If I sustain the objection, then the question cannot

7   be answered and the exhibit cannot be received.

8        Whatever -- whenever I sustain an objection to a

9   question, you must ignore the question and not try to guess

10  what the answer would have been.

11       Sometimes I may order that evidence be stricken and

12  that you disregard or ignore the evidence.  That means that

13  when you are deciding the case, you must not consider that

14  evidence.

15       Some evidence is admitted only for a limited purpose.

16       When I instruct you that an item of evidence has been

17  admitted for a limited purpose, you must consider it only for

18  that limited purpose and no other.

19       Credibility of witnesses.

20       In reaching your verdict, you may have to decide what

21  testimony to believe and what testimony not to believe.  You

22  may believe everything a witness says or part of it or none of

23  it.

24       In considering the testimony of any witness, you may

25  take into account the opportunity and ability of the witness to

1  see or hear or know the things testified to, the witness'

2  memory, the witness' manner while testifying, the witness'

3  interest in the outcome of the case, and any bias or prejudice,

4  whether other evidence contradicted the witness' testimony, the

5  reasonableness of the witness' testimony in light of all of the

6  evidence, and any other factors that bear on believability.

7          I will give you additional guidelines for determining

8  credibility of witnesses at the end of the case.

9          Now, rules for criminal cases.

10          As you know, this is a criminal case.  There are three

11  basic rules about a criminal case that you must keep in mind.

12          First, the defendants are presumed innocent until

13  proven guilty.  The indictment against the defendants brought

14  by the Government is only an accusation, nothing more.  It is

15  not proof of guilt or anything else.  The defendants,

16  therefore, start out with a clean slate.

17          Second, the burden of proof is on the Government until

18  the very end of the case.

19          The defendants have no burden to prove their innocence

20  or to present any evidence or to testify.  Since the defendants

21  have the right to remain silent and may choose whether to

22  testify, you cannot legally put any weight on the defendants'

23  choice not to testify.  It is not evidence.

24          Third, the Government must prove the defendants' guilt

25  beyond a reasonable doubt.

1          I will give you further instructions on this point

2    later, but bear in mind that the level of proof required is

3    high.

4          Conduct of the jury.

5          Our law requires jurors to follow certain instructions

6    regarding their personal conduct in order to help assure a just

7    and fair trial.  I will now give you those instructions.

8          Number one:  Do not talk either among yourselves or

9    with anyone else about anything related to the case.

10          You may tell the people with whom you live and your

11    employer that you are a juror and give them information about

12    when you will be required to be in court, but you may not

13    discuss with them or anyone else anything related to the case.

14          Number two:  Do not at any time during the trial

15    request, accept, agree to accept or discuss with any person any

16    type of payment or benefit in return for supplying any

17    information about the trial.

18          Number three:  You must promptly tell me about any

19    incident you know of involving an attempt by any person to

20    improperly influence you or any member of the jury.

21          Number four:  Do not visit or view the premises or

22    place where the charged crimes were allegedly committed or any

23    other premises or places involved in the case.

24          You must not use internet maps or Google Earth or any

25    other program or device to search for a view of any location

1  discussed in the testimony.

2          Number five:  Do not read, watch or listen to any

3  accounts or discussions related to the case which may be

4  reported by the newspapers, television, radio, internet or any

5  other news media.

6          I know that a journalist has been covering this case.

7  If there is something reported in the newspaper, folks, put it

8  aside.

9          When you've reached a verdict and you are discharged

10 as a juror, you can go back and read it until the cows come

11 home, but don't read it during the trial, please.  Your

12 decision has to be based solely on what is presented here in

13 this room and on the law.

14         Number six:  Do not attempt to research any fact,

15 issue or law related to this case whether by discussions with

16 each other, by library or internet research or any other means

17 or source.

18         In this age of instant electronic communication and

19 research, I want to emphasize that in addition to not talking

20 face-to-face with anyone about the case, you must not

21 communicate with anyone about the case by any other means,

22 including by telephone, text messages, email, internet chat,

23 chat rooms, blogs or social networking web sites such as

24 Facebook, My Space or Twitter.

25         You must not provide any information about the case to

1    anyone by any means whatsoever and that includes posting

2    information about the case or what you are doing in the case on

3    any device or internet site, including blogs, chat rooms,

4    social web sites or any other means.

5          You also must not use Google or otherwise search for

6    any information about the case or the law that applies to the

7    case or the people involved in the case, including the

8    defendants, the witnesses, the lawyers or the judge.

9          It is important that you understand why these rules

10   exist and why they are so important.

11         Our law does not permit jurors to talk with anyone

12   else about the case or to permit anyone to talk to them about

13   the case because only jurors are authorized to render a

14   verdict.  Only you have been found to be fair and only you have

15   promised to be fair.  No one else is so qualified.

16         Our law also does not permit jurors to talk among

17   themselves about the case until the Court tells them to begin

18   deliberations because premature discussions can lead to a

19   premature final decision.

20         Our law also does not permit you to visit a place

21   discussed in the testimony.

22         First, you cannot be sure that the place is in the

23   same condition as it was on the day in question.

24         Second, even if it were in the same condition, once

25   you go to a place discussed in the testimony to evaluate the

1   evidence in light of what you see you become a witness, not a

2   juror.

3          As a witness, you may now have a mistaken view of the

4   scene that neither party may have a chance to correct and that

5   is not fair.

6          Finally, our law requires you not read or listen to

7   any news accounts of the case, and that you not attempt to

8   research any fact, issue or law related to the case.  Your

9   decision must be based solely on the testimony and other

10  evidence presented here in the courtroom.

11         Also, the law often uses words and phrases in special

12  ways, so it is important that any definitions you hear come

13  only from me and not from any other source.

14         It would not be fair to the parties for you to base

15  your decision on some reporter's view or opinion or upon other

16  information that you acquire outside the courtroom.

17         These rules are designed to help guarantee a fair

18  trial, and our law accordingly sets forth serious consequences

19  if the rules are not followed.

20         I trust that you understand and appreciate the

21  importance of these rules and in accord with your oath and

22  promise, I know you will do so.

23         Taking notes.

24         If you wish, you may take notes to help you remember

25  what witnesses said.  If you do take notes, please keep them to

1  yourself until you and your fellow jurors go to the jury room

2  to decide the case.

3       Do not let note-taking distract you so that you do not

4  hear other answers by witnesses.

5       When you leave the courtroom, your notes should be

6  left in the jury room, so do not take your note pads home with

7  you.  And I can assure you no one will go into the jury room

8  and read your notes.  They are strictly confidential.

9       Whether or not you take notes, you should rely on your

10  own memory of what was said.  Notes are to assist your memory

11  only.  They are not entitled to any greater weight than your

12  memory or impression about the testimony.

13       Separate consideration for each defendant.

14       Although the defendants are being tried together, you

15  must give separate consideration to each defendant.

16       In doing so, you must determine which evidence in the

17  case applies to a particular defendant and disregard any

18  evidence admitted solely against another defendant.

19       The fact that you may find one defendant guilty or not

20  guilty should not control your verdict as to the other

21  defendant.

22       The course of the trial.

23       The trial will now begin.  First, the Government will

24  make an opening statement, which is simply an outline to help

25  you understand the evidence as it comes in.

1        Next the defendants' attorneys may, but do not have to

2    make an opening statement.  Opening statements are neither

3    evidence nor argument.

4        The Government will then present its witnesses and

5    counsel for the defendants may cross-examine them.

6        Following the Government's case, the defendants may if

7    they wish present witnesses whom the Government may

8    cross-examine.

9        After all the evidence is in, the attorneys will

10   present their closing arguments to summarize and interpret the

11   evidence for you and I will instruct you on the law that

12   applies to this case.  After that, you will go to the jury room

13   to decide your verdict.

14       So we will begin with opening statements by the

15   Government.

16       Who will be giving the opening?

17       MS. VIAMONTES:  Me, Your Honor.

18       THE COURT:  Ms. Viamontes, you may proceed.

19       MS. VIAMONTES:  Don't leave the room, don't answer the

20   door, take the money up front, don't speak unless spoken to,

21   don't talk to the other girls, and above all, respect, that is

22   what this man demanded from C.J..  You will hear that from C.J.

23   yourself.  That is what this man demanded from B.V. as well.

24       You will learn that here in this room is a very

25   vicious pimp who was very brutal and used his wife to enforce

1    rules.  That is what you will learn throughout this trial.  You

2    will learn that with fear they controlled C.J..

3         Why?  Because it brought them a whole lot of money,

4    and that is what it is about, money.

5         They used force, fraud and coercion to get C.J. to

6    commit commercial sex acts.

7         C.J. was barely 20 years old, had just turned 20, and

8    this is what you will learn about C.J..

9         C.J. was here from Vermont.  She had been sent here to

10   the Boca area to continue with drug rehab.  She has a drug

11   addiction problem.

12        And Mackenley Desir, known to C.J. as Daddy and Zoe,

13   preyed on C.J. because he knew how vulnerable she was.  He knew

14   this drug addiction was a tool that he could use, and drugs

15   were his carrot.  He could dangle those drugs in front of her

16   to get her to do what he wanted, coupled with the fear of

17   Ms. Rembert, known to her as Fire, coupled with a fear that if

18   she did not follow all of Daddy's rules, Fire would come in and

19   beat the living daylights out of her.

20        So C.J. was sent here by her family.  She was in drug

21   rehab in Boca and, unfortunately, relapsed.  She relapsed, had

22   a couple of jobs, voluntarily told the drug rehab facility

23   where she was.  It is a sober living facility, kind of like a

24   halfway house where they are free to go and work.  She was

25   asked for a drug test and she said no, I relapsed, and she was

1   expelled.

2          She is at motels trying to get her drugs, and who is

3   she introduced to, but Mackenley Desir.  At first no name is

4   given.

5          She is at the Homing Inn in Boynton Beach.  She was

6   working a couple of jobs and having difficulty with her jobs.

7   One of her employees was refusing to pay her.  She was having

8   great difficulty.  She did not have family and she did not want

9   her family in Vermont to know she was no longer at the sober

10  house.

11         Before meeting Mackenley she had sex in exchange for

12  money on two occasions at the Homing Inn.  She was homeless,

13  distraught, she was looking, crying near the Homing Inn, and

14  someone introduced her to Mackenley Desir because he could

15  provide her drugs.

16         Shortly thereafter, the person she knew as Daddy

17  arrived and asked her to get into the car.  She gets into the

18  car.  He hands her drugs and begins to drive around the block.

19         You will learn from C.J. -- and we refer to her by her

20  initials C.J., her first name is C.J., but you will learn it is

21  not uncommon in a drug transaction to drive around the block in

22  order to be undetected by law enforcement.

23         At this point, C.J. is not suspicious yet.  They are

24  driving around the block and she begins to see that they are no

25  longer going back to the hotel where she was picked up or the

1   motel where she was picked up.

2          In the vehicle was this defendant, the pimp, and one

3   of his enforcers, not his wife, but a different one of his

4   enforcers.

5          They go to a house and the defendant, Mr. Desir, gets

6   out of the vehicle, is in there for awhile, returns, gets into

7   the car and tells her she can't be using the phone.  She was in

8   her car using the phone and he tells her, you can't use the

9   phone.

10         He gets the phone and takes it and puts it in the

11  center console of her car, begins to give her drugs, crack

12  cocaine, pills, loads her up with more drugs than she had ever

13  taken before.  She will tell you he got her higher than she had

14  ever been.

15         They leave Boynton Beach.  All they know is they are

16  on the road for awhile, and she has no clue where she is, she

17  is not from Florida.  They end up in Hollywood, Florida at the

18  Beach and Town Motel.

19         She is told to remain in the car.  The defendant,

20  Desir, gets out of the car, goes into the hotel with his

21  associate.

22         C.J. gets on her phone and begins to try and

23  communicate with her boyfriend, texting.  Mackenley comes out,

24  takes the phone from her and tells her, that was a test.  You

25  are not to use the phone.  He takes the phone away from her.

1          He eventually comes back, it is now beginning to get

2     dark, takes her into the motel.

3          You will learn that the Beach and Town Motel has a

4     motel in the front portion, and Mr. Desir and Ms. Rembert

5     resided in the rear portion of the motel.

6          There is a house back there that has an efficiency and

7     also a set of duplexes.  They rented space there, and did

8     handiwork around the motel in order to subsidize the rent or

9     pay for part of the rent.

10         So, at this point, C.J. was concerned she didn't have

11    a phone, but she thought, oh, he is being overly cautious.

12    Maybe he thinks I am trying to contact the police, had no idea

13    what she was about to be forced to do.

14         So, she enters into the motel room.  She will tell you

15    initially she is in the bottom floor motel room, a room in the

16    hotel, and they begin partying.  They are having a good time.

17    She will tell you Mr. Desir was being real nice, real nice to

18    her.

19         He was providing her drugs, getting to know her,

20    talking to go her, well, tell me about your family, and she

21    tells him about her family, how they sent her down here.  Her

22    parents are divorced, how she feels she doesn't quite belong

23    anywhere, either her dad's house or her mom's, feels neither

24    one of them wants her there at home.

25         She tells Mr. Desir she is addicted to drugs and

1    trying to recover and he says, ah-ha, here we go, pretty girl,

2    doesn't know where she is, out-of-town, here is my perfect

3    target.  Here is my meal ticket for the next few months.

4         That night he romances her.  He is nice to her, they

5    have sex, consensual sex, he gives her plenty of drugs.  He

6    tells her, you know, C.J., I could take care of you.  I can

7    provide you a place to live.  I can give you the drugs you

8    want, the drugs you need at this point, and I can show you the

9    love that maybe you don't feel back home.

10        In fact, you could make a lot of money with me.  I am

11   a businessman and eventually you can get an apartment on your

12   own.  I will help you with that.  You don't have to worry about

13   a thing.

14        C.J. says that is fine, what kind of work am I going

15   to be doing for you?  You can answer phones, kind of like a

16   secretary.  Okay.  This a 19, 20 year old girl, from a little

17   town in Vermont who thinks, all right, seems like a nice guy,

18   okay, sounds fine, and stays.

19        Shortly thereafter he moves her to a different room,

20   and now she realizes in this new room, wait a second, in my

21   purse, in my wallet, I had my ID, my Social Security card.

22   They are not there any more.  My phone that I brought with me,

23   I don't have access to that any more.

24        She is put in the room, not given a key to the motel

25   room and now she is told the rules, and she is told that she

1  will then talk to Fire, and Fire will teach her the ropes.

2  Above all, she is told respect, you must respect me.

3          This man was very big on respect.  She is told not to

4  answer the door, not to talk to any other girls.  He tells

5  C.J., I have like eight girls working for me, don't talk to any

6  of them.

7          Now C.J. begins to get nervous.  She begins realizing

8  that something bad may happen, and what does she see Mr. Desir

9  carrying?  A firearm, which he purposefully, you will learn,

10  showed to her on more than one occasion.

11          He placed it under the sofa, placed it in places where

12  she would see it, and typically carried it in the small of his

13  back.

14          So now she is beginning to get scared.

15          You will learn that shortly after meeting Mackenley,

16  C.J. now meets Fire, has a phone conversation with Fire, and

17  Fire explains to her the lay of the land.

18          She asked her for biographical data.  I need your name

19  and date of birth so in case you get in trouble, we will be

20  able to bond you out.

21          What are your statistics, how tall are you, how much

22  do you weigh, what is your heritage, what do you look like?

23          Has he taken pictures of you yet?  Do you have

24  pictures on Facebook that I can use?

25          Fire, at this point, is asking her all this because

1    her job was to post these girls on Backpage.

2            So, what she would do is look for pictures similar to

3    the girls that they were putting out on the market.  So, she

4    asked her all her biographical data and starts working to place

5    this ad on Backpage.

6            You will learn that Backpage is not headquartered in

7    Florida, maintains its servers outside the State of Florida,

8    and has a section for escorts and that is where both defendants

9    advertised the merchandise they were selling.  That is where

10   they advertised young women, vulnerable young women such as

11   C.J..

12           C.J. began having dates, and she will tell you that it

13   was horrible.  She will describe some very, very brutal dates

14   that she had.

15           She will tell you that at some point she was moved

16   from the motel into an efficiency in the back.  She will tell

17   you how one day while she was in the efficiency -- the way she

18   describes the efficiency, it had a door that led into the main

19   dwelling area, the living space for the house, and that door,

20   you could only open it from the outside.  It had a deadbolt

21   lock so C.J., if she is in the efficiency, couldn't get into

22   the main dwelling.

23           Ladies and gentlemen, you will learn the house had a

24   door to the exterior.  You will wonder, C.J., there is a door

25   that leads out to freedom, why didn't you just open that door

1   and go out there and run, ask for help from the police?

2          To C.J. that door wasn't even a possibility, ladies

3   and gentlemen.  These two had instilled such fear in that young

4   girl, that young lady that she didn't even consider violating

5   that rule, didn't consider stepping out there.

6          Why?  Because Mr. Desir had done such a great job at

7   convincing her, such a great job convincing her that he had

8   plenty of people working for him, and she heard they referred

9   to each other as Zoe, a bunch of people named Zoe.  He

10  convinced her that he had people on the inside, meaning law

11  enforcement.  If she had contact with law enforcement, she

12  would be so afraid that she was on his payroll.

13         You will see evidence in this case that C.J. at one

14  point was arrested.  She was arrested twice during this

15  conspiracy; once for possession of drugs, okay, and you will

16  learn who was there while she was arrested.  Mackenley Desir.

17         You will learn Mackenley Desir set up the date for

18  her, and this john -- we call him a john, somebody who has sex

19  with someone for money -- he comes into the room and C.J. will

20  describe how at this point they are putting so much stress on

21  her to get them out of there quickly so she could move on to

22  the next one and make more money.

23         She will tell you how the man had paid a lot of money,

24  more than what he should have, more than what he should have to

25  be with me and spend time with me, and they wanted him out of

1    there.

2           Fire is calling C.J., you need to get him out of

3    there, I am showing another one up.  The man doesn't want to

4    leave yet, he feels like he paid for more time with her.  C.J.

5    feels so stressed out, trying to mediate between Fire and this

6    client.

7           What does Mackenley do?  They force him out of the

8    room -- C.J. forces him out and through the door.  Mackenley

9    chases him through the door, and through the parking lot with

10   his firearm.

11          He says, call the police and let them know, tell them

12   he tried to rape you, he tried to force you into the room and

13   tried to rape you.

14          What does C.J. do?  They call the police, interview

15   C.J. and the john, and Mackenley is just this innocent standby

16   witness.  He tells them how he consents to them searching this

17   motel room.  Knowing that the drugs that he has given C.J. are

18   in the room, he consents.  He gives law enforcement authority

19   to go into the room, and they find drugs and C.J. knows that

20   she has to tell them that those are her drugs.

21          Some of them were her drugs that Mackenley had given

22   her, and she has to take responsibility for the drugs.  If she

23   didn't, she would be violating Mackenley's rules.

24          Once she gets arrested, she tries to reach her family

25   in Vermont and she is given a brief period of time, and she is

1  not able to communicate with her father.

2         Next call is to Daddy.  What does he do?  Two days

3  later, he bails her out and now informs her that he owns her,

4  now I can legally shoot you.  That is what he made her believe,

5  I bonded you out and I now own you, and I could legally shoot

6  and kill you.

7         He bonds her out and places her afterward into the

8  efficiency of that house behind the motel.

9         He's constantly playing mind games with these girls,

10  constantly isolating them from other young women.  He and Fire

11  together created a climate of fear so they felt they couldn't

12  reach out to anyone.

13         You will learn that on one occasion when C.J. was --

14  now we are in mid June, and C.J. was in that efficiency, she

15  was there with another girl that she knew as Annie, okay, and

16  Mackenley Desir and one of his associates had fallen asleep in

17  the main area of the house and had left the door open.

18         C.J. will tell you in order for her to cross, even if

19  the door was unlocked, to the main structure she had to ask

20  permission.  Daddy, is it okay, can I come in?

21         This time they left the door unlocked and they were

22  asleep.  Mackenley Desir and his associate were asleep.  Annie

23  thought, why don't we take the drugs from him.  He hadn't given

24  them the drugs they needed in a while.

25         You will learn one of the things he did to control

1  these women, especially C.J., was to, in C.J.'s instance, give

2  her plenty of drugs in the beginning, as high as he could, and

3  then start withholding the drugs.  Now he could have complete

4  hold of her mind and now her body, too.

5          So they decided he had tons of pills in there, he

6  won't notice, and Annie tells C.J., let's take a couple of

7  pills.  Annie goes into the room and takes a couple of pills,

8  and she said, if you don't say anything, I will give you one of

9  the pills.  Surely they got two Dilaudid pills, crushed them

10  up, injected them into their arm and went back -- and went

11  back.  Annie went back afterwards and got some crack and smoked

12  the crack.

13          A little while later, Mackenley wakes up and is

14  questioning them about stealing the drugs.  He separates the

15  girls and realizes, this is a bad idea.  Up to this point, C.J.

16  had been left in the room all by herself, isolating the women

17  on purpose.  So, at this point he separates the women and

18  begins questioning them, and they each point a finger at each

19  other.  Ultimately, C.J. comes clean and admits what happened.

20          He tells her, boy, you are going to regret that.  I am

21  going to have to make phone calls, and the dudes that are going

22  to come over here, they are big.  I will see what I can do for

23  you, but you are going to be in big trouble.

24          So a short while later, he separates them, has them

25  stay on the floor of the efficiency and they are not allowed to

1  communicate with each other.  A short while later he tells

2  them, pack up your stuff, pack up all your stuff, I am

3  transferring you to Orlando.

4          C.J. didn't have much stuff to pack.  She had gone

5  there with the clothes on her back and her purse that contains

6  her wallet with a cosmetic bag.  The phones had been taken.

7  She packed a few things and Mackenley bought her a pair of tiny

8  shorts and tank top and they get in the car, and cramming into

9  the car with about six people, among those people is Fire.

10          They end up taking C.J. and Annie to an abandoned

11  house.  As they are approaching the house, they are told to

12  duck down.  Fire holds them down so they don't even know where

13  they are going.  C.J. could tell you she could feel the car

14  circling and making turns and making turns and finally they get

15  to this abandoned house.

16          C.J. is taken into the house first and when she gets

17  into the house two of their thugs, two of their associates are

18  in there waiting for them and Fire and they give C.J. the

19  beating of her life.

20          They beat her and beat her.  The two men and Fire

21  punch her repeatedly in the face, kick her, stomp on her.  She

22  is in complete fear for her life at this point.

23          Toward the end of the beating, Desir walks in as her

24  savior, wait a second, no, no, this isn't the one you are

25  supposed to beat, no, no.  Stop beating her.  He saves her,

1  gets her out of there because he wants to get into her mind.

2  He wants to have control of her body and mind.

3       He takes her back to the car, apologizes to her, tries

4  to console her, but then reminds her, hey, it is your fault,

5  you deserved that beating.  I told you my rules and you

6  violated my rules, and by stealing you were disrespecting me,

7  so you deserved it.

8       Now, when C.J. gets back into the car, they take Annie

9  into the house and now it is Annie's turn for the beating, and

10 C.J. will tell you after about five to ten minutes Fire comes

11 out dripping in sweat, asks C.J., do you have a needle, do you

12 have a needle?  C.J. didn't have a needle.  She sees Fire look

13 through the trunk looking for something, pulls out a string,

14 some sort of cord, and goes back into the house.

15      She is in there for awhile, another five to ten

16 minutes or so, then they drag Annie back out.

17      C.J. will tell you how Annie couldn't even support her

18 weight.  They are carrying her and she is barely able to walk

19 as they are bringing her to the car.  Annie has a ligature mark

20 around her neck.  You could see the bruises all starting to

21 appear.  Then they are taken back to the Beach and Town.

22      Now C.J. is separated from Annie and doesn't see her

23 again.

24      You will learn after this beating C.J. was so

25 distraught, so broken, she will tell you how Daddy -- how he

1  wanted C.J. and the other girls to call him Daddy, and she will

2  tell you that she never knew which Daddy she was going to get;

3  whether after a prostitution date he would come in and

4  congratulate her for earning so much money or come in and slap

5  her because she didn't make enough money, because one of the

6  things he tried to teach her, to play these guys for more

7  money, try to get more out of them.

8          Constantly he berated her, both of them, trying to

9  make her believe you are not even good at that.  You aren't a

10  good prostitute.

11          She will tell you he pretended that he cared and tried

12  to be affectionate with her, and that is all she had at the

13  moment.

14          She will tell you after this, they are having a

15  conversation one day and she tells him, I can't do this.  I

16  can't do this any more.  I don't want to live this life.  He

17  reminds her that he owns her.  He reminds her that he could

18  legally shoot her and she will do as she is told.

19          Well, ladies and gentlemen, you will hear our very

20  first witness will be Aaron Johnson, that is C.J.'s father.

21          You will hear that one day C.J. finally mustered up

22  some courage and when her pimp had fallen asleep, she grabbed

23  his phone and she reached out to her mom, called her mom and

24  tells her mom, Mom, I am alive, whispering.  It's 7:30 in the

25  morning, Mom, I'm alive, something to the effect, Mom, I am

1  being held against my will, I am being forced to do things I

2  don't want to do, and warns her mom, just don't call this

3  number back.  I just want to tell you I'm okay.

4          You will learn before this call C.J. had very little

5  opportunity to reach out to her family.

6          On one occasion she was in the hospital before this --

7  before the beating even, she is in the hospital at one point --

8  I am sorry, after the beating, she had a sore throat, she had a

9  throat infection.  Mr. Desir drops her off at the hospital, and

10 from the hospital she reaches out to her ex-boyfriend.

11         At this point, her family is starting to look for her.

12 Her mother calls her ex-husband, Mr. Aaron Johnson, and informs

13 Mr. Johnson, you need to go to Florida, you need to look for

14 C.J..

15         He does, he gets a flight and comes down to Florida,

16 and begins doing the leg work himself.  He calls law

17 enforcement agencies, goes online, cross checks that cell phone

18 number.  It comes back to a name, John Paul, and he thinks he

19 is looking for somebody named John Paul.

20         He goes -- finds out she is in the hospital, tries to

21 get to the hospital, C.J. just left.  Ultimately, he finds

22 where Mackenley Desir is and where he believes C.J. is being

23 held.

24         He leaves notes on his car and his door, tells him, I

25 am here, I am looking for my daughter, I want C.J..  He gets no

1  answer.  Finally he calls the number and actually has

2  conversations with the defendant and begs him, I need to see

3  C.J., put her on the phone.  I want to make sure C.J. is okay.

4          The defendant refuses to allow Mr. Johnson to see or

5  speak with his daughter.

6          The police knock on Mr. Desir's door.  He orders Annie

7  and C.J. to hide in the back room.  They don't answer the door.

8  They are looking for C.J. and he refuses to answer the door.

9  At this point he thinks, you know what, this girl is more

10 trouble than she is worth.  She was returned to the bondsman

11 and ultimately reunited with her dad.

12         As we are investigating the case, we learn that back

13 in 2008, Mr. Desir had done basically the same thing to B.V..

14         You will hear from B.V..  You will hear that B.V. is

15 in prison right now.  She is going to come in here in her jail

16 scrubs.  She is serving eight years in prison for an attempted

17 home invasion.

18         She will tell you that back in December of 2007 and

19 leading into 2008 -- in 2007, she was in DCF custody, at age

20 17, has a child, and after a few months, when the child was a

21 few months old she ran away from foster care and she is

22 introduced to Mackenley Desir.

23         Mackenley Desir sells her a bag of goods and tells her

24 how he is going to take care of her, they will live together.

25 He is romantic with her, and she feels loved by him.  She feels

1  loved and cared for and they moved in together.

2      She will tell you that quickly changed.  When they

3  moved in together, they moved into a small attachment to the

4  house, and shortly after they moved in, he said you need to

5  earn your keep, you need to pay the rent.

6      He starts setting up prostitution dates with his

7  coworkers at Publix.  They come over, have sex right outside

8  their apartment, and every time she tries to get away, he beats

9  her.  You will see photos.

10      B.V. tried to get away on numerous occasions.  You

11  will see the first time she tried to get away, in December

12  2007, she ran to a neighbor's house.  She told the neighbor to

13  call 911 and told law enforcement what he was doing to her,

14  what Desir was putting her through.

15      You will learn Desir is a very manipulative man and

16  able to convince B.V. to drop all charges, and she does, and

17  she does it time and again.  Luckily you will see she is a

18  little braver now.

19      She will tell you about the brutal beatings he gave

20  her.  She will tell you how he forced her to have sex for

21  money, he placed ads on Craig's List for her, he forced her to

22  go to strip clubs and get clients, and you will see photographs

23  of some of the beatings he gave her.

24      She was 17 when she met Mackenley this year and she

25  was 18 years old in those photographs.

291

```
 1            Ladies and gentlemen, at the conclusion of the case
 2   the Government is confident that you are going to find that the
 3   defendant used force, he beat both of them, beat the daylights
 4   out of C.J. to get her to submit and to continue to prostitute
 5   for them.
 6            You will learn that they used coercion in more than
 7   one way.  With C.J., they used legal coercion, the fact that he
 8   had bonded her out.  They used the drugs.  Mackenley did this
 9   on purpose, gave her all the free drugs in the beginning to
10   wean her down and make her dependent on him, and the threat of
11   force as well.
12            You will learn that these girls knew that if they
13   violated his rules, left the house, didn't do what they were
14   told, they would continue to get beaten.
15            At the close of the case, the Government is going to
16   ask you to find -- is going to ask you to find each defendant
17   guilty on the counts they are charged with.
18            And, yes, you know what, Mackenley Desir and Genet
19   Rembert, they picked vulnerable girls.  They don't pick choir
20   girls to become prostitutes.
21            You will learn that these girls have baggage, but it
22   doesn't change the fact while they were with Daddy, Zoe, and
23   Fire, they were forced to have sex with numerous strange men
24   over and over to line their pockets.  These two made money off
25   those girls' backs by force.
```

1            Thank you.

2            THE COURT:  Mr. Zacca, do you wish to give an opening?

3            MR. ZACCA:  I do.  Thank you, Judge.

4            Good afternoon.

5            The Government has made some serious allegations

6    against my client, Mr. Desir, however, there are certain things

7    that they did not tell you about their case, facts that the

8    witnesses will admit to.

9            You are going to hear evidence that B.V. and C.J.

10   prostituted themselves.  You will hear evidence that C.J. and

11   B.V. took drugs, but this is not a drug case.  This is not a

12   case as to whether prostitution occurred.

13           The key issue in this case is whether these two women,

14   B.V. and C.J., were forced or coerced to do the prostitution

15   they say they did.

16           Remember that.

17           Throughout this case, a key issue is they have to be

18   forced or coerced or threatened to do what they did, and so I

19   submit to you that the evidence is going to fall short of that.

20           See, let's talk about C.J., what the Government failed

21   to do -- failed to say during their opening statement.

22           It is an undisputed fact that C.J. abused drugs for a

23   long time, took drugs for a long time before ever meeting

24   Mr. Desir or Ms. Rembert.  That is a fact.  It is going to be

25   undisputed.  We are not talking about alcohol.  We are not

1   talking about marijuana.  We are talking about hard drugs,

2   crack cocaine, heroin, pills.

3           C.J. underwent drug treatment in Vermont for those.

4   She then came down to Florida and entered what is called a drug

5   recovery center.  This is in April 2012, months before ever

6   meeting Mr. Desir and Ms. Rembert.

7           Within a month of being in this treatment center she

8   dropped out, she was discharged.  She was asked to leave

9   because she was abusing drugs, her own choice, her own free

10  will.  She was abusing drugs, and I submit to you drugs aren't

11  free.  You need money for drugs.

12          She was discharged from the recovery center because

13  see was taking drugs.  She was out on her own.  She lied to her

14  family as to being still in the recovery center when see was

15  not.

16          In fact, you will hear evidence that throughout her

17  life she has a tendency to lie about her drug abuse and drug

18  use.  It is shameful, it is embarrassing, but she lied to her

19  family to hide it.

20          She -- you are going to hear evidence that before ever

21  meeting Mr. Desir and Ms. Rembert she prostituted herself for

22  money to get drugs, undisputed, she prostituted herself to get

23  money for drugs.  To get the money, these drugs are not free.

24          She now claims that she was forced to do the things

25  that she was doing.

1          The Government spoke of all of these horribles that

2   C.J. claims she underwent, but there are a few things the

3   Government didn't tell you.

4          You see, when you look at the indictment, the issue is

5   from -- I will grab it for a second.  I want to be precise.

6          Within a short period of time, June 11, 2012 to July

7   1, 2012, June 11, 2012 to July 1, 2012, the Government and what

8   C.J. says, she was forced to do these things, she had no free

9   will, she was forced to prostitute herself.

10          Well, despite all these horribles, on June 16, 2012,

11   right in the middle of the charged time period, she was

12   arrested for possession of drugs.  Now, the Government says she

13   will say those are Mr. Desir's drugs, but the fact of the

14   matter is she has always acquired drugs because she has been

15   abusing drugs.  She is a drug addict, that is a fact, well

16   before ever meeting him.

17          On that date she was arrested by the Hollywood Police

18   Department.  They questioned her.  At no time while in the

19   police car heading to the jail did she say, police officers,

20   let me tell you what is happening to me.  I am being held

21   captive, I am being forced to prostitute myself, I am being

22   forced to take drugs.  Save me, help me.  At no time did she do

23   that.

24          She had every opportunity at that point to get to

25   safety, but she didn't.  The reason being is because it wasn't

1   true.  She chose that lifestyle.  She chose to do what she

2   wanted to do.

3          If she chose it, the Government has not proved its

4   case because, remember, force, coercion is the key element.  If

5   she chose to do what she wanted to do, there is insufficient

6   evidence of -- to prove the Government's case.

7          Now, the Government says she tried to call her mom or

8   father to bond out.  She eventually called Mr. Desir, as she so

9   says, to get bonded out.  She gets bonded out.

10         What the Government didn't tell you is that on June

11  22, 2012, again within the time charged of the indictment, she

12  was arrested for prostitution.  She responded to a location,

13  the Hampton Inn in Fort Lauderdale.  She walked in the room and

14  in the room were police officers, but more importantly, FBI

15  agents.  FBI agents.

16         You see, what was happening that night was the police

17  and the FBI were working on a joint task force.  They were out

18  trying to find under age runaway children that are being forced

19  into sex trafficking.

20         That was the mission of this investigation, that is

21  what they were looking for.

22         When C.J. arrived, the police revealed themselves and

23  the FBI interviewed her, asked her questions.  They interviewed

24  her for hours, asked her, why are you here, how did you get

25  here, are you being forced to do these types of things?

1           If there was ever an opportunity to walk away from

2     these horribles that the Government says she is going to say

3     happened, how better an opportunity was that?

4           The reason why she never said anything is because it

5     is not true.  She chose this life.  She chose this life.

6           She was eventually arrested for prostitution.

7           At the end of the day, the evidence is going to show

8     that C.J. has abused drugs, was addicted to drugs, would lie to

9     cover up the fact that she was on drugs, would lie to her

10    family out of the shame of what her drug addiction caused her

11    to do, that she did this before ever meeting Mr. Desir, and it

12    is going to show that she continues to battle her addiction.

13          The Government -- and mind you, when you look at this

14    case, the entire case of the Government falls squarely on the

15    word of two individuals, that is it, C.J. and B.V..  It falls

16    on their testimony.

17          B.V. is somebody that met Mr. Desir in December of

18    2007.

19          Now, in the indictment, the indictment reads that from

20    December 2007 to February 2009, Mr. Desir forcibly coerced,

21    threatened to use force or used force to cause B.V. to commit

22    commercial sex acts, prostitution.  We are talking over a year

23    long period.

24          What the Government hasn't told you is the following:

25    You see, she first came forward with claims of being forced to

1  prostitute herself back in December of 2007.  She claimed

2  during a three-week period she was forced to have sex with men.

3         The evidence is going to show that during that time

4  period, much of that time Mr. Desir was working at Publix.

5  That is right, he was working at Publix, he had a life.  He was

6  working at Publix, and during this time where she said she was

7  held captive and forced to do all these horrible things, the

8  records are going to show Mr. Desir was at work at Publix.

9         If she had an opportunity to walk away or leave, she

10 had every opportunity to do so.

11        The evidence is going to show that on a couple of

12 occasions the place where she said she was held captive or not

13 allowed to leave, the landlord, the owner of the apartment, saw

14 B.V. and Mr. Desir together and they looked like girlfriend and

15 boyfriend.

16        You are going to learn that her allegations back in

17 December 2007 were initially brought by the state and

18 eventually dismissed at her request.

19        It is undisputed that she described the next three

20 years, these are her own words, of being with Mr. Desir as

21 girlfriend and boyfriend.  They had a relationship.  According

22 to her, they lived together in the same house.

23        You are going to hear evidence that on a number of

24 occasions police officers interacted with them and at no time

25 did she ever claim, help me, save me, this man is forcing me to

1    do horrible things.  At no time.

2          I submit to you that the real reason, the motivation

3    that people do things is because they want something or they

4    desire something.

5          The real reason behind her allegations now that she is

6    bringing back, resurrecting from nearly five years ago, is

7    because she is a multiple convicted felon.  She is doing eight

8    years for a violent crime, attempted armed burglary of a home,

9    shooting into a house, and attempted armed robbery.

10          MS. VIAMONTES:  Judge, I am going to object.  These

11   are not the facts and the Court has ruled.

12          THE COURT:  I'm sorry, I don't know what she was

13   convicted of, but the Court did rule that the charges upon

14   which she was adjudicated would be admissible.

15          I don't know whether Mr. Zacca correctly stated that

16   or not.  Was that your understanding of the Court's ruling?

17          MS. VIAMONTES:  Yes, Your Honor.

18          MR. ZACCA:  Judge, I am correct on her convictions.  I

19   am correct on her convictions.

20          MS. VIAMONTES:  The Court ruled not to get into the

21   facts of the case.

22          MR. ZACCA:  I am not getting into the facts.  I am

23   going into the title of the crime.

24          THE COURT:  The title of the crime is admissible; the

25   facts of the crime are not.

1          MR. ZACCA:  She is a convicted felon of shooting into

2    a dwelling, attempted armed robbery, attempted armed burglary

3    of a home.  She is doing eight years, eight hard, long years in

4    prison.

5          Not only that, uttering a forged instrument, passing

6    off a fake check, that is what it means, and passing a fake

7    check, that is a crime of dishonesty.

8          She has every reason to come forward and come with a

9    claim she made and recanted on.  Hey, what a great ticket to

10   get out of jail.  This could help me, this could help me.  That

11   is her motivation.

12         When you analyze her allegations, it doesn't make any

13   sense.  It doesn't make any sense.

14         The Government must prove their case beyond every

15   reasonable doubt.

16         In this case, the Government in opening statement made

17   serious allegations, ugly allegations.  When you look at the

18   facts, it doesn't fit in.  Everything I've explained to you is

19   going to be undisputed.  You are going to hear evidence of

20   that.

21         At the end of the day, there is going to be one

22   glaring concept that is unavoidable and that is these women

23   chose to do what they say they were forced to do based on their

24   own free will.  They weren't forced to do anything.  They chose

25   it.  They chose it because of the drugs, they chose it because

1   of addiction, and in B.V.'s case, she comes forward because she

2   has every incentive to resurrect something she said never

3   happened.

4          At the end of the day, the one missing key in the

5   Government's case is coercion and force.  These women chose to

6   do what they did, because if they are really forced to do what

7   they say they did, it doesn't make sense when they had the

8   opportunity -- when C.J. had the opportunity, when she met with

9   the FBI, when she met with the Hollywood Police Department,

10  when B.V. met with the police during that long time period,

11  they never ever made those claims.

12         One other thing, and I am going to end with this:  I

13  submit to you that C.J. also has an incentive to come forward

14  because that prostitution case and that felony arrest for drug

15  possession is still pending.  Those cases still have to be

16  resolved and what a way to help her own situation by coming

17  forward and cooperating with the Government.

18         So there is now still an existing incentive on C.J.'s

19  part to come forward and testify.

20         I submit the Government's case is going to fail, and

21  the evidence is going to show free will and choice.  With free

22  will and choice, there is no force, there is no coercion.

23         Thank you.

24         THE COURT:  Thank you, Mr. Zacca.

25         Mr. Wilcox, do you wish to give an opening statement?

```
1          MR. WILCOX:  Yes, I do, Your Honor.

2          THE COURT:  You may proceed, sir.

3          MR. WILCOX:  May it please the Court, counsel,

4     co-counsel.

5          Those of you that are mothers had a happy Mother's Day

6     yesterday, and kind of like my mother would look at this case

7     and say that this was a hot ghetto mess, that is how she would

8     describe this, because that is what this is.

9          I don't say this without having any feelings for C.J.

10    and we will hear her name.  We are not calling her name now,

11    but when the trial gets started, we will hear her full name.  I

12    do have sympathy for her, I do empathize with her because she

13    is addicted to drugs, but my client, Ms. Rembert, did not cause

14    her to be addicted to drugs.

15         I'm going to try to hit on five major points in my

16    opening statement and I promise you I won't be as long as the

17    other two attorneys.  It is getting late and we want to go

18    home.  I want to give you some big picture things.

19         First big picture thing, C.J. is grown.  At 18 we all

20    become grown and we have to take responsibility for our own

21    actions.  C.J. is grown, Ms. Rembert is grown, Mr. Desir is

22    grown.  She was grown in July, or July 2012, the relevant time

23    frame in this indictment.

24         She was grown when the Government alleges that she was

25    forced to engage in a commercial sex act commonly known as
```

1  prostitution.

2           And all the evidence -- or a great deal of the

3  evidence will establish that C.J. voluntarily committed sex

4  acts not because she was coerced by Ms. Rembert or Mr. Desir,

5  but because she needed to satisfy her addition for heroin and

6  crack cocaine.  That is the coercion, primary coercion that

7  caused her to commit these acts, pure and simple.  She had a

8  monkey on her back and she had to feet it.

9           Drug addiction is a terrible thing, and as I said,

10 Mr. Desir and Mr. -- Mr. Desir nor Ms. Rembert are responsible

11 for C.J. being addicted to drugs.  She was addicted when she

12 came here from Vermont.  She had been addicted in Vermont for a

13 long time before she came to Boca Raton.

14          She was kicked out of a rehab facility because she

15 couldn't stop using drugs.  This addiction was strong.  After

16 she was kicked out of the rehab facility, she was still

17 addicted to drugs.  She sold her body for drugs before she met

18 Mr. Desir or Ms. Rembert.  She did it before she met them

19 voluntarily.

20          She has an addiction to heroin and no other gainful

21 means of employment.  That is what the case is about.  It is

22 sad, but it is the truth.

23          The next point, C.J. didn't mind being around

24 Mr. Desir.  C.J. was having sex with Mr. Desir and she had sex

25 with Mr. Desir more than once.  C.J. liked being around

1    Mr. Desir.  She had a thing for Mr. Desir.

2           See, the point is, she didn't mind being around

3    Mr. Desir.  She wanted to be around Mr. Desir.  How do we know

4    this?

5           She was arrested twice during this little time.  From

6    June 11th to July 1st, she was arrested twice, once for drugs

7    and once on an out call.  You will hear what an out call is in

8    this case.

9           Someone called her and asked to meet her, and it was a

10   sting, FBI and Fort Lauderdale Police sting.  She went right

11   down here on Andrews, went into her room at the Hampton Inn.  I

12   believe she said it was $280 for a specific sex act and they

13   arrested her right there.

14          You won't hear any evidence that she said, please,

15   Mr. Officer, this guy Mackenley Desir is making me do this.

16   There is no evidence of that.  She went to jail and she called

17   Mr. Desir and he bonded her out.

18          The Government tells you this, the Government

19   indicated there would be evidence that when Ms. -- C.J. first

20   met Mr. Desir, that he convinced her, someone hooked on heroin

21   and crack, that she was going to be a secretary and she

22   believed that.  Someone with no job, hooked on heroin and

23   crack, I am going to hire you to be a secretary, and she

24   believed that.

25          The third -- I think I am on the fourth one.  C.J. --

```
 1   C.J. is unreliable, irresponsible and untrustworthy.
 2            Now, we talked about those two arrests.  When you get
 3   arrested for an offense, you have to stay in jail before you
 4   have a trial.  In a lot of cases, you make bond.  You get a
 5   friend or family member and they bail you out.
 6            That bond says when it is time for me to come to
 7   court, I'm going to come to court.  C.J. didn't do that.  When
 8   she got to Vermont she didn't come here to handle the court
 9   business.  She had a habeas, she had two warrants for the
10   arrest.  Do you know when they got disposed of?  They got
11   disposed of last Thursday when she come here to testify in this
12   case.  The Government helped her to work out those warrants.
13            Had she not been a witness in this case, she would
14   still be a fugitive.  She is untrustworthy.
15            Now, she will tell you that, but the Government would
16   have you believe that once she relapsed, she was embarrassed to
17   tell her parents and the people in Vermont that she had
18   relapsed.
19            I am going to suggest there is another reason she
20   didn't tell them.  This is South Florida, this is 85 degrees,
21   we have jet skis and palm trees.  Let me hang down here in
22   South Florida for a minute, see if I could work on some things.
23   That is what I submit to you.
24            Also, C.J. bought her own drugs while she was here.
25            This stuff about her getting beat up because -- to
```

1   make her a better prostitute, no, she got beat up because she

2   stole.  Nobody beat her up and said, get out there and make me

3   more money, that is not what happened.  She got beat up because

4   she stole.  Nobody beat her up and said, you are not making

5   enough money.  That is not why she was beat up.

6          She got beat up partly because she was sleeping with

7   my client's husband, too.  That is a jealousy thing among these

8   prostitutes.

9          Ladies and gentlemen, that is it.  I suspect there is

10  going to be a lot of evidence in this case, a lot of people are

11  going to testify.  The judge is going to tell you how to

12  determine whether someone -- well, he is going to give you some

13  instructions with respect to judging the credibility of

14  witnesses.

15         I ask that you pay attention, but I look at this and I

16  am going to look at this like my momma would look at this, this

17  is a hot ghetto mess and has no business in Federal Court.

18         Thank you.

19         THE COURT:  All right.  Thank you, Mr. Wilcox.

20         We are almost at the five o'clock hour and we will

21  recess for the day.

22         It is very important that all 14 of you are in the

23  jury room by no later than nine o'clock because we cannot start

24  with the first witness until all 14 of you are present.

25         So, as a courtesy to your fellow jurors, to the

1   lawyers and to the Court, make sure that you are in the jury

2   room by no later than nine o'clock.  It's very, very important.

3          So, allow for the traffic.  You all know what the

4   traffic is like in Broward County, you know, between 8:00 and

5   9:00 in the morning, so allow plenty of time.

6          Remember, don't discuss the case among yourselves or

7   with anyone else.  Don't do any independent research.  That

8   means don't go on the internet and start Googling the names of

9   anybody connected with the case or Googling the case, because

10  if you do, you are violating the Court's instructions.

11         And I can't over emphasize that if it is shown that

12  you violated the Court's instructions and the case results in a

13  mistrial as a result of it, there are consequences, meaning

14  sanctions could be imposed against you if you violate the

15  Court's orders.  So, please, adhere to the Court's order, don't

16  do any independent research, don't discuss the case with

17  anyone, and keep an open mind throughout the trial.

18         So, with that, Ms. Tompkins is going to take you back

19  into the jury room and show you that and show you your private

20  entrance to the jury room.  You won't come back in the

21  courtroom.  There is a door in that area that you will come in.

22         As I said, there will be refreshments for you when you

23  get here in the morning.  You all have a nice evening and we

24  will see you at nine o'clock tomorrow morning.

25         (Thereupon, the jury leaves the courtroom.)

1          THE COURT:  I want to complement all three lawyers.  I

2    thought those were excellent opening statements by all three of

3    you.

4          MS. VIAMONTES:  Thank you.

5          MR. ZACCA:  Thank you, Judge.

6          THE COURT:  I see a lot of preparation by all parties,

7    and that is a good thing.

8          MS. VIAMONTES:  Thank you, sir.

9          THE COURT:  Any matters we need to address before we

10   recess?

11         MS. JOHANNES:  No, Your Honor.

12         THE COURT:  You may want to get here a few minutes

13   early each morning, I would suggest, and I think we did this in

14   the mortgage fraud trial, because I had all the lawyers be here

15   at quarter to 9:00, so if there was some issue that you knew

16   was going to come up during the day we could go ahead and

17   discuss it before the jury got here.

18         Once it gets nine o'clock, I expect to bring the jury

19   in.

20         MR. ZACCA:  That is fine.  I am here at 8:00.

21         MR. WILCOX:  Quarter to 9:00?

22         THE COURT:  Quarter to 9:00.

23         Thank you all.

24         (Thereupon, the court recessed at 5:00 p.m.)

25

**A**

Aaron 287:20 288:12
abandoned 285:10,15
Abercrombie 192:24
abilities 214:4
ability 172:7,11 226:22 254:6
    266:25
able 137:17 141:12 165:20 166:25
    171:10 175:5 209:20 221:23
    222:10 225:11 226:6,15,17
    228:24 229:2,20 247:15 250:2
    279:20 283:1 286:18 290:16
Absolutely 197:20
abundance 259:4
abuse 139:21,22,23,24 140:9
    293:17
abused 292:22 296:8
abusing 293:9,10 294:15
accept 153:25 155:9,11 251:16
    252:2,6,8,11,13,16 253:10,12
    254:9 255:3,5,23,25 256:3,5,15
    257:5,6,19,21,25 258:2,6 268:15
    268:15
accepts 251:3,4,5 256:13 258:5
access 278:23
accident 210:14
accomplished 152:3
accord 271:21
account 236:13 266:25
accounts 211:20 269:3 271:7
accurately 177:22
accusation 160:25 267:14
accused 183:20,21 184:2 212:8
acquire 271:16
acquired 294:14
acquit 239:13
act 151:2 161:17 162:4,17 301:25
    303:12
acting 235:8
actions 134:12 301:21
activity 234:13,13
acts 132:12,21 133:10,14,18 134:5
    134:15,17 135:8,16,18 136:2,8
    138:21,24 139:2,3 140:13 142:2
    142:5,8 143:21 144:2,20 151:17
    274:6 296:22 302:4,7
actual 143:8 185:23
ad 280:5
add 134:7 264:15
addict 141:22 142:13 294:15
addicted 138:19 140:14 142:14,15
    143:9 170:22 246:13,14 247:1
    277:25 296:8 301:13,14 302:11
    302:11,12,17
addiction 139:1,18 140:9 247:15
    274:11,14 296:10,12 300:1 302:9
    302:15,20
addition 131:18 134:21 135:11
    136:5 178:22 269:19 302:5
additional 143:13 152:21 178:14
    179:9,10 218:3,5 267:7
address 143:14 145:11,16 146:17
    153:12 307:9
addressed 145:17
adhere 306:15
adjudicated 298:14
administer 159:10 263:16,24
Administration 191:8
administrator 188:23
admissibility 131:11 132:3 135:24
admissible 135:25 137:25 138:7
    144:21,22 298:14,24
admit 141:22 292:8
admits 284:19
admitted 135:15,18 140:3 141:6
    143:25 264:23 266:15,17 272:18
ads 143:8 290:21
ADT 189:16
adults 247:12,15
advance 209:17
advanced 209:7
advertise 173:4
advertised 136:9 280:9,10
advertisement 136:15
advise 262:22
affairs 159:22
affect 171:23 172:6,10 174:22
    175:17 180:21,23 181:1 182:10
    183:24 184:3 186:14 187:21

189:7,8,11 192:1 193:18 194:6
    195:9 199:1 208:9,17 210:5
    211:22 215:5 219:22 220:16
    243:16 259:25 260:4
affectionate 287:12
affidavit 153:19,22
afforded 131:25
afraid 249:9 281:12
afternoon 145:2 160:6 178:25
    207:20 209:2,3 213:15 214:11
    215:17 216:6 217:13,14 227:17
    227:18 237:24 245:3,4 292:4
afterward 283:7
age 185:9,10 269:18 289:19 295:18
agencies 288:17
agency 141:5
agent 141:5,10 149:24 150:17
    158:11,12 168:25 169:2,4 197:6
    197:10
agents 295:15,15
ages 183:17 189:18 204:24 207:14
ago 153:9 171:6 182:6 184:10
    186:13 187:13,14 190:9,10 195:1
    195:7,8,13 203:3 205:7 207:21
    210:2 298:6
agree 161:11 164:1,2 165:17
    177:11 178:7,8 198:2 223:24
    228:10 239:4 247:18 248:18
    251:21 253:8 261:13 264:14
    268:15
agreement 233:21
agrees 255:13 265:23
ahead 140:21 142:7 171:4 174:10
    175:9 218:13 230:7 238:20
    307:16
ah-ha 278:1
aid 193:5
Airlines 180:13 190:5
airport 174:18 191:5,5 236:9
Alaska 141:9
alcohol 292:25
Alexandra 167:10 178:9
Alfred 168:23
alias 242:5
alive 287:24,25
allegations 167:20 172:6,10 242:6
    292:5 297:16 298:5 299:12,17
alleged 132:10 133:18 135:9 242:8
allegedly 131:23 136:8,11,12
    268:22
alleges 161:3,4,21 162:7 301:24
alleging 159:8
alleviate 221:6
allow 138:17 289:4 306:3,5
allowed 150:12 284:25 297:13
almanac 164:15
alternate 261:11 262:6
alternates 258:12
Amendment 135:3
America 129:4 132:16 144:10
    157:22 227:21
American 180:13 197:18 206:4
amount 218:15
analysis 143:25
analyze 299:12
Andrews 303:11
angle 152:20
Annie 283:15,22 284:6,7,11 285:10
    286:8,16,17,19,22 289:6
Annie's 286:9
annual 205:23 231:24
answer 154:21,22 188:16 194:1
    226:18 245:11,25 246:2,3,11,11
    266:10 273:19 278:15 279:4
    289:1,7,8
answered 227:25 266:5,7
answers 265:17 272:4
Anthony 205:15,16 248:14,17
    258:19 259:8,11
Antonio 185:6 252:15
anybody 160:17 165:19 228:14
    229:6 234:7,16 238:11 239:22
    242:11 244:2,16 245:6 246:7,13
    247:6,8,14,16,19,19 248:2,3,5,7
    249:10,15,21 250:5,11 255:10
    306:9
anyway 142:22
AP 229:5

apologize 157:5 219:1 264:17
apologizes 286:3
appear 157:14 286:21
APPEARANCES 129:13
appears 132:19
applicable 189:2
applied 153:18 236:19 249:13
    257:3
applies 165:12 270:6 272:17
    273:12
apply 131:19 147:13 165:14 233:24
    242:11
appointment 155:3 212:21
appointments 206:11
appreciate 167:7 182:23 213:4
    222:13 228:21 231:1,15 232:12
    233:9 244:10 263:7 271:20
approaching 285:11
appropriate 159:25 171:12 176:4
approximately 152:9 160:6
April 136:8,15 139:14,15 140:4
    293:5
Arcara 144:12,15,20
architects 202:1
area 202:16 206:3 219:21 222:10
    274:10 280:19 283:17 306:21
aren't 287:9 293:10
argue 141:12 142:21
argument 261:5 273:3
arguments 131:9 265:11,12 273:10
arm 284:10
armed 298:8,9 299:2,2
arrangements 255:16
arrest 131:11 150:18 204:6 220:12
    300:14 304:10
arrested 153:9 203:25 204:1
    281:14,14,16 282:24 304:7
    295:12 296:6 303:5,6,13 304:3
arrests 304:2
arrived 275:17 295:22
art 185:1
ascertainable 164:14
Ashley 149:13 153:7 179:15
aside 166:25 167:14 211:23 261:20
    269:8
asked 137:1 140:7 141:1 153:4
    159:21 169:5 212:5 220:12 226:3
    226:5,19 227:2 230:19 238:13
    243:5 259:12 274:25 275:17
    279:18 280:4 293:8 295:23,24
    303:9
asking 170:7 233:8 279:25
asks 265:20 266:1 286:11
asleep 283:16,22,22 287:22
aspect 133:23 136:19 196:8
assertions 151:14 155:9,14
assess 241:25
assign 171:11
assist 272:10
assistance 155:17 156:4,18
    230:10
assistant 158:7 192:17 209:12
associate 276:21 283:22
associates 202:15 283:16 285:17
assume 245:13
assumption 170:1
assure 268:6 272:7
assured 154:4
ATF 216:11
Atlanta 171:5
attached 151:3
attachment 290:3
attempt 159:16 268:19 269:14
    271:7
attempted 191:24 193:10 289:16
    298:8,9 299:2,2
attendant 190:5
attending 228:19
attention 230:22 231:11 232:9
    305:15
attentive 263:7
attorney 171:5 176:24 177:1 226:6
    226:7 237:16
attorneys 157:3 158:7 159:21
    177:8 260:15 262:22 263:18
    273:1,9 301:17
Attorney's 166:17 172:24
authorities 131:9
authority 282:18
authorized 270:13

auto 191:23
aviation 191:8 236:24
avoid 236:7 241:17
aware 147:18 148:1 149:25 150:3,3
    151:7,10 230:11 231:2
awhile 232:23 276:6,16 286:15
awkward 211:14
A-R-C-A-R-A 144:12
A.F.P.D 129:19
a.m 157:16 199:21
A.U.S.A 129:14,14

**B**

b 161:19 162:5,18
bachelor 210:3
back 160:9 163:23 167:9 170:24
    182:19 185:16 190:2 198:9,9
    202:4 218:24 230:15 238:15
    242:18 244:11 245:8 246:9 258:8
    259:5 261:22 269:10 275:25
    277:1,6 278:9 279:13 280:16
    284:10,11,11 285:5 286:3,8,14
    286:16,21 288:3,18 289:7,12,18
    297:1,16 298:6 302:8 306:18,20
backdrop 161:2
Backpage 210:2,4 280:1,5,6
Backpage.com 173:4
backs 291:25
Bacon 181:21
bad 246:14,20 247:1,16 279:8
    284:15
badge 179:3
bag 285:6 289:23
baggage 291:21
bail 304:5
bails 283:3
bar 144:14 187:14
Barbara 188:23 254:19
barely 274:7 286:18
barrier 233:5 254:16
base 167:15 169:12,15 191:5
    271:14
based 167:19 170:1,8,9 222:19
    225:10,22 233:24 236:14,15
    238:5 240:24 241:10 242:2,12,13
    249:19 252:25 255:15 261:19
    269:12 271:9 299:23
basic 154:11 264:4 267:11
basically 136:18 145:3 231:20
    289:13
battle 296:12
beach 135:22 148:23 152:1,1,19
    161:7,23 162:10 168:22,23,24
    169:10 179:14,16 185:10 188:24
    201:19 275:5 276:15,18 277:3
    286:21
bear 267:6 268:2
beat 131:16 274:19 285:20,20,25
    291:3,3 304:25 305:1,2,3,4,5,6
beaten 195:2 291:14
beating 285:19,23,25 286:5,9,24
    288:7,8
beatings 290:19,23
beats 290:8
beauty 207:24
becoming 144:4
beg 209:22
began 280:12
beginning 277:1 279:14 284:2
    291:9
begins 275:18,24 276:11,22 279:7
    279:7 284:18 288:16
begs 289:2
behalf 134:12 167:24 168:1,2
    227:21
behavior 136:20,21,24 137:22
    138:12 141:25 142:5 144:16,23
    247:12
belief 249:24 250:2,3
beliefs 172:2
believability 267:6
believe 131:25 133:24 138:18,19
    139:19 164:25 165:1 182:9,9
    188:12 224:3 247:8,19 248:2,3,7
    248:13 249:24 253:16 262:5
    265:6 266:21,21,22 283:4 287:9
    303:12 304:16
believed 253:18,21 303:22,24
believes 288:22

**Bell** 216:4 240:1
**belong** 277:22
**benefit** 268:16
**berated** 287:8
**best** 163:15 246:11
**better** 222:6 223:17 224:8 237:19 258:9 296:3 305:1
**Beverly** 209:3
**beyond** 154:4 164:4 165:16,24 221:12 226:16,21 239:12 242:2 246:10 267:25 299:14
**bias** 166:6 267:3
**bid** 190:21
**big** 156:13 197:25 198:1,2 202:7 279:3 284:22,23 301:18,19
**biographical** 279:18 280:4
**biopsy** 212:17,20 230:23
**birth** 279:19
**bit** 156:8 159:23 164:7 219:16 234:22 246:18
**blaming** 221:8,8
**Blank** 184:25
**block** 275:18,21,24
**blogs** 269:23 270:3
**blood** 175:14,18,21,22,25 195:15
**board** 226:5 256:7
**boating** 187:10
**Boca** 188:3 274:10,21 302:13
**body** 235:10 284:4 286:2 302:17
**bond** 279:20 295:8 304:4,6
**bonded** 283:5 291:8 295:9,9 303:17
**bonds** 283:7
**bondsman** 289:10
**Bonneville** 200:20,21 257:13,14
**bookkeeper** 204:21
**boss** 180:2 226:3
**bottom** 277:15
**bought** 285:7 304:24
**Boulevard** 129:20,23
**box** 179:8 234:2,19 262:24
**boy** 284:20
**boyfriend** 276:23 297:15,21
**Boynton** 135:21 168:22,23,24 169:10 179:16 275:5 276:15
**Brady** 131:21 135:13 149:5
**braver** 290:18
**break** 156:25 160:5,7,8,11,12,16,17 191:24 200:15 211:18 218:8,13 262:14
**breaks** 160:15
**break-ins** 208:8,8
**brief** 262:14 282:25
**bring** 145:10 150:5,7 156:25 219:11 226:5 237:8 259:5 262:15 262:18 307:18
**bringing** 150:6 286:19 298:6
**brings** 233:22
**broad** 238:6
**broke** 193:13 194:2
**broken** 205:6 286:25
**broker** 199:16 217:15,16
**brother** 198:20,21 203:25 211:8
**brought** 210:1 226:7 267:13 274:3 278:22 297:17
**Broward** 129:20,23 161:6,23 162:9 168:9,10,15 169:3,9 189:20 206:17 207:4 210:25 306:4
**Brown** 217:13,14
**bruises** 286:20
**brutal** 273:25 280:13 290:19
**build** 241:22
**building** 204:14
**bunch** 281:9
**burden** 163:6 164:3 165:15 239:11 239:12 267:17,19
**Bureau** 158:12
**burglaries** 189:3
**burglarized** 217:23
**burglary** 217:25 247:4,5 298:8 299:2
**Burrows** 168:8
**busiest** 231:23
**business** 208:3,8,23 211:3 215:15 243:8 304:9 305:17
**businessman** 278:11
**busy** 228:21
**buy** 210:10
**bypass** 147:24
**B.V** 131:22,23 132:11 133:14,15,21

## C

134:12,15 135:24 162:1,3,6 233:14 273:23 289:13,14,14 290:10,16 292:9,11,14 296:15,17 296:21 297:14 300:1,10
**call** 154:22 157:8 158:16 178:15,24 212:4,23 220:10 263:11 281:18 282:11,14 283:2 287:1 288:2,4 290:13 295:7 303:7,7
**called** 148:24 159:8 160:20 203:21 220:9 261:22 262:23 265:2 287:23 293:4 295:8 303:9,16
**calling** 139:20 282:2 301:10
**calls** 155:10,11 284:21 288:12,16 289:1
**Campbell** 166:14,15 169:14 177:8 177:11 178:21
**cancel** 212:23
**cancer** 212:16
**candor** 167:7 170:17 216:25 222:13 233:9
**can't** 141:4 152:4,12,12,13 153:21 171:2 212:7 224:13 227:23 234:17 239:19 241:7,8,12 245:5 246:7 253:2 260:15 276:7,8 287:15,16 306:11
**captive** 294:21 297:7,12
**car** 189:5,5 195:2,12 210:14 275:17 275:18 276:7,8,11,19,20 285:8,9 285:13 286:3,8,19 288:24 294:19
**Cardenas** 168:17,21 182:24 183:1 184:18 252:5,9 262:10,25
**cardiac** 213:18
**cards** 194:24
**care** 189:17 190:18 206:17 213:16 278:6 289:21,24
**cared** 287:11 290:1
**career** 191:11
**Carlsward** 189:14,15 190:1 255:2,6 262:11 263:1
**Carmelo** 259:9
**Carol** 171:1,3 178:3
**carried** 279:12
**carrot** 274:15
**carrying** 265:1 279:9 286:18
**cars** 211:18
**cases** 132:14 144:8 174:19 208:10 212:9,11 221:14,16 222:8 248:13 267:9 300:15 304:4
**Casey** 168:15
**cashier** 207:12 262:3
**Castelly** 149:14 153:1 168:10
**Cat** 247:20
**catch** 182:18
**cause** 146:8 161:17 162:3,17 216:20 251:25 252:22 253:16 254:2,7,16,18 255:12 257:1 258:14,20 261:7 262:1,2,5 296:21 301:13
**caused** 239:1 296:10 302:7
**caution** 249:13 259:5
**cautious** 277:11
**cell** 288:17
**center** 188:4 260:9 276:11 293:5,7 293:12,14
**certain** 154:24 156:11 166:5 242:25 265:9 268:5 292:6
**certainly** 138:20 173:20 263:21
**certified** 192:17
**CFA** 201:17,20
**chain** 265:3
**challenge** 254:7 261:7 262:2
**chance** 219:23 245:6 271:4
**change** 144:4,5 291:22
**changed** 145:13 200:2 290:2
**charge** 160:22 162:21 163:8 204:6 220:9 227:7 233:13,16,17 234:8 244:4 260:3
**charged** 134:19 135:6 136:11,12 136:13 137:23 138:3 141:9 144:18 157:24 160:19,20 162:25 163:9,10 187:17,18 210:15 217:24 226:12 243:24,25 244:3,4 244:14 264:10 268:22 291:17 294:11 295:11
**charges** 131:16 157:24 158:2,4 233:12,13,25 234:1 239:20 242:3

242:4,12 261:19 290:16 298:13
**charging** 233:13
**Charles** 168:25
**Charlie** 168:22
**chases** 282:9
**chat** 269:22,23 270:3
**Chavez** 169:2
**cheating** 137:16
**check** 299:6,7
**checks** 288:17
**chief** 177:1
**child** 182:4 184:25 197:17 206:19 211:2,15 250:8 289:20,20
**children** 183:7 185:20 186:22 187:8 189:18 190:7 191:10,21 193:25 194:16,21 198:18 200:9 201:2 202:17 203:22 204:23 205:19 206:5 207:14 208:4 209:11,12 210:11 213:8,18 215:25 217:21 295:18
**children/adults** 192:17
**chiropractor** 194:23
**choice** 134:11 140:17 147:15,15,25 148:2 156:21 248:11,12,12,15,19 248:20 258:24 260:8,10 267:23 293:9 300:21,22
**choir** 291:19
**choose** 248:6 260:18 265:6 267:21
**chooses** 240:14,25 241:4,9 248:3
**chose** 140:17,19 248:5 295:1,1,3,5 296:5,5 299:23,24,25,25 300:5
**chosen** 143:1
**Cindy** 168:14
**Ciracco** 214:8,12 238:24
**circling** 285:14
**circumstances** 134:22 265:3
**circumstantial** 265:2
**Cirocco** 242:19
**citation** 199:24
**cite** 144:11
**cited** 131:10 132:15,25 144:8
**citizen** 232:6
**City** 174:14 191:9,19,20
**civil** 159:8 189:20 192:4,13 198:6 201:9 203:3 205:11 213:9,22 219:5
**claim** 297:25 299:9
**claimed** 297:1
**claims** 293:24 294:2 296:25 300:11
**clarify** 222:17
**classes** 291:7
**clean** 142:14 171:7 267:16 284:19
**clear** 177:21 197:14 200:5 225:10 233:4
**clearly** 142:17,17
**clerk** 159:2
**Cleveland** 205:20
**client** 145:2,2 146:17,20 239:9 282:6 292:6 301:13
**clients** 245:17 290:22
**client's** 246:7 305:7
**climate** 283:11
**close** 169:8 170:21 172:15,21,25 182:21 198:11 212:7 291:15
**closer** 198:15 222:15
**closing** 265:12 273:10
**clothes** 285:5
**clubs** 290:22
**clue** 276:16
**cocaine** 230:20 276:12 293:2 302:6
**Coconut** 197:16
**Code** 161:18,19 162:5,18
**coerced** 292:14,18 296:20 302:4
**coercing** 138:24
**coercion** 133:5,7,22 134:11,20 136:1 139:12 140:20 158:1,3,5 161:16 162:2,16 274:5 291:6,7 295:4 300:5,22 302:6,6
**Cohn** 129:11 245:16
**colitis** 200:14
**collaboration** 220:20
**collect** 155:11 190:8
**collective** 249:20
**collectively** 170:19 251:6
**collector** 198:16,17
**college** 185:10 191:22 193:11 209:13
**Color** 197:18
**combination** 161:16 162:3,16
**combine** 161:10

**come** 140:8 148:18 153:12 155:3,3 155:4,22 160:9 163:18 175:6 179:7,8 196:23 218:21 219:14 221:11 226:3,10 232:7 244:9 246:25 264:21 269:10 271:12 274:18 283:20 284:22 287:3,4 289:15 290:7 299:8,8 300:13,19 304:6,7,8,11 306:20,21 307:16
**comes** 163:16 188:15 230:3 272:25 276:23 277:1 281:19 284:19 286:10 288:15,18 300:1
**comfortable** 170:6
**coming** 149:2 182:19 195:2,24 222:21 231:23 300:16
**commerce** 161:12,25 162:12
**commercial** 132:12 133:14,18 134:5,15 135:8,16 136:2 138:20 140:13 142:2,5,9 143:21 144:2 161:17 162:4,17 274:6 296:22 301:25
**commit** 140:13 144:2 151:17 157:25 233:12 274:6 296:21 302:7
**commits** 247:4
**committed** 169:25 187:2 225:14,20 226:12,13 268:22 302:3
**common** 163:17,21 164:11
**commonly** 301:25
**communicate** 196:12,13 269:21 276:23 283:1 285:1
**communication** 269:18
**community** 137:9 201:1 203:10 204:22 217:20 246:25
**company** 174:13 180:12 188:24 191:6 192:20 203:19,21,22 207:24 217:21 231:19
**compare** 235:13
**compared** 236:19
**compel** 240:13
**compelled** 241:8
**compelling** 139:5
**compensate** 226:9
**compensated** 155:10
**complaint** 253:21
**complement** 307:1
**complete** 182:19 263:21 284:3 285:22
**completely** 143:19
**complexes** 201:21,23
**compute** 218:6
**concede** 151:16,19,20,22,22
**conceding** 154:3
**concept** 299:22
**concern** 136:18 169:18 180:24 209:21
**concerned** 160:2 265:4 277:10
**concerns** 133:23
**concluded** 178:18 227:11
**conclusion** 165:11 200:12 223:1 291:1
**conclusions** 212:10
**condition** 270:23,24
**conduct** 134:19 135:8,24 137:2,24 138:1,6,8 156:11 268:4,6,6
**confer** 250:14,19
**conference** 177:10 178:18 228:20
**confident** 291:2
**confidential** 146:7 154:7 272:8
**confirm** 132:10
**conflict** 224:16,21
**conflicts** 235:12,13
**confrontation** 135:2 136:4
**congratulate** 287:4
**Congress** 233:18
**connected** 306:9
**Conoco** 203:17
**consensual** 134:17 278:5
**Consent** 134:9
**consented** 134:3,4
**consents** 282:16,18
**consequences** 271:18 306:13
**consider** 139:5 163:4 164:6 166:6 236:22 240:16 241:23 266:13,17 281:4,5
**consideration** 209:23 236:5 272:13 272:15
**considered** 135:11 160:24 162:22 166:8 171:22 265:10
**considering** 131:9 266:24
**console** 276:11 286:4

conspiracy 131:14 136:11 157:25 233:12 281:15
conspire 161:10
constantly 283:9,10 287:8
Constitution 246:12
consultation 212:17
consuming 173:21
contact 153:14 171:22 200:2 277:12 281:11
contained 167:20
container 216:10
contains 285:5
CONTENTS 130:1
context 133:2
continue 156:24 274:10 291:4,14
continued 138:20 139:6
continues 138:21 139:23 296:12
continuing 140:9 161:5 162:8
contractor 187:6
contradicted 267:4
contrary 250:2
control 265:24 272:20 283:25 286:2
controlled 151:17 274:2
controversy 197:21
conversation 279:16 287:15
conversations 289:2
convicted 187:18 198:20,21 202:22 298:7,13 299:1
convictions 298:18,19
convince 290:16
convinced 281:10 303:20
convincing 281:7,7
cooking 193:25
Cooper 191:9
cooperating 300:17
coordinator 217:21
cop 194:25
copies 153:5
copy 146:3
Coral 176:16 185:7 208:1 213:17
cord 286:14
Corporation 174:9 185:7
correct 207:21 217:1 232:8 236:10 247:3 271:4 298:18,19
corrected 214:10
correctional 212:2
corrections 166:19 211:10 216:12
correctly 298:15
corrupt 243:12
Cory 132:23
cosmetic 285:6
couldn't 170:3 280:21 283:11 286:17 302:15
counsel 145:17 155:17 156:4,19 157:12,17 158:11 169:1 177:1 218:4 219:10 227:14 245:1 251:1 273:5 301:3
count 134:19 157:24,24 158:2,4 161:4,21 162:7 163:10 233:12,14
counter 184:20
Counties 161:23
country 259:21
counts 163:9 291:17
county 152:1,1 161:6,7 162:9,10 168:9,10 189:20 200:8 206:7 210:22,25 306:4
couple 230:15 274:22 275:6 284:6 284:7 297:11
coupled 274:16,17
courage 287:22
course 159:1 221:21 222:25 272:22
courtesy 305:25
courthouse 129:23 204:15 265:1
courtroom 146:14 157:4,15 159:2 159:14 163:18 166:3 179:5 196:11,19 218:23 250:16,18 259:10 261:4 262:20 263:14 264:1,20 271:10,16 272:5 306:21 306:25
Court's 138:9 140:3,6 141:8 165:7 298:16 306:10,12,15,15
cousin 190:10 194:25 205:20 217:22
cousins 247:1,2
cover 197:24 296:9
covered 230:13 264:15
covering 268:9
coworkers 290:7
cows 269:10

co-conspirator 131:13,19
co-counsel 238:1 245:2 301:4
co-defendant 155:1
CPA 215:20
crack 276:11 284:11,12 293:2 302:6 303:21,23
crafting 213:19
Craig's 173:5 290:21
cramming 285:8
Crawford 131:18
created 283:11
credibility 137:5 165:3 234:22,24 235:2,21 237:3 266:19 267:8 305:13
Creek 197:16
crime 132:7 134:18 135:6 140:1 141:9 167:2 169:25 170:2 183:21 187:2 195:1 202:18,23 208:7 211:11,17 215:3 216:13 225:14 225:20 226:12 233:18,21 234:9 234:12 243:24,25 244:3,12,13 245:15 298:8,23,24,25 299:7
crimes 137:22 138:2 211:13 215:5 264:10 268:22
criminal 157:23 159:8 172:22 184:5 191:15 201:9,10 212:9 215:8 235:5 239:8 243:6 264:5 267:9 267:10,11
crook 189:10 243:8
cross 187:8 283:18 288:17
cross-examination 148:6
cross-examine 137:7 141:18,19,23 273:5,8
crushed 284:9
crying 275:13
Culuffo 159:6 167:9 179:4 218:21 267:15,17
curiosity 238:23
currently 159:18 191:4 215:1
curse 234:18
curtain 203:21
Curtis 132:17 133:4
custody 289:19
customer 193:22 214:12
Cynthia 182:25 252:5 262:10,25

**D**

dad 192:23 289:11
Daddy 161:9 242:5 274:12 275:16 283:2,20 286:25 287:1,2 291:22
Daddy's 274:18
Dade 184:8 200:8 210:22
dad's 277:23
Dairy 186:10
dancer 210:3
dangle 274:15
Dania 188:24
Daniel 176:9
Danielle 251:11
dark 277:2
Daryl 129:19 130:5 131:5 158:21
data 279:18 280:4
date 151:7,9,11 154:8,14 161:5,22 162:8 199:20 279:19 281:17 287:3 294:17
dated 151:3
dates 280:12,13 290:6
daughter 185:10 191:11 192:23 194:22 202:19 208:4 288:25 289:5
daughters 176:18 185:9
Davie 174:11 215:21
Davis 141:9
day 149:23 150:17 160:3,15 175:24 175:25 176:1 182:15,15 189:5 202:1 204:18,18 216:14 224:17 263:20 270:23 280:17 287:15,21 296:7 299:21 300:4 301:5 305:21 307:16
daylights 274:19 291:3
days 187:16 283:2
DCF 289:19
DEA 174:17,21 175:8
deadbolt 280:20
deal 137:4 197:25 198:1,2 302:2
Deale 168:24
dealt 236:24
deceased 215:2
December 131:24 161:21 289:18

290:11 296:17,20 297:1,17
decide 147:20 167:2 170:10 221:12 221:23 236:5 242:10 264:8,19 266:20 272:2 273:13
decided 150:23 243:11 284:5
deciding 163:4 166:1 169:22 177:17 219:19 220:17 227:8 266:13
decision 141:12 150:20,22 170:1,8 174:24 175:6,6 181:1 184:3 195:9 199:1 222:18 224:16 233:24 236:1,3,12 240:17,22 241:18 242:21 249:19 250:3 269:12 270:19 271:9,15
decisions 150:21 159:24 223:15
declaration 131:13,19
decoration 203:18,21
deem 171:11
Deerfield 201:19
defeat 138:8
defend 154:1
defendant 129:16,19 131:23 133:2 133:8,11,13 134:5,16 135:12,22 144:18 145:21,23 146:2,5,24 147:13,22 148:4,7 149:4 150:8 150:12,25 154:6,18,21 155:19 156:1,7,13,22 158:14,21 160:23 161:24 162:23,24 218:4 241:24 265:21 272:13,15,17,18,19,21 276:2,5,19 289:2,4 291:3,16
defendants 129:8 135:7,17 136:13 136:19 138:5,8 142:3 157:11,23 157:25 158:4 160:19 161:8 162:11,21 163:1,3,9 220:17 227:14 233:13 251:13,19 252:19 254:25 256:10,20 257:16 264:9 267:12,13,15,16,22,24 270:8 272:14 273:1,5,6,6 280:8
defendant's 135:2 136:4 163:7 165:15
defense 137:7,16 140:16 143:4 146:9 147:13 151:15 154:1,24 164:1 172:22 178:14 181:22 249:14 251:4,5,8,9,11,17 252:1,7 252:10,17,24 253:5,25 254:8,19 254:20 255:4,22 256:4,14,18 257:4,13,20,24 258:19
deferred 131:8
define 163:15
defined 188:18
definitions 271:12
degree 171:11 210:15 214:23
degrees 304:20
deliberate 163:23
deliberated 190:16
deliberating 166:8
deliberations 240:16 270:18
delicatessen 191:11
Delta 190:5
demand 135:12
demanded 273:22,23
dentist 212:15
department 166:18 168:7,8,23,24 168:24 169:6,9,10 179:13,16 193:23 200:8 202:6,8,18 205:3 205:21 209:11 216:8,12,19 294:18 300:9
dependent 291:10
depending 224:10 225:24
depends 174:23 175:18 224:7 225:8
deported 186:25
depose 155:1
deposition 212:4
deputy 157:15 159:2,14 264:1
Deric 129:16 130:5 131:3 147:3 158:15 237:20
describe 253:20 280:13 281:20
described 221:2 297:19
describes 280:18
deserved 286:5,7
deserves 142:25 265:8
designated 251:9
designed 271:17
designer 191:22
desire 298:4
Desir's 131:11,20 289:6 294:13
desperate 248:16,17
despite 294:10

detailed 264:7
details 190:15
detective 168:8,9,22,23 169:2 205:3
determination 148:3 164:16 165:5 165:16,23 170:6,12 180:23
determine 159:16 164:21,23 165:3 165:7,14 169:20,21 213:10 224:8 226:15,20 235:2 242:1 264:9 272:16 305:12
determined 138:7 156:3
determines 165:9,9
determining 166:6 267:7
DeVega 168:7 169:5
developers 217:17
device 268:25 270:3
didn't 133:5,7 147:4 148:11 149:15 149:20 150:5,7,10,12 151:5 181:12 188:13 197:8,13,23 198:24,24 210:15 212:18 219:21 226:12,18 236:20 243:13 245:14 245:20 246:5,6,10,21 249:4,5 258:23 259:3 265:21 277:10 280:25 281:4,5 282:23 285:4 286:12 287:5 291:13 294:3,25 295:10 302:23 303:2 304:7,8,20
differ 254:4
difference 143:25 202:7 265:4
different 133:6 136:7 185:20 221:11 222:6 223:12 237:7 259:20 260:3 276:3 278:19
differently 250:5
difficult 181:9 197:3 208:24 217:6 217:7 220:21 233:1 236:3,4 242:10,14 244:9 261:20
difficulty 232:20 244:1,5,15,19 275:6,8
Dilaudid 284:9
dire 159:8,10,15 218:10 263:6
direct 265:5
directed 151:16
direction 237:5,7
directly 137:6 159:3 195:4
director 185:6 209:12 235:15
disability 203:9
disagree 143:19 151:13 155:9,14 247:14
disbelieve 164:25 165:1 265:6
discharge 145:25 146:5 149:2 154:17 155:20
discharged 269:9 293:8,12
discovery 149:22,23
discuss 174:19 196:8 218:17 250:16 265:13 268:13,15 306:6 306:16 307:17
discussed 132:24 152:16 226:8 269:1 270:21,25
discussions 269:3,15 270:18
dishonest 221:10
dishonesty 299:7
dislike 233:25 234:1
dismiss 146:25
dismissed 187:19 200:5 297:18
dispatcher 216:7
disposed 304:10,11
dispute 240:20
disqualified 259:4
disregard 147:15,22 161:15 162:15 266:12 272:17
disrespecting 286:6
distinct 261:24
distinguishable 133:12
distract 272:3
distracted 154:13
distraught 275:13 286:25
distributing 186:24
distribution 176:10 214:15
Distributions 176:14
District 129:1,1,12 144:9,9,12 161:7,24 162:10
diving 191:23
DIVISION 129:2
divorce 190:6
divorced 176:17 188:25 191:10 199:18 203:11 207:14 217:3 246:23 277:22
docket 131:21 135:10,13 153:11
doctor's 206:10
document 160:20
documents 153:20

Dodge 207:12
doesn't 133:13,15 137:13 143:9
144:4,5 151:16,19,22 153:3
210:8 221:21 241:7,12 254:2,3
259:2 277:22 278:2 282:3 286:22
291:22 299:12,13,18 300:7
doing 147:24,24,25 148:1 156:16
164:24 194:23 200:22 205:23
214:10 230:21 232:23 235:6
247:16 248:20,22,23 259:23
270:2 272:16 278:15 288:16
290:13 293:25 298:7 299:3
domestic 172:10 184:2
Dookeran 168:14
door 152:21 158:16 273:20 279:4
280:18,19,24,24,25 281:2 282:8
282:9 283:17,19,21 288:24 289:6
289:7,8 306:21
doubt 154:4 164:4 165:16,24 178:5
221:13 226:16,21 231:14 239:12
242:2 246:10 253:16 267:25
299:15
doubts 254:5
dozing 229:18
Dr 168:14
drag 286:16
dramatically 171:8
drinks 229:22
dripping 286:11
drive 275:18,21
driver 198:13
driving 220:6,7 238:24 275:24
drop 183:8,12 204:6 290:16
dropped 184:3 293:8
drops 205:4 288:9
drove 148:23
drug 139:1,18,21,22,23 140:9
141:18,19,22 142:4,13 170:22
171:9 247:15 274:10,10,14,20,22
274:25 275:21 292:11 293:3,4,17
293:17 294:15 296:10 300:14
302:9
drugs 138:19,21 139:6,6,11,14,15
139:16,17,23,25 140:10,12,14,17
142:11,14,15,17,20 143:9 144:3
198:20,21 246:13,14 247:1,4,6,7
247:9 274:14,15 275:2,15,18
276:1,11,12 277:19,25 278:5,7,8
281:15 282:17,19,20,21,22
283:23,24 284:2,3,14 291:8,9
292:11,22,23 293:1,9,10,10,11
293:13,22,23,23 294:12,13,14,15
294:22 296:8,8,9 299:25 301:13
301:14 302:11,15,17,17 303:6
304:24
duck 285:12
dudes 284:21
due 146:6 229:4 254:16
duly 159:11 264:2
duplexes 277:7
duties 254:6
duty 228:3 264:5,8,8
dwelling 280:19,22 299:2

**E**

E 129:23
earlier 210:1 231:3
early 231:8 307:13
earn 290:5
earning 287:4
Earth 268:24
easily 164:14
East 129:20
easy 236:1,2
education 186:22 250:8
Edwin 131:23 133:21 149:14
152:25 168:10
effect 134:24 136:6,17,22 138:13
287:25
effective 156:4,18
efficiency 277:6 280:16,17,18,21
283:8,14 284:25
efficient 173:10
eight 180:4 183:2,4,5 205:17
210:23 256:16 279:5 289:16
298:7 299:3,3
either 134:18 144:3 145:9 155:22
169:8 226:14 241:24 268:8
277:23

elderly 190:18
elect 163:3
electrical 187:6 188:6
electrician 204:23
electronic 269:18
element 133:7 134:10 136:1 142:3
151:21 295:4
elementary 137:16,17
elements 133:6
elevator 219:17
eleven 258:3
elicit 144:16
Eliot 249:2
Elizabeth 188:2 193:22 256:12,14
262:12 263:2
Ellis 183:2
else's 224:3 250:11
email 269:22
embarrass 159:22
embarrassed 229:14 304:16
embarrassing 293:18
embezzlement 205:8
Emerson 206:1,2 261:8,11 262:13
263:3
Emory 184:25
emotion 233:23 241:23 242:9,15
242:20 261:18,21
emotional 235:8,9
emphasize 301:12
emphasize 269:19 306:11
employed 169:8 174:21 182:2
201:3 206:19 216:19
employee 188:6 230:9
employees 275:7
employer 268:11
employment 235:22 302:21
ended 133:2 136:11,12,13
energy 229:22
enforce 273:25
enforcement 131:17 140:1 172:19
182:8 189:4 194:3 208:12 220:3
240:2 253:23 275:22 281:11,11
282:18 288:17 290:13
enforcers 276:3,4
engage 122:12 133:14 134:5 136:2
138:20,24 143:21 161:17 162:3
162:17 301:25
engaged 135:8,16,18
engagement 134:15
engagements 229:7
engages 142:2,9
engaging 142:4
engineer 188:7 191:7 203:9
engineering 213:6
English 154:11 181:10 232:20
entered 162:23 293:4
Enterprises 179:25,25
enters 262:20 277:14
entice 161:13 162:13
entire 229:3 296:14
entitled 272:11
entrance 306:20
entry 131:21 135:10,13
environmental 192:24
equally 257:3
Ergio 129:17 131:4 158:15
escort 136:9 140:4 173:4
escorts 280:8
especially 284:1
ESQ 129:16,17
essential 139:17
essentially 131:21 155:21 163:16
establish 302:3
estate 166:22 199:16 216:12
evaluate 171:10 221:10,24 270:25
evaluation 171:24
evening 216:18 231:6 252:25
263:11 306:23
event 151:13
eventually 277:1 278:11 295:8
everybody 210:20 218:20,24 223:8
223:14,20,21 224:1 236:25
237:24 245:11 246:2 247:11,19
249:7,12,14,17,18,25 250:15
everyone's 250:6
evidentiary 138:10
ex 146:23 153:2
exact 161:5,22 162:8
exactly 134:2 139:10,13 211:5

exam 229:5
examination 159:9,16 263:6
example 164:12
exams 209:17,18
excellent 307:2
exceptional 155:19
exchange 275:11
excited 228:3,4
exclude 134:6
excluding 137:21 141:25
exclusion 135:1 136:3
exclusively 164:22 165:4
excuse 178:19,22 196:3 202:12
203:20 223:14 225:5 230:11
246:22 247:16 253:4,7 255:15
256:18 261:25 263:9
excused 177:12 178:21 196:4
225:6,9 247:7,9 251:25 254:18
256:25 258:14 261:14 263:13
excusing 256:23
exercises 240:23
exhibit 264:22 266:1,5,7
exhibits 163:22 164:6
exist 270:10
existing 300:18
exists 142:17 143:2,2
exited 179:5
expect 307:18
expeditions 173:11
expelled 275:1
experience 172:18 220:15 238:5
239:2,21 240:24 241:11,20
243:15 250:8
experienced 152:5
experiences 159:17 220:2 221:2
249:20 250:7 253:22
expertise 224:7,10,11
expired 237:21
explain 131:15 133:8,13,15,18
149:18 188:19 217:8 243:10
259:18 264:4,11,13
explained 153:24 299:18
explains 279:17
express 145:12 206:4
expressed 145:4
extensively 208:23 231:22
exterior 280:24
extremely 185:24
extrinsic 132:6
ex-boyfriend 288:10
ex-husband 171:21 246:19 288:12
eye 195:19

**F**

FAA 236:10
fabricate 147:6,8,10
fabricated 169:19,21 177:18
219:19 225:16 253:20,22
fabricates 220:24 221:2
fabricating 148:5
face 285:21
Facebook 269:24 279:24
face-to-face 269:20
facility 171:7 274:22,23 302:14,16
fact 132:11 133:16,17 134:3 137:1
138:5,18 146:6 147:15,23 155:18
161:15 162:15 166:25 174:21
208:15 216:19 221:1 233:5 241:3
264:24 265:4 269:14 271:8
272:19 278:10 291:7,22 292:22
292:24 293:16 294:13,15 296:9
299:18
fail 239:12 300:20
failed 148:8,9 149:5,5,6,7,8,13,16
151:2 244:14 292:20,21
Failing 152:2
fair 166:11,15 167:12,18 171:24
172:7,11 178:6 216:23 223:20
241:5 253:17,23 258:25 268:7
270:14,15 271:5,14,17
fairly 171:10 177:22 187:1 195:14
198:23 202:25 205:9 221:23,24
233:23
fake 299:6,6
fall 259:22 292:19

fallen 283:16 287:22
falls 296:14,15
false 221:7 223:11,11
falsehood 138:11
familiar 132:24 173:3 210:2
Families 209:12
family 169:8 170:21 171:8,14
172:14,25 212:7 216:11 243:6
246:25 274:20 275:8,9 277:20,21
282:24 288:5,11 293:14,19
296:10 304:5
far 152:18 181:11 225:11 263:19
265:4
Faretta 156:11
fast 245:5,21
father 139:20,21 141:19 143:6,7
211:9 215:13 283:1 287:20 295:8
father's 189:9
fault 286:4
favor 136:19
favorable 148:10,15
FBI 149:21,24 150:17 168:25 169:2
169:3,8 295:14,15,17,23 300:9
303:10
fear 220:24 274:2,16,17 281:3
283:11 285:22
fears 221:7
February 146:25 154:9 161:22
296:20
Federal 129:23 132:8 135:1 141:10
158:12 162:24 172:16 183:21
191:7 204:12 206:7 305:17
feed 191:7
feel 147:6,6,9 148:4 154:6,12
160:17 170:6 180:24 187:1
195:14 202:25 204:7 205:9
207:22 220:15 224:4 242:10
232:22,23 234:3,8 235:1 239:18
239:18 249:10 250:5 259:16
278:9 285:13
feelings 172:5,9 196:14 234:3
301:9
feels 145:12 165:19 166:10 240:6
241:2,14 242:9 244:22 277:22,23
282:4,5 289:25,25
fees 152:8,11
feet 302:8
fellow 272:1 305:25
felon 298:7 299:1
felt 283:11
Fernandez 129:17 131:4 158:15,15
158:17,20 168:1 237:25
field 260:9
fifth 256:11
fighting 154:1 204:2,3,4
figure 181:4 232:19 249:21
figured 183:15
file 149:5 153:21 155:18
filed 145:24 146:24 149:19,22
153:2,19
fill 229:25
film 215:24
final 270:19
finally 149:17 249:17 271:6 285:14
287:21 289:1
finances 231:25
find 136:16 138:4,12 147:11 149:2
151:25 152:4,12,13 153:8,15
210:3 225:22 227:4 238:2 242:14
243:21,23,24 249:9 272:19
282:19 291:2,16 295:18
finding 222:23 244:1,5,15
findings 221:11
finds 131:12 134:17,21,25 135:25
136:3,5,21 137:23 144:23 155:16
288:20,21
fine 140:5 151:20 156:18,20 255:14
259:7 278:14,18 307:20
finger 284:18
finish 182:17,18 218:10,10 223:14
fire 161:9 235:24 236:6,8,12 239:15
274:17,18 279:1,1,16,16,17,25
282:2,5 283:10 285:9,12,18,20
286:10,12 291:23
firearm 279:9 282:10
firearms 172:3
fired 226:2 236:20
firm 215:20
first 131:10 140:7 143:17 146:7,24

147:2 148:17 159:7 184:15
217:10 227:21 234:5 238:9,13
240:11 248:11,12 251:14 252:4
260:8,10 267:12 270:22 272:23
275:3,20 285:16 287:20 290:11
296:25 301:19 303:19 305:24
fishing 189:18 203:12 210:11
fit 222:6 299:18
Fitch 192:25
five 160:3 166:18 171:6 175:20
178:24 179:10 180:6 183:6,7
191:6 192:18 195:16 202:23
213:7,17 215:22 255:6 263:11
269:2 286:10,15 298:6 301:15
305:20
five-minute 156:25
fix 210:10
FI 129:15,18,21,24
Flanigans 192:10
fleet 180:7,9,10
flight 190:4 288:15
floor 145:11 219:2 277:15 284:25
Flores 184:19 234:23 241:15
252:10,14 262:10,25
Florida 129:1,6 161:7,24 162:10
186:3 194:15,18,19 201:19
204:13 207:25 209:11 214:13,17
276:17,17 280:7,7 288:13,15
293:4 304:20,22
Florist 184:20
Floyd 179:15
focus 131:15 228:24 229:2
focused 231:21
focusing 253:2
folks 157:18 159:12,15 168:3 173:9
178:13 179:18 196:5,24 218:2
219:13 227:12 250:14 259:11
262:21 263:23 269:7
follow 165:18,20 173:22 219:17
222:24,25 227:24 241:3,13 243:1
259:13 264:12,13 268:5 274:18
followed 153:13 258:25 271:19
following 145:1 154:14 177:10
178:20 182:20 261:16 273:6
296:24
follows 218:2
followup 136:25
Food 200:24
Foote 215:17,20
force 133:5,7,22 134:11,11,20
136:1 157:25 158:1,3,3,5,5
161:15,15 162:2,2,15,15 259:22
274:5 282:7,12 291:3,11,25
295:4,17 296:21,21 300:5,22
forced 132:11 133:13 142:20
147:20 277:13 288:1 290:20,21
291:23 292:14,18 293:24 294:8,9
294:21,22 295:18,25 296:25
297:2,7 299:23,24 300:6 301:25
forces 282:8
forcibly 296:20
forcing 297:25
foreman 198:6 200:13
foreperson 184:6 189:23 191:16
192:5,13 201:6,11 203:4 205:12
206:9 212:10 213:10,22 214:1
215:10
forged 299:5
forgot 173:18
form 139:12 153:10 164:5 165:25
formal 160:22 162:20
former 194:17 206:23 214:19
formerly 208:3
forms 264:21
formulate 224:20
Fort 186:20 187:7 191:9 192:10
193:23 205:17 295:13 303:10
forth 133:24 160:25 271:18
forward 196:9 218:19 262:23
296:25 299:8 300:1,13,17,19
foster 179:15 289:21
fought 204:5
found 137:12 142:1 144:15,20
153:9 170:8 173:10 180:17
193:14 270:14
four 163:16 175:20 176:17 186:2
190:9 192:11,11 202:3 203:11
213:7 217:3 253:13 268:21
fourth 164:7 255:1 257:11 303:25
FP&L 206:2

frame 301:23
Frances 130:4 131:6 146:9 154:7
154:14 158:7
FRANCIS 129:14
Frank 168:16,17
frankly 152:2
fraud 133:7 136:1 158:1,3,5 161:16
162:2,16 274:5 307:14
free 134:11 207:22 248:19,20
274:24 291:9 293:9,11,23 294:8
299:24 300:21,21
freedom 280:25
Freeley 168:9 169:3
freely 260:18
Freeman 207:19,23 214:10 231:16
Friday 145:2 152:23 180:17 195:23
195:24 205:24 216:17
friend 170:21 174:17,21 180:25
205:1 304:5
friends 169:8 172:15,21 173:1
212:7 216:12
friend's 180:17
front 157:6 159:3 220:6 237:15
273:20 274:15 277:4
Ft 129:2,6,21,24
fugitive 304:14
full 301:11
full-time 230:9
function 164:20,21
Funk 158:12 168:25
furnished 139:9,11 140:12
furnishing 139:14,15
Furslew 191:18,19 255:22 262:11
263:1
further 134:25 136:3 137:20 219:16
268:1
furtherance 131:13
Furthermore 141:18

## G

Gabrielle 171:20 181:18 252:1
gainful 302:20
games 156:17 206:20 283:9
Gary 187:6 254:8
gas 192:20
general 243:21 245:7
generally 160:5
Genet 129:7 131:2 150:16 157:22
158:21 161:9 162:11 291:18
gentleman 131:22 158:17 159:4
168:19
gentlemen 280:23 281:3 287:19
291:1 305:9
getting 140:25 150:20 182:21
221:17 230:19 277:19 298:22
301:17 304:25
ghetto 301:7 305:17
Gilberte 200:6,7,19 257:8,10
Gioielli 169:3
girl 142:11 278:1,16 281:4 283:15
289:9
girlfriend 297:14,21
girls 247:25 248:5 273:21 279:4,5
280:1,3 283:9 284:15 287:1
291:12,19,20,21,25
give 132:2 145:11 152:25 153:5
156:7 168:12 199:25 218:14
219:23 231:11 232:9 240:16
264:6 265:7 267:7 268:1,7,11
272:15 276:11 278:7 284:1,8
285:18 292:2 300:25 301:18
305:12
given 152:2 177:20 275:4 278:24
282:17,21,25 283:23
gives 166:4 222:24 278:5 282:18
giving 222:11 273:16
glanced 197:23
glaring 299:22
glasses 173:18
GM 230:6
go 137:19 138:5,8 140:21 142:7,8
142:15,16 143:11 146:3 147:8
149:9 150:2,4 151:8 153:10
155:8 160:10 163:23 170:20
171:4 174:10 175:9,14,19 177:8
178:13 185:16 189:10 190:2,23
195:23 198:9 203:22 207:20
208:24 210:15 212:3 215:15
217:11 218:11,13 230:7 238:20

240:12 243:22,22 244:11 245:5,8
247:5,6 253:1 262:16 269:10
270:25 272:1,7 273:12 274:24
276:5 277:20 278:1 281:1 282:19
288:13 290:22 301:17 306:8
307:16
goes 137:5 143:22 175:20 176:1
202:20 276:20 284:7 286:14
288:17,20
golf 197:18,19
good 145:21,22 147:1 157:18,19
158:23 174:1,2 176:8,22,23
179:21,22 180:5 181:17,24
182:24,25 184:19 185:5,17
186:18,19 187:5 188:1,2,22
189:15 190:3,4 191:3,18 192:8,9
193:21,22 197:5 199:14,15 200:6
200:7,20,21 201:16,17 202:11,13
202:14 203:7,8,15,16 204:20,21
205:15,16 206:1,2,13 207:19
209:2,3,25 210:19,20 213:5,15
213:15 214:8,9 215:17 216:16
217:13,14 222:22 227:17,18,19
237:8,12,24 238:4,14 245:3,4
246:21 277:16 287:9,10 292:4
307:7
goods 289:23
Google 268:24 270:5
Googling 306:8,9
Goranshan 217:1,2 232:14
Gordon 200:24
gotten 145:6
Government's 135:11 136:23
141:12,17 252:4 254:12 255:20
257:11 258:17 273:6 295:6 300:5
300:20
grab 294:5
grabbed 287:22
grade 188:9,9,10 209:13
grades 209:19
graduate 177:4
graduating 194:22 195:24,25
Graham 144:10
grand 161:5,11,12 162:8 183:21
204:10,25
grant 155:21 254:7
granting 153:1
grass 264:25
grave 254:5
great 234:11,21 275:8 281:6,7
299:9 302:2
greater 272:11
grew 205:2
ground 258:21
Group 201:17
grown 215:25 301:19,20,21,22
301:22,24
guarantee 232:8 253:2 271:17
Guard 197:18
guess 193:13 202:7 211:21 212:4
219:6 233:18 253:21 266:9
guidelines 267:7
guilt 160:24 162:22 163:7 165:15
220:17 267:15,24
guilty 161:1 162:23 170:8 193:14
220:22 225:22 227:4 244:1,6,15
245:10 246:1,2,3 249:10,24,25
264:9,10 267:13 272:19,20
274:22
guy 243:12,13 278:17 303:15
guys 205:24 287:6
G-R-A-H-A-M 144:11

## H

habeas 304:9
habit 138:22
hadn't 153:11 283:23
hair 158:18 207:25 231:20
half 176:24 188:24 192:18 202:24
207:13
halfway 274:24
Hallandale 182:2 217:2
hallway 196:10
Hampton 295:13 303:11
hand 155:13 166:12 167:9 168:6
169:17 170:24 179:11 233:17,20
233:22 235:4 238:14,15 239:21
242:18
handiwork 277:8

handle 230:25 304:8
handled 132:23 152:11 204:7
hands 165:21 167:21 169:11,14
172:4,8,12,20 173:2,6 228:15
230:15,16 234:5,6,10,11,20,21
234:21 240:9 241:3 242:16
246:15 275:18
hang 304:21
hanging 243:12
happen 142:25 148:5 197:23 279:8
180:24 189:10 212:5 220:11
243:9 264:9 284:19 296:3 300:3
305:3
happening 209:16 294:20 295:16
happens 224:17
happenstance 239:16
happily 210:6
happy 173:20 228:18 230:19
248:20,22,23,25 249:4,5 301:5
harassment 226:3 227:7 253:20
harbor 161:13 162:13
hard 217:8 218:9 232:18 293:1
299:3
Hardy 181:21
Harpal 168:16
Harrington 202:11,14 203:6 257:24
257:25 258:3 262:13 263:3
hasn't 148:15 177:20 183:20
296:24
hate 232:5
haven't 132:9 145:9 150:18 183:15
225:15 226:14 227:5 230:24
heading 294:19
headquartered 280:6
health 186:19 189:17 206:17 207:4
207:24 212:13 213:16
hear 139:3 145:19 171:2 175:4
197:8 207:10 215:18 220:18
224:18 234:13,14,18 240:20,21
240:25 241:25 242:7,13 243:13
253:5 255:10 262:15 263:18
267:1 271:12 272:4 273:22
287:19,21 289:14,14 292:9,10
293:16,20 297:23 299:19 301:10
301:11 303:7,14
heard 132:1,3 138:15 143:14
182:25 225:11,15 226:14 227:5
230:24 242:4 245:13 255:10
264:22 281:8
hearing 132:15 145:1,4 146:9
193:5 198:12 199:20,23 200:1,2
222:3
hears 223:20
hearsay 131:12
heart 134:8
held 146:23 177:10 288:1,23
294:20 297:7,12
hello 205:4 207:10 215:18
help 133:13 222:10 268:6 271:17
271:24 272:24 278:12 281:1
294:22 297:25 299:10,10 300:16
helped 304:12
heritage 279:22
heroin 293:2 302:5,20 303:20,22
hey 286:4 299:9
he's 235:8 283:9
hide 289:7 293:19
hiding 241:1,12
high 175:15,19 195:15 268:3 284:2
higher 276:13
hire 155:22 303:23
hiring 210:8
history 211:7
hit 134:8 245:7 265:21 301:15
hobbies 185:12,20 187:10 188:10
193:1 200:9 201:3 202:21 208:5
210:11 211:6 213:18 214:25
215:25
hobby 193:25 201:3 203:12,22
205:19 207:16 213:8
Hochman 176:22,24 177:7 237:14
237:16 249:18 251:15
Hoffman 245:8
hold 159:18 198:11,15 208:12
224:24 240:15 241:1,4,8 246:7
249:23 250:2 284:4
holds 265:1
holdup 208:25
Hollywood 168:7,8 169:6,9 191:20

191:20 199:17 203:17 214:17
215:22 276:17 294:17 300:9
**Holy** 187:8
**home** 171:7 182:7 185:9 191:25
195:2 203:22 269:11 272:6
277:24 278:9 289:17 298:8 299:3
301:18
**homeless** 275:12
**homicide** 152:11
**Homing** 135:19,21 275:5,12,13
**honest** 211:22 221:9 222:11 223:1
235:5,6 249:23 250:1
**Honestly** 231:3
**Hong** 203:16 258:13
**honor** 132:5,22 133:4 134:1 137:7
138:17 139:13,16 140:20,20,22
141:16,16 142:6 143:10,18,19
144:2 145:6,14,21,23 146:3
148:8 154:9 155:2,5 156:1,7,13
157:5,15 167:4 176:11,23 177:14
179:2,22 191:2 200:14 207:20
209:3 216:5,24 220:25 237:22
245:1 252:13,23 253:16 254:17
255:3,25 256:15,19,24 257:5,6
257:15,21 258:5,16,22,23 259:7
261:2,16 262:4 264:1 273:17
298:17 301:1 307:11
**HONORABLE** 129:11
**hooked** 303:20,22
**hope** 157:19
**hopeful** 182:17
**Hopefully** 233:19
**hoping** 231:6
**horrible** 280:13 297:7 298:1
**horribles** 294:1,10 296:2
**hospital** 288:6,7,9,10,20,21
**hospitalized** 195:17
**hot** 301:7 305:17
**hotel** 149:8,9 152:14 203:10 275:25
276:20 277:16
**hour** 160:4 218:15 229:13 305:20
**hours** 175:20 295:24
**house** 148:20 151:9 166:23 190:9
194:2 205:3,4,6 211:19 217:23
247:20 274:24 275:10 276:5
277:6,23 280:19,23 283:8,17
285:11,11,15,16,17 286:9,14
290:4,12 291:13 297:22 298:9
**houses** 210:10
**housewife** 177:4 185:9 197:17
201:2
**HR** 185:6 235:15
**HRMS** 174:5,7
**human** 174:7 239:2 240:21
**hung** 201:7,8
**hungry** 160:13
**hurt** 196:14
**husband** 183:19 186:9 192:19
193:24 194:15,25 204:23 206:4
206:21 209:11 215:23 216:10
305:7
**husband's** 194:25 214:19
**hypertension** 175:13
**H-O-M-I-N-G** 135:21

**idea** 232:25 277:12 284:15
**identity** 193:12 211:19 212:1
**ignore** 266:9,12
**ignored** 198:3
**illegal** 170:22
**imagine** 260:16
**Imaging** 214:20
**immediate** 159:1
**impact** 231:25
**impanel** 170:11
**impaneled** 147:19 160:8
**impartial** 166:11,16 167:12,18
172:7,11 178:6 216:23 253:17,24
**impartiality** 174:22 180:21 182:10
186:14 187:21 189:7,8,11 192:1
193:18 194:6 208:9 210:5 215:5
260:1,4
**importance** 271:21
**important** 145:10 155:12 156:16
159:23 228:10,12 229:5 231:13
240:10 241:8 270:9,10 271:12
305:22 306:2
**importantly** 240:14 295:14

**imposed** 306:14
**impression** 261:24 272:12
**improperly** 268:20
**inadmissible** 138:8
**incentive** 300:2,13,18
**incident** 268:19
**incidents** 189:7 208:9
**includes** 134:15 163:2 270:1
**including** 137:8 144:17 269:22
270:3,7
**inconsistencies** 237:4
**inconsistent** 237:8,10,13
**incredibly** 143:1
**independent** 306:7,16
**indicated** 146:20 255:7 260:8
303:19
**indicates** 155:18
**Indicating** 163:20
**indictment** 133:25 135:9 137:23
143:22 144:19 157:24 160:21,22
160:23,25 161:3 162:20,21
167:20 233:11 242:5 243:24,25
244:4,5,13,14 264:10 267:13
294:4 295:11 296:19,19 301:23
**indirect** 265:2,5
**indirectly** 264:24
**individuals** 221:9 243:1 296:15
**induce** 140:12
**inducing** 136:2
**ineffective** 155:17
**inextricably** 139:18
**infection** 288:9
**influence** 139:7 268:20
**influenced** 141:12 159:17
**information** 150:19 174:12 188:3
200:1 247:22 268:11,17 269:25
270:2,6 271:16
**informed** 150:19,21
**informs** 283:3 288:12
**initial** 138:11 162:6
**initially** 277:15 297:17
**initials** 162:6,14 275:20
**injected** 140:18 284:10
**Inn** 135:19 275:5,12,13 295:13
303:11
**innocence** 220:17 267:19
**innocent** 162:25 170:8 226:8 239:9
239:19 240:4,8 267:12 282:15
**inquire** 227:16 244:24 260:6
**inquiry** 156:11
**inside** 281:10
**insider** 140:24 141:1
**insofar** 160:2
**instance** 136:16 265:20 284:1
**instances** 248:15,18
**instant** 269:18
**instilled** 281:3
**Institute** 216:8
**instruct** 131:16 164:17 165:12
239:6,8 240:11 262:15 266:16
273:11
**instructed** 196:11
**instructing** 196:12
**instruction** 263:17
**instructions** 264:6,7 268:1,5,7
305:13 306:10,12
**instrument** 299:5
**insufficient** 295:5
**insurance** 159:21
**intelligent** 159:24
**intended** 159:21
**interacted** 297:24
**interest** 267:3
**interested** 154:16
**interesting** 213:25
**internal** 197:6,9
**International** 174:18 183:2
**internet** 173:3 268:24 269:4,16,22
270:3 306:8
**internship** 194:23
**interpret** 273:10
**interpreter** 192:22
**interrelated** 135:14 140:9
**interstate** 161:12,25 162:12
**intertwined** 139:18
**interview** 235:17 282:14
**interviewed** 295:23,23
**interviewing** 235:19
**introduce** 144:16
**introduced** 131:23 133:16,17

134:13 275:3,14 289:22
**invade** 165:5
**invasion** 289:17
**investigate** 150:16
**investigated** 182:8 189:4 194:3
**investigating** 289:12
**investigation** 140:2 148:13,14
158:12 194:5 208:11,11 295:20
**investigative** 152:8,10
**investigator** 152:5,15 153:10 155:2
**invited** 140:6
**involved** 144:4,6 167:22 172:15
243:6 268:23 270:7
**involvement** 136:13
**involving** 234:12 268:19
**in-laws** 247:2
**irrelevant** 142:10
**irresponsible** 304:1
**IRS** 177:1
**isn't** 285:24
**isolating** 283:10 284:16
**issue** 132:1 134:10,20 137:5
138:22 140:7,8,11 145:17 150:23
156:5 208:22 219:24 269:15
271:8 292:13,17 294:4 307:15
**issues** 165:8 212:13
**item** 151:3 266:16
**items** 151:2,5
**it's** 133:24,24 137:6 156:14 196:15
287:24 306:2
**I'm** 178:17 180:24 181:2,6 182:6
186:19 191:4 202:16 203:18
204:22 206:3 210:7 213:7 217:20
245:20 287:25 288:3 298:12
**I've** 138:6 152:11 190:5 191:9
192:18 202:15 206:18 207:12
208:1 209:10 210:6 215:21 216:9
245:22 299:18
**I-N-N** 135:21

**J**

**J** 169:5
**Jackson** 166:13
**Jacqueline** 166:14
**jail** 148:11,20,24 151:9 154:22
155:3 180:18 195:12 205:8
289:15 294:19 299:10 303:16
304:3
**JAMES** 129:11
**Jane** 214:12 242:19
**Jared** 185:18
**Jason** 179:12
**Jay** 238:19
**jealousy** 305:7
**Jean** 198:13 256:22
**Jennie** 179:16
**Jersey** 215:15
**jet** 304:21
**jewelry** 191:22
**Joann** 204:21 258:15
**job** 155:19 169:21 188:15,19
194:18,18 197:3 226:2 228:12,25
229:10 234:23 235:18,24 236:14
236:17 280:1 281:6,7 303:22
**jobs** 274:22 275:6,6
**jogging** 190:12
**Johannes** 129:14 131:7 142:6,8
143:20 158:8,9 163:6 167:24
177:15,19 219:1 307:11
**john** 281:18,18 282:15 288:18,19
**Johnson** 287:20 288:12,13 289:4
**joint** 295:17
**Jonathan** 189:15 255:2 262:11
263:1
**Jones** 179:12,17
**Jose** 252:10 262:10,25
**journalist** 269:6
**joy** 231:4
**Juan** 199:16 257:4 262:12 263:2
**judge** 129:12 132:16,19 136:25
138:15 141:7 143:13 144:12,12
144:15,20 146:17 150:15 151:13
154:15 155:7 157:6 177:22 197:4
199:14 222:24 225:4 227:2 233:3
233:11,23 234:18,24 235:21
239:6,8 240:10 242:5,23 243:19
244:9 245:16 247:5 248:10
250:23 252:18 254:20,23 256:9

258:8,20 260:24 261:15 270:8
292:3 298:10,18 305:11 307:5
**judging** 235:1 237:2 305:13
**judgment** 187:20
**judicial** 164:9,18
**July** 136:11,14 161:6 162:9 294:6,7
301:22,22 303:6
**jump** 147:24 176:17
**June** 161:4 162:7 184:15 217:10,11
217:11 283:14 294:6,7,10 295:10
303:6
**juries** 205:11 213:21,25
**jurisdiction** 164:10
**jurisdictions** 164:10
**juror** 166:11,14,16,17,22 167:4,6
167:10,13,16 168:17,21 169:18
169:22,25 170:3,4,7,13,16 171:1
171:3,5,13,20,25 173:10,12
175:17 179:2,3 201:21 219:20
222:17 223:9 234:23 238:3,16
251:10 252:9,14,21 253:13 254:6
254:23 255:6 256:1,6,16 257:7
257:22 258:3,7 259:8,10 260:1
261:4 263:16,25 268:11 269:10
271:2
**jurors** 139:3 143:11,15 157:14
164:20,21,24 165:1,4 170:11
178:2,20 179:5 214:3 219:22,24
256:7 264:5 268:5 270:11,13,16
272:1 305:25
**jury** 129:11 133:1 139:4 142:19
147:19 148:3 149:1,3 150:6
157:9,16,20 159:7,11 160:8
161:5,12,22 162:8 163:23 165:9
177:22 179:1,8 192:3 196:16
200:12 201:7,8 204:11 205:24
212:9,10,22,24 215:7 218:23
219:12 225:1,4 227:18,23 228:3
228:7,14 229:24 230:20,21
231:10 234:2,19 240:7 247:10,13
249:19 250:18 261:25 262:20,23
262:24 263:12,14,17 264:2,3,8
268:4,20 272:1,6,7 273:12
305:23 306:1,19,20,25 307:17,18
**Justice** 239:9 243:6
**juvenile** 133:6

**K**

**Karla** 192:9 256:2 262:11 263:2
**Kathleen** 168:15
**keep** 195:19 218:18 220:15 242:14
250:17 267:11 271:25 290:5
306:17
**Kenneth** 144:10 176:24 203:8
210:22 251:15 258:4 262:13
263:3
**kept** 147:1
**key** 149:13 152:22 205:23 278:24
292:13,17 295:4 300:4
**kick** 285:21
**kicked** 302:14,16
**kid** 205:2,2
**kids** 180:15 183:17 188:8,10
192:11,11 202:3 203:11 204:25
209:16 231:5 236:22,25
**kill** 283:6
**killed** 190:10,11,13
**kind** 135:14 193:10,11 214:6
219:21 265:6 274:23 278:14,15
301:6
**knew** 197:15 226:6 274:13,13
275:16 283:15 287:2 291:12
307:15
**knock** 289:6
**knowing** 161:14 162:1,14 282:17
**knowingly** 161:10,12,25 162:12
**knowledge** 159:19 164:11 249:20
**known** 161:7 161:8,9,9,11 205:2
274:12,17 301:25
**knows** 282:19
**Krome** 153:16
**Kruger** 153:8 179:15

**L**

**Labor** 226:5
**lacks** 144:3
**ladies** 178:24 280:23 281:2 287:19
291:1 305:9
**lady** 148:25 249:2 281:4

**Lakes** 186:21
**lame** 253:4
**land** 221:19 279:17
**landlord** 297:13
**landscapers** 217:17
**language** 181:9,15 192:22 217:7
232:21 233:5 235:10 251:21
254:16
**Larry** 191:4 255:17
**Latas** 192:16,17 256:8
**late** 219:1,8 301:17
**Lauderdale** 129:2,6,21,24 186:20
186:21 187:7 191:9 192:10
193:24 205:17 295:13 303:10
**laundry** 152:2
**law** 131:16 140:1 144:7 162:24
165:7,8,10,12,13,14,17,18,20
166:3 167:3,15 169:16 172:19
177:1 182:8 188:15,17 189:4
194:3 208:12 220:2,14 222:24,25
233:24,25 240:2,10 241:4,23
242:1 253:23 264:11,13,16 268:4
268:5 269:13,15 270:6,11,16,20
271:6,8,11,18 273:11 275:22
281:10,11 282:18 288:16 290:13
**lawfirm** 181:24
**lawfully** 166:5,8
**lawn** 193:24
**laws** 164:9
**lawsuit** 172:15
**lawyer** 145:5 146:1,6,25 147:1
155:22 156:18 196:14 249:18
260:10 265:20 266:1,2,3
**lawyers** 143:4 159:24 167:22
171:16 172:22 179:9 196:10,13
218:11 219:15,23 265:11,13,15
265:16 270:8 306:1 307:1,14
**lawyer's** 265:18
**lay** 279:17
**layout** 260:16
**lead** 270:18
**leader** 256:7
**leadership** 214:4
**leading** 289:19
**leads** 237:6 280:25
**league** 202:23
**learn** 159:23 245:6 273:24 274:1,2
274:8 275:19,20 277:3 279:9,15
280:6,23 281:16,17 283:13,25
286:24 288:4 289:12 290:15
291:6,12,21 297:16
**leave** 146:14,15,16,18 155:14,21
171:17 179:3 183:13 216:14
272:5 273:19 276:15 282:4 293:8
297:9,13
**leaves** 218:23 250:18 261:4 263:14
288:24 306:25
**Leaving** 216:17
**led** 140:25 280:18
**left** 148:21 158:9,24 232:13 234:10
234:21 242:23,24 272:6 283:17
283:21 284:16 288:21 291:13
**leg** 288:16
**legal** 131:9 150:1,4 153:21 166:19
181:18 248:4 291:7
**legally** 267:22 283:4,5 287:18
**Legion** 197:18
**Leighton** 132:16,17
**Lenard** 132:16,19
**Length** 201:1
**lengthy** 208:25
**Lennar** 174:9
**Leslie** 173:25 174:4,5 195:19 251:2
251:10 262:10,25
**letter** 131:11,12,15 145:2,6,8,15
147:2 148:17 149:22 150:25
151:1,3,4,5,10
**let's** 143:16 157:13 185:16 190:2
198:9 206:13 219:11 221:17
234:22 239:21 245:13 246:13
250:22 262:18 284:6 292:20
**level** 175:14,19,23 268:2
**levels** 250:7,8
**Levinson** 209:25 210:18
**Lewis** 169:18 177:16 178:1 186:18
186:19 187:4 219:14 220:2,23
221:17 222:17 223:6 253:14
254:5
**liar** 154:15
**library** 269:16

**lie** 139:21,22 140:1 141:4,13,14
226:1 293:17 296:8,9
**lied** 137:3,4,13,15 138:5 141:2,5
143:6 226:1 293:13,18
**lies** 139:23
**lieutenant** 205:20
**life** 155:13 156:14 194:22 228:25
238:5 239:20 240:24 241:10
259:22 285:19,22 287:16 293:17
296:5,5 297:5
**lifestyle** 295:1
**ligature** 236:19
**light** 287:5 271:1
**lighting** 188:24
**liked** 302:25
**limited** 136:17 166:1,2 266:15,17
266:18
**Lincoln** 174:4,5 251:2 262:10,25
**line** 231:24 232:6 291:24
**liquid** 192:20
**Lisa** 206:13 207:9,12 216:7 240:1
262:2,13 263:4
**Lisbet** 194:13 254:14
**list** 152:2 157:14 168:5 173:5
265:10 290:21
**listen** 174:23 175:4 222:18,22,25
223:9 224:19,20 226:15,17,19
233:24 269:2 271:5
**listener** 222:22
**listening** 227:7 228:23 229:7,8
234:16 240:18
**little** 136:7 156:8 158:17 159:23
160:7,11 164:7 171:16 188:9
219:16 246:18 264:16 278:16
284:13 288:4 290:18 303:5
**live** 182:2 185:7 192:18 193:23
194:14 198:13 203:17 204:21
205:17 206:2 207:13 210:24
213:17 215:21 268:10 278:7
287:16 289:24
**lived** 185:7 190:5 191:9 192:18
202:15 206:18 208:1 209:10
210:7 215:22,22,24 216:9 297:22
**lives** 153:8 228:21
**living** 198:25 210:9,24 259:20,24
274:19,23 280:19
**loads** 276:12
**lobby** 218:20
**locate** 152:6
**location** 152:18,19 268:25 295:12
**lock** 280:21
**locked** 148:11
**long** 147:14 156:16 180:3 187:14
187:14 195:7 216:16 292:23,23
296:23 299:3 300:10 301:16
302:13
**longer** 275:9,25
**look** 154:15 155:20 173:12 224:12
226:10 235:2,4,10 237:2,4 249:4
249:5 279:22 280:2 286:12
288:11,13 294:4 296:13 299:17
301:6 305:15,16,16
**looked** 153:17 178:15 194:4 238:10
297:14
**looking** 132:18 164:15 235:7,9
275:13 286:13 288:19,25 289:8
295:21
**looks** 255:8
**Lopez** 188:1,2,21 246:4 254:14,18
**lost** 208:23
**lot** 147:1,3 148:14 149:13 150:21
151:25 153:24 173:22 175:13
195:18 200:9 259:21 274:3
278:10 281:23 282:9 304:4
305:10,10 307:6
**Lou** 159:6
**love** 190:8 278:9
**loved** 289:25 290:1
**Lucie** 152:1
**Luckily** 290:17
**Lucy** 153:4
**Ludwig** 213:15,16
**lunch** 160:4,7,9,9,11 218:8,13,15
227:20 232:19
**lying** 137:6,17 140:4,7 141:10
237:11
**L-E-I-G-H-T-O-N** 132:17

**M**

**MacDonald** 209:2,3 231:2,10
**Mackenley** 129:7 131:1 157:22
158:14 161:8,25 162:11 237:25
274:12 275:1,11,14 276:23
279:15 281:16,17 282:7,8,15,21
283:16,22 284:13 285:7 288:22
289:22,23 290:24 291:8,18
303:15
**Mackenley's** 282:23
**Macy's** 183:3
**mail** 150:1,4,8
**mailed** 145:2
**main** 204:15 205:19 235:18 280:18
280:22 283:17,19
**maintain** 161:14 162:13
**maintains** 280:7
**maintenance** 201:18,20,25
**major** 231:24 301:15
**making** 150:19,21 164:16 170:6
197:2 258:10 285:14,14 303:15
305:4
**man** 210:6 211:15 243:11 246:9
273:22,23 279:3 281:23 282:3
290:15 297:25
**management** 174:7,12
**manager** 174:11,12 176:9,14
185:18,24 186:8 187:8 191:5,12
192:20 197:17 200:22 202:14
203:9 207:24 213:16 214:5,20,23
215:20 229:25 230:6,10 236:9
**managers** 229:10 240:19,19
**manipulation** 138:25
**manipulative** 290:15
**manner** 267:2
**manslaughter** 210:14
**manufacture** 207:25
**manufacturing** 231:19,20
**maps** 268:24
**March** 151:3
**Marcia** 206:1,2 261:8 262:13 263:3
**Margaret** 190:4 244:8 255:7
**Margate** 188:4,5 202:15 206:18
**marginal** 152:16
**marijuana** 186:24 293:1
**Marital** 207:14 208:2
**mark** 286:19
**market** 280:3
**marker** 191:23
**marriage** 148:24
**married** 174:11 177:3 180:7 183:6
184:24 185:8 186:7 187:7 188:6
189:17 191:21 192:19 193:24
194:15 197:16 203:18 204:23 206:18
208:2 209:10 210:6,7,25 213:7
213:17 214:18 215:23 216:10
217:20
**marry** 148:19
**marshal** 185:1 202:4,7
**Marshalls** 202:3,6,8
**Marshals** 219:6
**Martha** 140:23,24
**Martin** 132:17
**Martinez** 168:23
**Mary** 192:17 256:8
**Mashek** 171:3 178:3,22
**Massey** 207:12 262:3
**Master's** 214:22
**material** 135:13 141:15
**matter** 131:1 134:8 135:4 143:14
151:16 164:14,15 182:8 204:7
294:14
**matters** 163:25 164:8,10 166:5,7
182:14 189:4 229:1 250:7 307:9
**maximum** 218:3,5,6 227:13
**ma'am** 166:13 167:11 171:4 172:1
178:21 186:16 190:25 193:20
195:4 206:12 207:11 209:24
216:15 217:12 221:15 232:16
239:7 244:7 246:16
**McArthur** 186:10
**McDonald's** 192:10
**meal** 278:13
**mean** 199:9 237:10 246:25 260:11
**meaning** 281:10 306:13
**means** 148:1 153:3 160:5 161:14
161:15,16 162:2,3,14,15,16
266:12 269:16,21 270:1,14 299:6
302:21 306:8
**meant** 197:15

**mechanic** 191:19
**media** 269:5
**mediate** 282:5
**medication** 175:13,15,19,24
195:21
**medicine** 195:16
**meet** 185:16 190:2 198:9 218:10
236:20 303:9
**meeting** 134:16 135:16,22 275:11
279:15 292:23 293:6,21 294:16
296:11
**meets** 279:16
**member** 170:21 243:6 268:20
304:5
**members** 172:14,25 212:7 216:11
246:25 264:3
**Memorial** 182:15 189:17 194:14
204:18 216:14
**memory** 267:2 272:10,10,12
**men** 285:20 291:23 297:2
**mental** 186:19
**mentioned** 154:8 160:20 184:13
231:19 235:12 236:10 243:5
**merchandise** 280:9
**mere** 138:18
**merely** 160:22 162:20
**merit** 153:21
**mess** 301:7 305:17
**messages** 269:22
**met** 133:11,15 145:1 165:15 290:24
296:17 300:8,9,10 302:17,18
303:20
**meth** 171:6 178:4
**Metropolitan** 216:8
**Miami** 129:15 174:18 195:1 207:25
214:13 215:2,21
**Miami-Dade** 216:7
**Michael** 257:8
**Michel** 213:16
**microphone** 145:20 182:1 195:4
197:1 198:15 250:24
**mid** 283:14
**middle** 294:11
**Miguel** 168:16
**Mike** 200:7
**mile** 209:22
**military** 185:20 187:10,13 190:8
191:14 194:25 200:9 201:3
203:12 205:19 206:5 207:16
208:6 210:12 211:8 216:11
217:22
**mind** 143:23 145:13 218:18 220:16
227:3,3 243:23 250:17 267:11
268:2 283:9 284:4 286:1,2
296:13 302:23 303:2 306:17
**minds** 254:4
**minute** 263:16 304:22
**minutes** 143:16 160:4 196:20
207:21 218:3,5,7,15 219:8
227:13,14 238:2 242:24 245:5,7
245:22 250:14,19,20 286:10,16
307:12
**Miramar** 129:17,18 183:5 190:6
194:14 198:13 204:22 205:3
210:24,24 216:9
**MIS** 174:11
**missed** 231:22
**missing** 232:7 300:4
**mission** 295:20
**misstatement** 221:1
**mistaken** 193:12 271:3
**mistrial** 306:13
**misunderstanding** 177:24
**mixes** 211:3
**molested** 211:15
**Molina** 168:16,17
**mom** 215:14 287:23,23,24,24,25,25
288:2 295:7
**moment** 287:13
**momma** 305:16
**Momplaiser** 179:8 194:12,13
196:23
**mom's** 277:23
**Monday** 216:18
**money** 144:3 148:14 151:25 152:7
152:10 166:23,24 202:23 211:21
273:20 274:3,4 275:12 278:10
281:19,22,23 287:4,5,7 290:21
291:24 293:11,12,23,23 305:3,5
**monitor** 207:5,7

monkey 302:8
Montalvo 168:16
month 199:6,8 293:7
months 134:18 137:22 204:17
215:22 278:3 289:20,21 293:5
morning 145:21,22 150:6 155:24
156:9,21 157:9,18,20 158:23
160:12 174:1,2 176:8,22,23
179:1,21,22 181:17 182:24,25
184:19 185:5,17 186:18,19 187:5
188:1,2,22 189:15 190:3,4 191:3
191:18 192:8,9 193:21,22 199:14
199:15 200:6,7,20,21 201:16,17
202:11,13,14 203:7,8,15,16
204:20,21 205:15,16 206:1,2,13
207:19,20 209:25 210:19 213:5
213:15 214:8,9 216:17 287:25
306:5,23,24 307:13
mortgage 307:14
Mosher 191:1,4,17 236:9 237:2
246:9 255:17,19
motel 168:20 276:1,18 277:2,3,4,5
277:8,14,15 278:24 280:16
282:17 283:8
motels 275:2
mother 211:19 212:1 288:12 301:6
mothers 301:5
Mother's 301:5
motion 131:20 145:24 146:5,8,10
146:25 153:21
motions 131:8 149:5,18,19
motivation 141:11 298:2 299:11
motive 142:4 144:1,2,4,5,6
mouth 181:3 198:11 212:15 222:21
move 179:6,7 183:15 239:23 241:6
246:13 252:22 281:21
moved 280:15 290:1,3,3,4
moves 253:15 254:15 278:19
movies 216:1
mugged 195:6,7
Muir-Gault 186:1,2 253:9,13
262:11 263:1
multiple 215:3 298:7
Murad 198:10,13 256:22,23,25
257:1
murder 210:15
music 185:20 203:22 206:19 211:3
muster 236:20
mustered 287:21
Myers 193:21,22 194:11 256:12,14
256:16 262:12 263:2
M-O-L-I-N-A 168:18

**N**

name 131:23 158:16 159:2,5
166:13,14 173:13,23 181:18
185:18 190:4 199:16 200:21
211:20 217:14 237:24 238:18
239:25 244:7,17 246:16 262:23
275:3,20 279:18 288:18 301:10
301:10,11
named 281:9 288:19
names 157:14 168:5,12 179:9,10
242:5 306:8
nap 227:20
narrow 242:25
Nathan 168:14
natural 224:17 239:2 240:21
nature 239:20 242:2,12 261:19
Navy 191:11
NE 129:15
near 275:13
nearly 152:3 298:6
necessarily 237:10
necessary 263:10
neck 286:20
need 139:1 145:20 146:15 147:2
149:2,9,19 154:20 156:10 160:16
173:15 178:24 179:3 182:1
183:14 188:18 189:1 190:17,20
195:4 197:23 198:11,15 200:15
209:8,19,21 225:24 230:1 232:22
232:24 233:3,7 250:14,19 262:14
264:4 278:8 279:18 282:2 288:13
288:13 289:2 290:4,5 293:11
307:9
needed 133:2,8,9 178:25 263:11
283:24 302:5
needle 286:11,12,12

needles 140:19
needs 140:8 144:3 149:14
negative 220:2,15 253:22
negatively 170:22 232:1
neighbor 290:12
neighbor's 290:12
neither 271:4 273:2 277:23
nephew 184:2
nephews 217:24
nervous 179:19 181:6 279:7
Nesbitt 216:4,4
Nesbitt-Bell 216:5,7
networking 269:23
Nevada 248:4,5
never 143:3,4 147:16 151:8 187:18
195:5,6 211:7 212:2 216:12
228:7 287:2 296:4 300:2,11
nevertheless 225:22
new 144:9 184:14 195:23 198:25
211:8,10 215:15 260:9 278:20
news 269:5 277:7
newspaper 269:7
newspapers 269:4
nice 277:17,17 278:4,17 306:23
Nicole 169:2
niece 195:24 205:7
night 185:25 201:18 229:13 253:2
278:4 295:16
nine 137:22 160:3 174:11 183:5
197:13 257:7 305:23 306:2,24
307:18
nobody's 196:14 250:11
noon 160:13
normally 218:16
Northwest 188:3
note 272:6
noted 240:18
notes 178:15 271:23,24,25 272:5,8
272:9,10 288:24
note-taking 272:3
notice 164:9,18 284:6
notifying 153:18
Nova 209:4
November 131:24
Numbers 213:9
numerous 290:10 291:23
nurse 189:17 194:13
nursing 195:24
NYU 195:25

**O**

oath 159:10 163:18 165:18 263:16
263:25 271:21
object 149:6 156:2 266:3 298:10
objection 131:10 136:23 138:14
144:24 146:12,20 220:25 253:6
254:17 256:23 266:4,6,8
objections 149:5,6 265:15
obscure 164:8
observations 259:20
obtain 147:4 148:12,16 149:24
150:2 151:2 161:13 162:1,13
obtained 148:15 150:18
obviously 151:13 162:6 164:1
188:15 208:15 226:12 234:12
occasion 145:18 220:6,11 226:2
279:10 283:13 288:6
occasions 211:12 275:12 290:10
297:12,24
occupation 173:14 174:4 176:13
181:18 183:1 194:17 200:7,21
201:17 202:16 203:8 205:18
206:23 207:24 209:4 214:19
217:14,20
occupational 192:17 205:18
occurred 134:18 136:8,15 137:22
292:12
October 238:19
offense 143:5 162:25 304:3
offered 132:20
offering 135:8
offers 266:1
office 154:21 155:10 168:9,10,15
169:3,9 172:24 186:7 197:17
202:14
officer 148:24 149:14 159:5 168:7
168:8 169:5 172:19 179:12,15
200:2 211:8,10 215:2 217:22
220:6 238:25 303:15

officers 220:3 294:19 295:14
297:24
Official 129:22
officially 230:24
oh 198:24 277:11
old 182:4 197:17 202:19 211:2
274:7 278:16 289:21 290:25
oldest 188:8 209:12
once 211:14,18 232:7 270:24
281:15 282:24 302:25 303:6,7
304:16 307:18
online 164:15 288:17
Opa-Locka 190:10 191:5
open 218:18 250:17 280:20,25
283:17 306:17
opening 130:2 160:10 262:16
263:18,21 264:16 265:12 272:24
273:2,2,14,16 292:2,21 299:16
300:25 301:16 307:7
operation 191:5
operations 192:20
operator 216:10
opinion 137:10 141:20 144:9
197:24 223:1,21 224:1,3,20,21
224:23 250:6,11 258:24 264:23
271:15
opinions 159:18 221:11 250:10
259:25
opportunity 132:1,3,9 266:25
288:5 294:24 296:1,3 297:9,10
300:8,8
opposite 140:19
opposition 133:10
Optima 199:17
options 155:22
oral 212:16
order 133:1 140:12 152:25 157:13
161:1 206:14 233:3 266:11 268:6
275:22 277:8 283:18 306:15
orders 153:6 289:6 306:15
Oregon 190:22
Orlando 168:11 285:3
outcome 193:15 208:11 221:21
267:3
outline 272:24
outnumber 217:21
outset 253:18
outside 142:9 196:10 264:25
271:16 280:7,20 290:7
outweigh 136:6,17,22 138:13
outweighed 134:23
out-of-town 278:2
overcome 220:24
overly 277:11
overnight 185:25 229:16
overrule 266:4
overtook 220:8,8
Owen 213:5,6
owned 191:6
owner 297:13
owning 172:3
owns 193:24 283:3 287:17
o'clock 160:3,3 178:24 263:11
305:20,23 306:24,24 307:18

**P**

pack 285:2,2,4
packed 285:7
pads 272:6
Page 130:3
paid 166:23 281:23 282:4
paint 142:19,24
pair 285:7
palm 148:23 152:1 161:6,23 162:9
185:10 304:21
panel 157:16 236:8 238:7 240:11
243:21 244:12 262:9
papers 209:13
paragraph 224:15,15
paralegal 228:8
paramedic 194:21
parameters 133:24
parents 211:15 277:22 304:17
parking 282:9
Parkway 129:17
part 147:25 155:17 159:7 164:25
165:2 250:6 266:22 277:9 300:19
parte 146:23 153:2
partial 216:20

partially 223:11,11,23,23
participate 222:1,5
participation 179:1 263:6
particular 132:1 134:5,22 136:16
201:3 208:13 238:4 272:17
307:6
Partlow 201:16,17 257:18,22
262:12 263:2
partly 305:6
partner 189:9 243:8,8,11
party 210:3 230:2 271:4
partying 277:16
pass 193:23 195:18
passed 202:19 211:9 263:23
passing 206:4 299:5,6
patient 263:7
patients 207:7
Patricia 179:16
Patterson 168:14
Paul 168:24 288:18,19
Pauline 129:22 159:4
pay 155:10 220:13 275:7 277:9
290:5 305:15
paying 230:22
payment 268:16
payroll 186:5 281:12
Pembroke 216:9 217:19
pending 183:22,23 300:15
people 139:17 168:6 169:13 170:7
172:3 179:11 197:3 211:4 220:19
221:9,9 223:17 224:8,9 226:1,3
226:10 235:4,6,9,17 238:4 239:4
246:13 264:25 268:10 270:7
281:8,9,10 285:9,9 298:3 304:17
305:10
percent 181:9,12
peremptories 254:3
peremptory 251:14,20 252:4,20
254:13 255:1,18,21 256:21
257:12,17 258:12,16,18 261:6
perfect 278:2
perform 254:6
performance 145:3 214:12,14
236:14,19,23
perils 156:12
period 142:10 143:22 282:25 294:6
294:11 296:23 297:2,4 300:10
periodic 160:15
periods 144:18
permission 283:20
permit 270:11,12,16,20
permitted 138:5 144:15 266:2
perpetrators 193:13
Perry 183:2
person 141:20 161:14,17 162:1,14
220:22 222:1,2 224:17 238:11
268:15,19 275:16
personal 159:22 268:6
personality 214:6
personally 208:8
personnel 158:25
person's 224:7
pest 202:17
Petco 185:19 229:10 230:9
pharmaceutical 205:16
Philadelphia 193:3
phone 150:1 153:12 154:22 155:9
276:7,8,9,10,22,24,25,25 277:11
278:22 279:16 284:21 287:23
288:17 289:3
phones 278:15 285:6
photographs 290:22,25
photos 290:9
phrases 271:11
physical 186:22 222:9,20 225:24
225:25
pick 183:9 240:7 249:21 291:19
picked 212:23 222:17 275:25 276:1
291:19
Piconi 167:10,17 169:14 178:9,23
picture 142:24 301:18,19
pictures 149:11,12,12 152:18,18
152:21 279:23,24 280:2
piece 265:7
pills 276:12 284:5,7,7,9,9 293:2
pilot 221:18
pimp 273:25 276:2 287:22
Pines 177:3 216:9 217:19
place 231:24 268:22 270:20,22,25

278:7 280:4 297:12
placed 279:11,11 290:21
placement 209:7,17
places 228:22 259:20 268:23
   279:11 283:7
Plaintiff 129:5
plan 209:17 216:16
plane 196:1 221:18,19,20
planned 184:14
planning 183:1 205:23
plans 190:23 216:1,14 228:19,20
   258:13
Plantation 210:7
play 140:8 242:9 260:9 287:6
playing 156:17 194:24 206:19
   283:9
plea 149:16 162:23
pleaded 210:16
please 159:9,12,20 168:6 179:4,11
   196:24 210:8 219:13,16 227:10
   238:20 245:1 250:17 262:19,21
   262:23 263:24 269:11 271:25
   301:3 303:14 306:15
pleased 208:15 262:22
pleasure 231:4
plenty 253:16 278:5 281:8 284:2
   306:5
pockets 291:24
point 138:2 140:22 143:13 149:1
   178:15 184:25 188:3 196:9
   218:18 234:17 237:8 259:19
   260:19 268:1 275:23 277:10
   278:8 279:25 280:15 281:14,20
   284:15,17,18 285:22 288:7,11
   289:9 294:24 302:23 303:2
points 154:18 301:15
police 148:21 149:7,14 168:7,8,23
   168:24,24 169:6,9,10 179:13,16
   205:3,21 211:8 216:7,7,8,11,19
   217:22 238:25 277:12 281:1
   282:11,14 289:6 294:17,19,19
   295:14,16,22 297:24 300:9,10
   303:10
policeman 194:4
Pompano 183:10 184:25 207:13
poor 236:23
portion 277:4,5
Portland 190:22,23 255:8
pose 229:3
position 140:15 141:17 223:17,19
possess 159:19
possessing 172:3
possession 281:15 294:12 300:15
possibility 200:16 281:2
possible 166:7 224:12 248:22
   261:22
post 131:11 280:1
posting 270:1
Potential 179:5
Powell 168:16 213:5,6,14
precautions 176:4
precedence 157:10
precise 294:5
preclude 135:7
precluded 132:8 137:13
predisposition 239:13
preface 210:1
prefer 173:19 222:3 225:4,6,9
   228:22
prejudice 166:7 241:24 242:15
   267:3
prejudicial 134:24 136:5,16,21
   138:13 142:18,23 143:1
preliminary 263:17 264:5
premature 270:18,19
premises 268:21,23
preparation 307:6
prepare 133:9 154:23 165:25
preschool 183:7
presence 166:3 178:1 219:24
present 131:3,5 133:17 137:9
   154:1 157:11 163:1 251:1 267:20
   273:4,7,10 305:24
presented 166:2 169:19 222:19
   225:23 264:20 269:12 271:10
presenting 229:17 231:11 237:18
pressing 148:16 218:9
pressure 175:14,18,21,22,25
   195:16
pressured 250:3

presumably 139:24 140:10
presume 239:9,19 240:7
presumed 162:24 267:12
presuming 240:4
pretended 287:11
pretrial 143:13
pretty 227:19 229:22 230:4 231:22
   278:1
prevent 134:2 229:21 233:6
preventing 202:18
prevention 202:18
previously 146:24 191:4
preyed 274:13
primary 302:6
principle 240:10
principles 245:7 264:4
prior 132:20 134:15 135:16,22,24
   136:20 138:1,9 139:3 144:4
   145:17 152:24 166:18 183:3
   187:10 191:6,7,10,13 203:9,12
   235:22
priorities 229:15
priority 229:15
prison 141:3 166:23 289:15,16
   299:4
private 306:19
probably 168:17 208:13 216:22,24
   230:24 248:12
probation 187:20 202:24
probative 134:4,22 136:6,17,22
   138:13
problem 169:22 170:14,15 171:13
   175:12 177:17 183:11 184:16
   188:12 198:12 199:22 212:14
   213:1 219:18 225:2 234:16
   247:16 249:15 251:22 261:18,25
   274:11
proceed 173:7 174:3 179:19
   273:18 301:2
proceeding 146:23
proceedings 129:11 219:17 227:11
process 190:6 235:19
produce 152:12 153:14
production 163:7,12 176:9,14
   214:20
products 207:25 231:20
profession 240:1
proffer 139:19
proffered 133:20 134:14 142:3
proffers 131:21 135:15
program 236:24,24 268:25
project 188:23 203:23 213:16
   214:5 229:4
promise 271:22 301:16
promised 270:15
promptly 268:18
proof 160:24 162:22 164:3 222:8,8
   222:9,9 225:12 267:15,17 268:2
propensity 137:24 138:1,18 142:1
   142:9 143:20 144:22,24
properly 154:23
Properties 203:10
property 149:24,25 150:1,2,4
   153:16,17
prosecute 141:13 143:3,5
prosecuted 140:24 141:1
prosecutor 172:19
prosecutors 173:1
prospective 238:3
prostitute 139:25 248:3 259:24
   287:10 291:4 294:9,21 297:1
   305:1
prostituted 292:10 293:21,22
prostitutes 248:2,6,6,7,25 258:22
   259:13,16,25 260:14,15,17,18,22
   291:20 305:8
prostitution 144:17,21 172:6
   234:15 247:17 259:22 260:2
   287:3 290:6 292:12,14 295:12
   296:6,22 300:14 302:1
protected 135:1
prove 133:5 134:10 149:9 151:21
   161:1 163:2,12 164:3 239:10,11
   244:14 246:10 267:19,24 295:6
   299:14
proved 154:4 165:23 226:16
   243:23 244:3,12 245:15 295:3
proven 222:4 226:20 242:1 244:1
   267:13
proves 264:24 265:3

provide 149:7,16,21 161:13 162:13
   163:19 269:25 275:15 278:7
provided 152:20 153:13 173:9
   179:9
providing 277:19
province 165:4,5
proving 133:10 163:6 165:15
pry 159:21
Publix 191:12 290:7 297:4,5,6,8
pull 153:10 220:12 238:25
pulled 220:8 239:2
pulls 286:13
punch 285:21
punishment 166:7
pure 302:7
purpose 159:15 266:15,17,18
   284:17 291:9
purposefully 279:9
pure 278:21 285:5
put 133:2 153:11 171:7 181:3
   184:22 224:24 245:14 267:22
   269:7 278:24 289:3
puts 276:10
putting 245:17 261:20 280:3
   281:20 290:14
p.m 219:4,5,12 263:14 307:24


                    Q

qualified 270:15
qualify 131:12
quarter 160:6 218:14,22,25 307:15
   307:21,22
question 137:17 170:7 171:21
   221:4 225:3,3,19 226:18 229:3
   234:7 237:6 238:13 241:7 243:18
   243:21 244:11 245:13,23 259:12
   265:18,21 266:1,4,6,9,9 270:23
questioned 294:18
questioning 284:14,18
questionnaire 173:10,12,15,20
questionnaires 170:20 173:8,11
questions 159:20 170:19 172:13
   188:16,17 212:5 218:4,5 219:23
   226:25 227:2,13,15,24 228:2
   238:6,7 260:5 261:1 265:15,16
   295:23
quicker 173:22
quickly 281:21 290:2
quit 185:24 229:11,12,25 230:6
quite 152:2 184:10 189:9 277:22


                    R

race 209:22
racing 191:23
radio 269:4
raise 168:6 179:11 230:16 233:17
   233:20,22 235:4 239:21 246:14
raised 165:21 166:12 167:21
   169:11,13 172:4,8,12,20 173:2,6
   238:14
raising 238:15 250:8
Ramos 168:22
ran 289:21 290:12
Randall 168:15
random 157:14
range 220:7
ranging 203:11
rape 167:13 178:9 282:12,13
Raton 302:13
reach 189:21 191:15 203:4 205:12
   213:11,12 264:12 282:24 283:12
   288:5
reached 184:6 192:4,13 196:8
   201:5,7 206:7 213:22 215:10
   269:9 287:23
reaches 288:10
reaching 266:20
read 161:2 168:5 193:1 204:24
   209:13 211:6 224:15 233:11
   263:17 269:2,10,11 271:6 272:8
reading 132:18 173:18 177:4
   186:12 189:2 191:13 194:24
   202:21 206:5 213:19 215:25
   242:5
reads 296:19
ready 157:19 227:20
real 166:22 199:16 210:10 277:17
   277:17 298:2,5
realistically 232:6

realize 232:5
realized 226:8
realizes 278:20 284:15
realizing 279:7
really 139:4 143:9 146:6 148:5
   156:2 174:24 175:6,16 183:17
   228:10 245:6 300:6
realtor 192:23
Realty 199:17
rear 277:5
reason 137:19,21 138:20 141:24
   142:4 177:20 185:23 213:2
   224:19 237:12 294:25 296:4
   298:2,5 299:8 304:19
reasonable 154:4 164:4 165:16,24
   178:5 221:13 226:16,21 239:12
   242:2 246:10 254:4 267:25
   299:15
reasonableness 267:5
reasons 134:6 135:23 170:5
recanted 299:9
receipt 149:8,10 152:14,15
receive 151:6
received 265:25 266:5,7
recess 157:2 196:6,17,21 218:22
   219:4,5 250:20,21 262:17 305:21
   307:10
recessed 307:24
recipes 190:8
reckless 161:14 162:14
recognized 214:3
reconvene 218:14
reconvened 219:5
record 132:17,18 151:4 157:11
   234:5,10,11,20 250:25
records 164:9 297:8
recover 148:9 278:4
recovery 293:5,12,14
recruit 161:13 162:1,12
Ref 184:22,22
refer 275:19
referral 188:3
referred 281:8
referring 153:7
reflect 157:11 250:25
refreshments 306:22
refused 149:21 155:1 226:6
refuses 153:24 289:4,8
refusing 275:7
regard 151:15,24 152:14,19 153:16
   175:7,8
regarding 132:6 133:19 138:11
   188:17 200:1 219:24 259:12,25
   268:6
Reginald 169:2
regional 192:20 194:14
registered 189:17 194:13
regret 284:20
rehab 274:10,21,22 302:14,16
relapsed 274:21,21,25 304:16,18
relapses 142:11
related 132:7 135:5 184:15 234:9
   268:9,13 269:3,15 271:8
relates 144:23
relating 165:8 171:9
relation 259:8
relations 144:17
relationship 131:22 133:21 134:9
   138:2 173:1 297:21
relatives 172:21
relevant 132:11 133:13 134:19
   136:1 137:12,14 138:22 141:7
   144:1 301:22
reliability 164:22
religious 170:5
rely 272:9
remain 240:12 267:21 276:19
remaining 146:21
remarks 264:16 265:13
Rembert 129:7,19 131:2,5,15
   138:25 139:7 146:18,21 150:17
   157:22 158:21,24 161:9 162:11
   168:2 219:9 250:25 274:17 277:4
   291:19 292:24 293:6,21 301:13
   301:21 302:4,10,18
Rembert's 131:10 135:12
remember 154:10 190:15 218:17
   249:2 250:16 271:24 292:16
   295:4 306:6
remind 263:10

reminded 197:2
reminds 286:4 287:17,17
render 245:8 270:13
rendering 156:4,18
rent 277:8,9 290:5
rented 277:7
rep 205:17 214:12
repeat 162:20 173:15 176:13
repeated 154:14
repeatedly 285:21
repetitious 264:16
Rephrase 221:4
reported 129:22 211:16 269:4,7
Reporter 129:22
reporter's 271:15
reports 149:8
represent 155:23 156:6,10,20,23
  156:24 226:7 237:25
representative 206:24,25
represented 131:3,5,6 157:12
  219:10 251:1
representing 155:19 156:12 158:6
  158:14,21
reputation 137:8,10 141:21
request 148:16 149:7 151:5 153:1
  155:21 268:15 297:18
requested 149:23 151:2
required 163:1 164:2 268:2,12
requires 268:5 271:6
rescheduled 230:2
research 269:14,16,19 271:8 306:7
  306:16
reservation 145:4
reserved 135:4
resided 277:5
residence 201:18 217:19
resolve 143:16
resolved 300:16
resources 174:7
respect 131:10,20 132:1 133:21
  135:23 136:7,20,20 138:10 139:2
  144:1 153:25 177:25 273:21
  279:2,2,3 305:13
responded 295:12
response 135:12 173:17 222:11
  227:19 259:3
responses 178:1
responsibility 165:7 230:12 231:21
  232:5 282:22 301:20
responsible 247:12 302:10
rest 202:9 245:17,18
Restrepo 206:16 244:18 261:13
restroom 262:14
result 193:9 243:9 306:13
results 306:12
resume 160:5 196:6
resurrect 300:2
resurrecting 298:6
retail 183:1 205:18
retailers 231:24
retired 190:6 191:4,21 194:16
  196:18 197:6,9,12,13 204:21,23
  206:2,19,21 208:3 210:23 211:1
  211:9 215:23
return 157:3 268:16
returned 289:10
returning 216:17
returns 259:10 276:6
reunited 289:11
revealed 295:22
revenue 197:6,9
review 155:18 209:18 231:6,9
  262:8
reviews 231:24 232:6
revisit 156:4
Richard 197:6 256:17
rid 255:11
road 238:24 276:16
rob 190:13
robbed 186:13 189:3 190:9
robberies 215:4
robbery 182:6 193:9,10 298:9
  299:2
Robert 191:19 200:21 205:16
  248:14 255:22 257:13 258:19
  259:8 262:11 263:1
Robinson 190:2,4 244:8,10 255:7
  255:15
Rochester 215:24
rock 187:14

Rojas 199:13,16 257:4,7 262:12
  263:2
romances 278:4
romantic 289:25
Romash 158:13 168:25
room 163:23 230:15 232:13 233:19
  234:7,21 269:13 272:1,6,7
  273:12,19,24 277:14,15,15
  278:19,20,24,25 281:19 282:8,12
  282:17,18,19 284:7,16 289:7
  295:13,14 303:11 305:23 306:2
  306:19,20
rooms 269:23 270:3
ropes 279:1
Rorque 206:13 207:9,12 262:2,6,13
  263:4
Rosalie 186:1,2 253:9 262:10 263:1
Roseangela 206:15 244:18 261:13
Rosenbaum 157:6
rough 230:4
row 234:5,5 237:15
RPR-CM 129:22
rule 132:9 135:1 143:12 154:20
  241:13 281:5 298:13
ruled 144:13,13,19 298:11,20
rules 173:22 236:17,19 257:2
  265:24 266:3 267:9,11 270:9
  271:17,19,21 274:1,18 278:25
  283:20 285:5,6 291:13
ruling 131:8 132:2 135:5 137:1
  138:9,15 140:3,6 141:8 298:16
run 231:19 232:24 281:1
runaway 295:18
Rutland 204:20,21 258:15

                 S

s 131:22 133:21 134:15 136:13
  139:20,20 284:1 287:20 300:1,18
Sabrina 161:10
sad 302:22
safe 255:11
safely 221:19
safety 236:24 294:25
sale 184:20
sales 183:6 205:16 206:24,25
  231:21
sanctions 306:14
Sandra 179:23 251:21
Sarah 169:3
satisfactorily 204:7
satisfy 302:5
save 294:22 297:25
saves 285:25
savior 285:24
saw 152:23 170:2 212:15 226:11,11
  230:15 238:24 242:18 264:22,25
  265:20,22 297:13
saying 140:14 142:12 147:5,7,14
  147:25 148:20 210:1 224:12
  235:8
says 139:21 144:7 241:23 266:22
  278:1,14 282:11 294:8,12 295:7
  295:9 296:2 304:6
scared 279:14
scene 271:4
schedule 160:2 218:2
scheduled 215:15
school 137:16,18 176:18 187:9
  195:24 202:20 203:22 209:15,19
  231:3,5
Schultz 168:10
Scott 201:17
scrubs 289:16
scuba 191:23
search 153:19,19,22 268:25 270:5
searched 153:20
searching 282:16
seat 157:13 179:6,7 196:6,23 214:2
  237:15
seated 157:17 158:11,19,24 159:3
  159:12 169:1 196:24 219:13
  227:10 259:12 262:21,24
Seatsman 210:21
second 135:12 139:2 147:25
  163:21 168:12 185:10 210:15
  220:10 234:5 240:12 241:6
  245:13 247:2 251:9 254:12
  267:17 270:24 278:20 285:24
  294:5

secretary 166:19 181:19 278:16
  303:21,23
section 161:20 280:8
Sections 161:18 162:5,18
Security 159:5 189:16 278:21
see 147:4,7 148:18,20 155:3,4,4
  163:22 165:21 167:9 169:11,25
  172:4,8,12,20 173:2 177:8
  178:25 196:10,14 218:20,24
  221:14 222:11 224:13 225:20
  226:12 228:15 231:6 235:5,7,13
  267:1 271:1 275:24 279:8,12
  281:13 284:22 286:20,22 289:2,4
  290:9,11,17,22 292:20 293:13,14
  294:4 295:16 296:25 303:2
  304:22 306:24 307:6
seeing 224:13 234:20
seeking 145:25
seeks 135:7
sees 286:12
Seitsman 210:19,22 230:17,18
  242:16
select 149:3 258:11
selected 199:25 218:12 223:8,9
  225:4 231:10 249:18 250:9
  262:23 263:5,10,15
selecting 157:9
self-employed 187:6 210:6
sell 139:6 217:17
selling 139:5 198:20,21 280:9
sells 289:23
Selvin 169:18 177:16 186:19
  253:14
Seminole 186:2,4
send 151:10 219:6
Senior 188:4
seniors 289:3
sense 212:6 299:13,13 300:7
sent 150:25 212:16,17 274:9,20
  277:21
sentencing 157:6
separate 137:5 140:8 150:20,24
  272:13,15
separated 286:22
separates 284:14,17,24
sergeant 220:9
Sergio 197:21 198:2
serious 233:16 242:4,6 271:18
  292:5 299:17
seriously 227:23
Serpa 176:8,9,21 251:11
serve 157:20 160:1 199:25 213:2
  225:8 231:4 238:3 254:4
served 153:1 186:24 202:23 204:10
  212:8 213:21,25 228:7
servers 280:7
service 140:4 180:7,9,10 185:21
  189:15 190:8 191:14 193:22,25
  194:18,18,25 197:9,13 200:10,24
  201:3 202:5,7 205:20 207:16
  208:6 214:12 229:24 263:8,12
services 173:4 174:7
serving 261:25 289:16
session 160:6 231:6,9
set 133:24 157:21 166:25 167:14
  211:23 277:7 281:17
sets 160:25 271:18
setting 304:21
seven 186:21 195:17 256:6,7
seventh 257:16
sex 132:12,21 133:14,18 134:5,15
  135:8,16 136:2,8 138:21 140:13
  142:2,5,8,9,13,16,16 143:21
  144:2 151:17 157:25 158:2,4
  161:17 162:4,17 222:7 233:12,19
  290:7,20 291:23 295:19 296:22
  297:2 301:25 302:3,24,24 303:12
sexual 135:5,24 136:20,21,23
  137:22 138:1,6,12 141:25 142:5
  144:16,17,23 173:4 226:2 227:6
  234:12,13 253:20
shame 296:10
shameful 293:18
Sharon 215:20
Sheriff's 168:9,10,15 169:3,9

Sherouse 181:21
Sherwin 214:23
Shook 181:21
shoot 283:4,5 287:18
shooting 193:2,7 214:25 215:8
  298:9 299:1
shopable 230:4
shopping 180:15 202:21
Shores 217:23
short 157:2 185:24 196:21 250:21
  262:17 284:24 285:1 292:19
  294:6
shortly 275:16 278:19 279:15
  290:4
shorts 285:8
Shot 190:12
shouldn't 184:16 208:19 243:12
  247:5 249:9
shoved 140:18
show 133:3 137:24 138:1,19 155:4
  155:5 278:8 296:7,12 297:3,8,11
  300:21 306:19,19
Showcase 176:9,14
showed 152:20 279:10
showing 142:1 282:3
shown 306:11
shows 211:7
side 165:6 232:13 234:7,10,10,20
  234:21 238:10,25 241:2,6 258:12
  266:2
sidebar 177:9,10 178:18 219:14,17
  227:11 253:21
sides 240:20,21 251:21 253:7
  261:13
sign 192:22
Signa 213:16
significant 171:6
signs 207:7
silence 246:7
silent 240:12 267:21
Silver 217:22
similar 144:13 173:5 220:11 280:2
simple 302:7
simply 142:1 144:21 265:3 272:24
Singh 168:16
single 182:3 185:19 186:21 192:11
  200:8
sirjsap.com 136:10
sir 134:7 149:1 154:16 155:24
  156:3,6,15,17 176:13 185:4,17
  186:18 187:2,5 192:7 194:7
  199:12 203:8,16 204:19 205:10
  213:6 218:1 221:18 222:15 223:7
  227:2 231:1,18 238:19 301:2
  307:8
sister 265:21
sit 177:21 196:6 225:1 233:23
  234:3,17 235:4 253:19 259:1
site 270:3
sites 173:3,5 269:23 270:4
sitting 160:16 209:15 228:23 229:7
  231:5,25 234:9
situation 136:7 219:16 220:11
  221:11,15 222:10 223:12 225:10
  231:2 233:2 300:16
situations 259:23
six 171:6 185:19 195:16 204:17
  269:14 285:9
sixth 135:3 256:1,20
skin 207:25 231:20
skis 304:21
slammed 226:4
slang 234:13,14,18
slap 287:4
slate 267:16
sleeping 305:6
slept 229:13
slow 220:8
small 279:12 290:3
smelled 264:22
Smith 192:8,9,15 203:7,8,14 256:2
  256:6 258:4,7 262:11,13 263:2,3
smoke 239:15
smoked 284:11
smorgasbord 249:19
snack 160:13
sober 274:23 275:9
soccer 174:15
social 194:19 269:23 270:4 278:21
socialize 205:4

society 259:20
sofa 279:11
sold 302:17
solely 167:2,15 169:15 264:19 269:12 271:9 272:18
Solomon 171:20 181:17,18 228:4 228:10 246:17 252:1
Solutions 214:20
solved 208:16
somebody 139:14 153:15 204:2,4 204:5,5 211:18 222:4 224:3,9 233:3 233:5 238:15,25 247:4 249:22 250:2 281:18 288:19 296:17
someone's 162:6 235:1 237:3,5 264:23
somewhat 132:23 173:21
son 171:5 178:4 180:17 191:10 192:23,24 193:2,7,16 194:21 202:19 205:1 208:4 214:22
sons 186:24
Sony 185:6
sore 288:8
Soria 217:2
sorry 176:11 178:17 181:2,6 182:6 193:6 245:20 249:10 250:1 298:12
sort 143:5 235:2 237:2 286:14
sounds 278:18
source 163:17,21,25 164:7,18 269:17 271:13
sources 163:16
South 304:20,22
Southern 129:1 161:7,23 162:10
space 269:24 277:7 280:19
spare 183:16 191:13 208:5
speak 145:20 154:11 182:1 189:1 195:4 196:15,15 197:1,3 198:11 206:13 250:24 273:20 289:5
special 158:12 159:19 168:25 169:2,3 271:11
specialist 174:5 186:5 188:3 192:24
specialize 176:25
specific 131:20 135:12 185:12 217:4 238:7 303:12
spectrum 165:6
spend 204:24 281:25
spending 148:13 215:14
spent 151:24 152:7,10 205:7
spillover 255:12
Spitzer 249:3
spoke 294:1
spokesperson 251:9
sports 200:9 207:16 210:11 211:6
spouse 191:21 201:1 202:3,22 206:19 208:2
spouse's 202:16 217:20
Springs 176:16 185:7 208:1 213:17
squarely 296:14
St 152:1
staffed 185:24
stage 209:20 240:3
stairwell 219:3
stand 154:20 163:20 218:22 250:20
standby 282:15
standing 158:20 159:4
standpoint 138:10
Stanley 179:25 180:1
start 155:12 160:2,9 173:25 183:12 238:7 267:16 284:3 305:23 306:8
started 301:11
starting 286:20 288:11
starts 280:4 290:6
Starwood 203:10
state 143:22 153:11 165:25 166:17 166:19 167:1 170:9 172:23 173:12,16,16,23 182:11,13 184:7 184:8 204:12,13 209:11 239:25 244:17 280:7 297:17
stated 135:23 137:15 253:18 298:15
statement 138:11 150:17 237:5,6 272:24 273:2 292:21 299:16 300:25 301:16
statements 132:3 138:11 160:10 237:9 262:16 263:18,22 265:11 265:12 273:2,14 307:2
States 129:1,4,12,22 132:16 144:10

157:21 158:7 161:18,19 162:4,18 227:21
station 153:10
statistics 279:21
status 207:14 208:2
stay 284:25 304:3
stays 278:18
stay-at-home 192:23
stealing 284:14 286:6
Steinberg 132:23
stenographer 159:4 197:2
step 137:19 180:15 189:9 215:14 250:15 261:3 262:23
stepfather 189:10 243:7,9,14
stepping 281:5
stepson 195:12
Steve 152:5 155:2 207:23 257:18 262:12 263:2
Stewart 140:23,24
sting 303:10,10
Stipes 129:22 159:4
stipulate 164:1,5
stock 201:18
stockbroker 197:18
stole 166:24 305:2,4
stolen 189:6 191:25 195:2 211:18 222:4
stomp 285:21
stop 175:19 285:25 302:15
store 202:6,8 214:23 230:1,3,12,13
straight 229:14
strange 291:23
strategy 147:5,14
Street 129:15
streets 153:9
stress 175:23 195:18 281:20
stressed 175:14,18,23 176:2 232:17,22 233:6 282:5
stressful 233:2
stricken 254:1 266:11
strictly 236:16 240:1 241:25 272:8
strike 251:12,18 252:18,22 253:15 254:11,15,23 256:9 257:9,14
strikes 252:3 254:20 258:8
string 286:13
strip 290:22
strong 172:2,5,9 234:3 245:15 246:5 302:15
structure 283:19
stuck 219:3
student 177:4,4
students 229:5
studio 211:4
studying 185:10
stuff 149:23 174:24 285:2,2,4 304:25
style 157:21
styled 132:16 144:10
subjects 209:6
submit 291:4 292:19 293:10 298:2 300:13,20 304:23
submits 134:1
subpoena 149:13,15,22,25,25 152:22
subpoenaed 149:14 152:23 212:2
subsequent 132:21 136:8,21,23 137:21,24 138:6,12 139:2 141:25 142:8 143:21,22 144:5,20,23
subsidize 277:8
substance 228:2
substantially 134:23 136:6,17,22 138:13
substitute 185:11 186:20
suggest 143:24 304:19 307:13
suggesting 225:7
suggests 265:18
Suite 129:15,18,20
summarize 273:10
summon 143:15
summons 227:23 228:3,14 230:20 242:13
Sun 193:23
Sunrise 174:14 186:7 206:3 209:10
Super 168:19
superseding 144:19
supervised 151:16
supervisor 132:23 184:25 202:3 213:6
supervisors 240:19
supplying 268:16

support 286:17
supports 138:21 140:15
suppose 176:17
supposed 154:12 154:7 190:18 196:16 215:13 285:25
sure 135:16 140:21 176:3 180:24 195:15,21 197:1 211:5 222:23 229:20 230:13 242:20 245:15 248:24 250:24 258:10 259:19 260:12 270:22 289:3 306:1
Surely 284:9
surgeon 212:16
surgery 212:20
surprise 151:8
survive 193:16
Susan 158:12 168:25
suspect 166:22 305:9
suspicious 275:23
sustain 161:1 266:6,8
sustained 136:24 138:14 144:25
swear 262:15
sweat 286:11
sworn 159:11 264:2,4
sympathy 166:7 236:5,13,25,25 241:17,23 242:9,15 249:7,13 260:14,15 261:20 301:12
Syndrome 204:5
system 189:17 237:1 239:9 243:6
systems 174:12 191:7

T

table 130:1 158:11 169:1 226:4 238:10 249:11
taint 177:23 178:2
take 148:21,21 149:11,12 150:8 152:21 156:25 157:10 160:4,7,11 160:12,17 163:18,22 164:8 165:13,13,18 175:15,19,24,25 176:1,4 178:1 190:18 195:16,21 196:5,17,23 218:16 231:24 236:5 236:13 243:13 263:19 266:25 271:24,25 272:6,9 273:20 278:6 282:22 283:23 284:6 286:8 289:24 294:22 300:21 306:18
taken 149:12 157:2 189:3 196:21 211:21 219:4 250:21 262:17 276:13 279:23 285:6,16 286:21
takes 138:17 143:16 175:20 276:10 276:24,25 277:2 284:7 286:3
talk 131:16 147:3 149:19 150:12 154:24,24 209:8 219:15 234:19 234:22 239:21 247:17 268:8 270:11,12,16 273:21 279:1,4,5 292:20
talked 150:14 248:10 304:2
talking 152:15 217:7 224:11 269:19 277:20 292:25 293:1,1 296:22
tall 279:21
Tamarac 185:19
tangible 163:21 222:9 225:12
tank 285:8
target 202:18 214:25 278:3
task 295:17
tat 155:8
Tate 179:25,25 180:1,3
tattoo 212:19,21
tax 177:21 217:16 249:18
teach 209:4,6 216:8 279:1 287:6
teacher 185:11 186:20 209:4,13 210:22,25 213:7 217:2
teaches 211:4
Team 214:13,14
Tech 200:7
technically 170:4
technician 186:20 189:15 202:17 203:16 206:17 207:5
telephone 269:22
television 247:20 269:4
tell 146:4 149:6 150:11,15 156:15 163:16,19 166:13 171:23 174:16 184:17 187:12 218:21 220:5 221:23 226:4 228:6 246:16 259:4 268:10,18 276:13 277:14,17,20 280:12,15,16 281:23 282:11,20 283:18 285:13 286:10,17,25 287:2,11,14 288:3 289:18 290:2 290:19,20 292:7 294:3,20 295:10 304:15,17,20 305:11
telling 153:25 211:23 222:1,2

223:22,23 224:9 235:3,21
tells 151:9 270:17 276:7,8,24 277:21,25 278:6 279:4 282:16 284:6,20 285:1 287:15,24 288:24 289:23 303:18
temporal 133:23 134:9 136:18,19
ten 188:25 257:23 286:10,15
tend 160:13
tendency 139:21 240:21 293:17
Tennessee 191:12 215:13
tennis 213:8
Teri 168:14
term 188:18
terms 234:14,14
terrible 302:9
test 229:5 263:23 274:25 276:24
tester 215:24
testified 267:1
testify 163:2,3 220:20 240:14,15,23 241:4,7,8,9,12 246:12 267:20,22 267:23 300:19 304:11 305:11
testifying 245:18 267:2
testimonial 222:20
testimony 133:9 137:10 141:11 144:16 163:19 164:6 165:2 222:21 224:19,20 234:17 235:13 237:5 242:8,8,13 243:13 264:21 266:21,21,24 267:4,5 269:1 270:21,25 271:9 272:12 296:16
text 269:22
texting 276:23
thank 143:18 167:17 170:17 172:1 176:6,7,21 177:7 179:1,2 181:16 181:25 184:18 185:4,15 186:16 187:4,25 188:21 189:13 190:1,25 191:17 192:7,15 193:20 194:11 196:4 198:8 199:11 200:19 201:15 202:10 203:6,14 204:19 205:14,25 206:12 207:8,11,18 209:1,23,24 210:18 213:4,14 214:7 215:16 216:2,3,25 217:12 218:1 222:13 223:5 225:17 227:22,22 230:14 231:1,15 233:9 237:22 239:6,23 242:22 244:10 244:21,23 245:1 248:17 250:12 250:13 261:3 263:5 264:1,1,9,3 300:23,24 305:18,19 307:4,5,8 307:23
Thanks 159:13
That's 155:5 231:17
theft 183:21 195:12 211:20 212:1
thefts 215:4
therapy 192:17
thing 140:19 148:8 152:4 154:15 156:13 164:17 183:8 207:23 212:22 230:23 245:20 255:11 278:13 289:13 300:12 301:19 302:9 303:1 305:7 307:7
things 146:8 147:2 148:15 149:4 152:2 154:6,11,25 163:22 166:2 189:3 211:4,4,7 226:10 228:19 229:13 230:20 235:2 237:2 246:14,20,21 247:1,16 250:9 259:23 265:9 267:1 283:25 285:7 287:6 288:1 292:6 293:24 294:2 294:8 295:25 297:7 298:1,3 301:18 304:22
think 132:8 133:12 138:17,22 139:3 139:4 140:7,23 145:10,16 146:15 146:17 151:3 152:3 163:15 168:11 169:5,22 170:13 171:17,25 174:25 175:1,2,5,17 178:5 180:23 183:11 184:2,3 185:23 188:14 189:5 193:19 194:4 197:21,23 198:23 208:10 211:16 212:7,14,18,25,25 214:3 216:23 218:8,9 220:16 221:1,19 222:6,9 223:17 224:8 225:11 227:6 229:17 233:5,7,20 237:12 241:1 241:1 242:21 247:25 248:4,5,11 248:20,25 249:23 253:4 254:1,3 255:11 259:3 260:2,4,20 265:7 265:17 303:25 307:13
thinking 227:6 228:25 229:4,6,9,13 230:18 232:3,3 237:18
thinks 266:2 277:12 278:17 288:18 289:9
third 163:25 230:2 233:14 237:15 252:19 255:20 267:24 303:25
Thomas 187:5,6,25 245:23 254:8

Thompson 168:15
thought 145:17 212:15,18 224:23
239:14 277:11 283:23 307:2
threat 291:10
threatened 148:24 292:18 296:21
threats 134:11 158:1,3,5 161:15
162:2,15
three 157:24 183:7 188:8 189:18
191:5,10 192:21 197:16 201:2
202:17 207:21 208:10 217:21
219:8 252:14 254:22 267:10
268:18 297:19 307:1,2
three-week 297:2
threw 187:13
throat 140:18 142:20 288:8,9
thrown 229:12
thugs 285:17
Thursday 132:15 145:1,4 150:7,11
182:20 212:21 304:11
TIA's 195:18
ticket 196:1 220:13 278:3 299:9
Tien 179:16
Tiger 197:22 198:3
time 133:24 135:9 138:2 142:12
144:18 146:7 150:8 151:25 154:8
155:3 156:8,16 173:21 175:14,21
175:25 183:16 186:24 187:14
191:13 193:11 195:6,22,22
200:15 201:1 202:1 204:24 205:7
208:5 211:19 218:15 220:8,10
231:23 237:6,7,21 238:10,13
242:23 268:14 277:16 281:25
282:4,25 283:21 290:8,11,17
292:23,23 294:6,11,18,22 295:11
297:3,4,6,24 298:1 300:10
301:22 302:13 303:5 304:6 306:5
timely 149:18
times 151:23 153:24 195:17 215:4
226:1 259:21
timing 134:9
tiny 285:7
tired 229:18,22
tit 155:8
title 161:18,19 162:4,18 298:23,24
today 140:10 141:11 145:5 148:8
160:7,11 244:13 263:20
told 145:9 146:25 150:10,14,15
151:17,19,20,23 152:14 153:14
154:11,12 160:19 211:15 212:18
212:18,22,22 230:24 245:8,16
274:22 276:19 278:25,25 279:2,3
285:11 286:5 287:18 290:12,13
291:14 296:24
toll 198:16,18
tomorrow 263:12 306:24
Tompkins 153:5 157:13 159:2,5,9
159:13 200:1 263:16,24 306:18
tonight 185:25 229:15,24
tons 284:5
tool 274:14
top 285:8
topic 143:14
torn 230:3
totally 260:3
touch 163:22
touchy 219:21
tournament 197:19
town 152:19 215:13 276:18 277:3
278:17 286:21
trading 140:24 141:1
traffic 199:24 306:3,4
trafficking 157:25 158:2,5 180:20
222:7 233:12,14,20 234:8 242:4
260:3 295:19
training 159:19
Tran 203:15,16 258:13
transaction 275:21
transcript 129:11 148:9,10,20
151:24,25 152:4
transferring 285:3
translater 154:10
translator 154:12
transpired 222:12
transport 161:13 162:1,13
Transportation 193:23
travel 153:3 190:21 195:20,23
204:24 205:19 206:5 208:22,24
216:1 231:21 255:16
traveling 182:13 199:18 210:12
treated 187:1 195:14 198:23

202:25 205:9
treatment 293:3,7
tree 217:15,16
trees 217:17 304:21
trial 129:11 145:5,5 147:4,5,9,21
148:10,15 150:20 155:23 156:9
156:17,21,23 157:21 159:1,7
160:10 182:17,19,20 183:20
184:13 191:15 193:15 198:6
210:15 212:2 219:5 228:10,24
232:4 234:9 253:3 255:9 260:2
264:5,6,11 268:7,14,17 269:11
271:18 272:22,23 274:1 301:11
304:4 306:17 307:14
trials 150:24
Tribe 186:2,4
tried 198:2 232:19 243:6 272:14
282:12,12,13 287:6,11 290:10,11
295:7
tries 282:24 286:3 288:20 290:8
trip 184:13,14 205:24 208:23
215:15
trouble 162:5 240:4 279:19
284:23 289:10
truck 198:13
true 221:12 229:10 260:20 265:18
295:1 296:5
trunk 286:13
trust 271:20
truth 147:7,8,9,10,12 148:5
163:19 220:19 222:2,2 223:22,23
224:9 235:3,22 302:22
truthful 141:20 223:11,11 225:17
truthfulness 141:21
try 149:6 150:2 154:15 155:22
160:8 218:9 229:20 238:6 241:17
242:25 266:9 276:22 287:7
301:15
trying 151:15,25 152:5 153:8 154:1
181:3 190:13 232:18,25 259:19
260:13,16 275:2 277:12 278:1
282:5 287:8 295:18
Tuesday 164:13,13
turn 286:9
turned 189:5 274:7
turns 285:14,14
TV 200:9 211:6 214:25
twelve 258:7
twice 198:19 200:12 212:9 230:2
281:14 303:5,6
Twitter 269:24
two 134:18 139:17 155:21 166:1
169:13 173:13 180:15 182:14
183:6 184:25 185:9,20 187:8
188:4 191:10,21 193:25 194:16
194:21 198:18 202:24 204:23
205:11 207:14 209:7,12 210:11
213:18,21,25 221:2,10 233:13
242:16,24 252:9 254:22 258:11
262:7 268:14 275:12 281:3 283:2
284:9 285:17,17,20 291:24
292:13 296:15 301:17 304:2,9
tying 260:19
type 164:14,17 166:21 173:1
211:17 222:7,10 234:17 268:16
types 185:20 211:13,14 295:25
typically 279:12

U

ugly 299:17
ultimate 138:22
ultimately 141:6 165:22 284:19
288:21 289:11
ultrasound 213:18
umbrellas 265:1
um-m-m 146:2 156:1 214:20
222:23
unable 154:23 253:23
unavoidable 299:22
unaware 243:11
uncle 190:18 215:2
uncomfortable 160:18
uncommon 275:21
understand 133:1 140:3,6,11 141:8
147:22 154:12 156:12 159:20
170:2,13 181:9,13 188:13 200:17
208:17 217:9 223:8,12 230:14
232:18,20,25 245:11,20,23 246:2
249:12,14,17 254:2,4 260:10,19

270:9 271:20 272:25
understanding 143:24 217:6
224:15 298:16
understands 249:7
understood 181:11 246:24
underwent 293:3 294:2
undetected 275:22
undisputed 292:22,25 293:22
297:19 299:19
undivided 211:21 232:9
unemployed 214:18
unfair 259:2
unfavorable 172:18
unfortunately 208:6,10 274:21
unhappy 145:3
United 129:1,4,12,22 132:16
144:10 157:21 158:7 161:18,19
162:4,18 184:22 227:21
University 194:22
unknown 161:5,11,22 162:8
unlocked 283:19,21
unrelated 143:14
unreliable 304:1
untrustworthy 304:1,14
untruthful 223:24
upset 153:17 220:14 228:14
usage 142:4 171:10
use 133:21 138:21 141:19,19
165:22 170:23 188:17 247:15
254:2 255:18 258:16 261:6
268:24 270:5 274:14 276:8,25
279:24 293:18 296:21
user 171:6 178:4
uses 142:11 271:11
Usually 240:19
utility 191:19
uttering 299:5
U.S 214:20

V

v 141:9
vacation 182:21 199:6,11 204:18
215:12 216:2,14 217:11 230:6
256:22 257:2 258:13
Val 143:11
Valerie 159:2
valuable 224:3,5 250:10,11
value 134:23 136:6,18,22 138:14
152:16 231:14
Vanderplas 202:15
Vanessa 129:14 131:7 158:7
various 215:4 250:7,7,8
vase 193:11
vehicle 276:2,6
vehicular 210:14
venire 157:1,13,16 159:11 165:19
166:10 169:7,12,15 172:2,5,9
196:18 219:11,12 229:3 247:10
247:13 250:18 262:20 263:14
veracity 137:11
verdict 159:16 161:1 163:4,24
165:22,25 166:1,6,9 167:15
169:13,15 184:6 189:21 191:15
192:4,13 198:6 201:5,7 203:4
213:11,12,22 215:10 245:9,9,19
249:24 264:12 266:20 269:9
270:14 272:20 273:13
verdicts 205:12 206:8
Vermont 274:9 275:9 278:17
282:25 293:3 302:12,12 304:8,17
Vero 148:22 151:24,25 179:14
versus 131:18 132:16 144:10
157:22 202:7 235:8
Viamontes 129:14 130:4 131:6
132:5,22 133:16 134:1 135:20
137:7 141:16 146:12 158:7,9
163:5 167:24 177:14,21 178:5,10
219:25 220:1 221:5 222:1 227:1
227:17,19 228:1 230:8 237:19,22
251:3,16,24 252:3,14,6,13,16,22
253:1,12,15 254:11,15 255:3,14
255:18,25 256:3,13,23 261:2,9,16
261:22 262:4 273:17,18,19
298:10,17,20 307:4,8
vicious 273:25
victim 131:22 133:11 134:3 135:5
137:8,15 139:11 166:20,21 167:1
167:13 178:9 193:2,7 195:1

208:7,16 211:11,17,19,21 215:3
216:13 233:14,15 242:7,8
victimized 248:5
victims 144:17 166:24 247:25
248:2,7 258:22 259:13,16
victim's 132:20
video 148:9,10,18
view 241:11 268:21,25 271:3,15
Vincent 217:14
violate 135:2 136:4 220:14 306:14
violated 286:6 291:13 306:10
violating 281:4 282:23 306:10
violation 161:18,19 162:4,17
violence 172:10 184:2
violent 298:8
Virginia 202:11,14 257:24 262:12
263:3
visit 268:21 270:20
vital 207:7
voice 149:5,6 223:1
voir 159:8,10,15 218:10 263:6
VOLUME 129:10
voluntarily 274:22 302:3,19
volunteered 140:17
vs 129:6
vulnerable 274:13 280:10 291:19

W

wait 145:14 155:4 206:15 218:20
257:1 278:20 285:24
waiting 285:18
wakes 284:13
walk 182:4 209:20 286:18 296:1
297:9
walked 238:9 295:13
walking 194:24 264:25
walks 158:16 285:23
wallet 278:21 285:6
Wallgreens 232:7
Wal-Mart 201:18,25 207:3 232:6
want 132:2 133:17 140:23 141:23
142:13 143:6,11,14 146:4,18
147:8,10 148:10 149:2,8,11,11
149:19 151:16,19,22 152:9,25
154:12,16,24 155:8,12,20,25
156:6,10,20 160:12,17 171:16,21
181:3 183:8 196:22 200:5 219:14
219:15,22 222:1 225:1 227:22,24
247:17 249:19 250:6,9 254:2,3
259:21 260:8,16,22 269:19 275:8
278:8 282:3 287:16 288:2,3,25
289:3 294:5 298:3 301:17,18
307:1,12
wanted 147 152:21 182:11,22
184:17 207:21 219:22 220:12
243:1 259:13 276:16 281:25
287:1 295:2,5 303:3
wants 143:1 145:14 146:17 147:13
152:16 153:16 255:10 277:24
286:1,2
warehouse 200:22 214:15
warns 288:2
warrant 153:19,20,22
warrants 304:9,12
Warsh 185:16,18 229:9 249:23
252:21
Washington 131:18
wasn't 133:10 139:13,14 140:18,18
140:24 153:14 192:13 208:15,15
215:7 230:19 242:17 246:5
258:25 281:2 294:25
watch 197:19 211:6 269:2
watching 271:6
Water 200:8
way 144:13 145:13 147:5 148:22,23
159:17,22 160:9 163:4,15 167:9
173:11 178:2 183:9 207:17
216:13 221:12 229:18 235:6
239:18 240:6 241:2,11,14 244:22
280:17 291:7 300:16
ways 249:8 271:12
wear 291:10
wear 193:5
web 173:3,5 269:23 270:4
website 136:9
week 153:9 182:18,19 184:15
190:17,18,20,20,21 199:10,11
208:23,24,24 209:17,18 215:14

215:14 217:11 228:20 229:12
231:22,22 255:8,9 256:22 257:2
**weekend** 157:19 216:14,17
**weeks** 182:14
**weigh** 279:22
**weighed** 136:19
**weight** 171:11 240:16 265:7 267:22
272:11 286:18
**welcome** 159:14 186:17
**went** 141:3 149:24 150:1 152:22,23
210:3 212:2,14 219:1 220:13
232:19 253:20 284:10,10,11
303:10,11,16
**Wepler** 196:22 197:1,6 198:8,12
256:17,18
**weren't** 299:24
**west** 183:10 205:23
**Western** 144:9
**Westin** 180:6 189:16 192:18
**wet** 264:25 265:1
**we've** 262:8
**whatsoever** 132:7 265:22 270:1
**whispering** 287:24
**widowed** 206:3
**wife** 184:24 185:8 198:16 200:8
202:4 203:18,20 210:7,25 213:7
273:25 276:3
**wife's** 205:17
**Wilcox** 129:19 130:5 131:5 138:15
138:17 139:10,13 140:20,22
143:18 146:11,15,16 157:3,5,8
158:22,23,24 168:2 176:11
177:20,24 178:7,11 197:8 201:20
219:7 220:25 223:3,4 244:24,25
247:11,14,18 250:13 251:4,12,18
251:23 252:2,8,11,18 253:6,10
254:1,9,17,23 255:5,23 256:5,9
256:15,18 257:1,5,14,21,25
258:6,8,20,22 259:6,7,12 260:5,7
260:24 261:5,6 300:25 301:1,3
305:19 307:21
**willfully** 161:10
**William** 168:16
**Williams** 188:22,23 189:13 214:23
243:3 254:19,24
**willingness** 143:21
**Wilson** 179:19,21,23 181:16 245:19
251:21
**win** 147:9
**wish** 134:7 183:16 271:24 273:7
292:2 300:25
**withholding** 284:3
**witness** 163:6 10 137:8,10,10,17
153:7 163:19 170:3 195:5,6
210:13 212:2,3,6 215:7,7 222:21
223:10,10,10,21,22,22,23 224:18
234:22,24 263:20 264:25 265:20
265:22,22,23 266:22,24,25 267:1
267:2,2,4,5 271:1,3 282:16
287:20 304:13 305:24
**witnessed** 221:13
**witnesses** 149:13 152:22,23
163:17,17 165:2 170:9 178:14
234:14 235:13 249:11 265:17
266:19 267:8 270:8 271:25 272:4
273:4,7 292:8 305:14
**WL32** 144:11
**woman** 142:20,25
**women** 147:14,17,23 151:17
259:21 260:16,18,21,22 280:10
280:10 283:10 284:1,16,17
292:13 299:22 300:5
**wonder** 238:11 239:1,1 280:24
**wondered** 238:21,22
**wondering** 209:16 220:7
**won't** 178:2 205:24 284:6 301:16
303:14 306:20
**word** 163:11 165:22 296:15
**words** 181:3,12 188:13 234:18
239:10 271:11 297:20
**work** 160:3 172:23 174:8 175:23
179:24 180:1,3 181:20,22 183:1
184:14,21 185:18,25 186:9 188:4
190:5 192:9 194:14,19 195:2
200:23 201:25 203:16,18,18,20
203:21 208:5,5,5,5 210:8 215:15
228:19 229:24 230:1 232:10
236:8 240:1,11,20 241:20 250:8
274:24 278:14 288:16 297:8
304:12,22

**worked** 166:17 167:1 194:18
203:17 206:4 207:12 236:10
**working** 158:25 208:3 214:22
219:3 262:25 275:6 279:5 280:4
281:8 295:17 297:4,5,6
**works** 168:19 174:13,14,17,17
202:4,17 209:11 214:23 249:7
**world** 241:11
**worried** 232:10
**worry** 278:12
**worth** 289:10
**worthy** 224:6
**wouldn't** 132:10 133:18 182:19
182:10 197:18 211:22
**Wow** 227:19
**wrap** 250:22
**write** 243:7
**writing** 191:13
**wrong** 193:13 210:20 224:22,23
232:8 235:7 243:14

### Y

**yacht** 183:6
**Yankees** 260:9
**Yardley** 207:12 262:3
**yeah** 193:10 205:7
**year** 194:2 203:25 207:13 209:15
209:19 210:2 231:3,5,23 232:7
278:16 290:24 296:22
**yesterday** 197:19 301:6
**Yockey** 168:14
**York** 144:10 184:14 195:23 198:25
211:8,10 260:9
**young** 142:20 246:9 280:10,10
281:3,4 283:10
**younger** 209:13 215:8
**youth** 202:23
**youthful** 187:16
**you'd** 244:17
**you've** 196:1 269:9
**Ysern** 179:7 185:5,6,15 228:16,23
235:15 241:16 252:15

### Z

**Zacca** 129:16 130:5 131:3 134:7,8
136:25 137:4 139:19 140:16
143:13 145:1,9 146:17,20 147:5
148:11 149:3,21,23 150:2,3,16
151:2,5,7,13 152:9,12 153:3,7
154:19,21,25 155:2,6,7,17,18,20
158:15,18,19 168:1 177:13 178:8
178:12,14,17 179:14 222:14,16
223:2 237:23,24,25 238:17
242:23,25 243:2,19,20 244:23
245:16 250:23 251:5,7 254:20
255:11 258:10 260:25 261:10,15
261:19 262:5 290:2 298:18,18
298:22 299:1 300:24 307:5,20
**Zacca's** 140:22
**zealously** 154:2
**Zoe** 161:8 274:12 281:9,9 291:22

### $

**$15,000** 152:9
**$280** 303:12

### 1

**1** 157:24 161:4,6,19 162:5,9,18
163:9 174:5 176:9,24 179:23
182:25 185:6 186:19 188:2 192:9
197:6 203:8 214:12 215:20
233:12 294:7,7
**1st** 303:6
**1:45** 219:5,12
**10** 174:15 176:19 177:5 180:16
182:5 183:18 185:2,13,21 186:12
186:23 187:10 188:11 189:2,19
190:8 191:14,24 192:12 193:1
194:1 196:20 198:4,19 199:18
200:11 201:4 202:21 203:3,12,24
205:1 206:6,18 208:7 209:14
210:13 213:8,20 215:1 217:4
218:5 227:14 238:2 245:5,6,22
**10th** 217:11
**10-minute** 196:5,17
**10:00** 157:16
**100** 181:9,12
**1001** 141:10 143:4

**11** 146:25 161:4 162:7 175:9,10
176:19 177:5 180:16 182:3,5,6
183:18 185:2,13,22 186:12,23
187:11 188:11 189:2,18,19 190:9
191:14,24 192:12 193:2 198:4,19
199:19 200:11 201:4 202:22
203:12,24 205:6,22 206:6 208:7
209:14 210:13 213:8,17,20 215:3
215:21 217:4 294:6,7
**11th** 154:9 303:6
**1100** 129:20
**115** 175:21
**12** 175:10 176:16,19 177:5 180:16
182:5 183:19 184:24 185:2,13,19
185:22 186:23 187:11 188:11
189:9,19 190:14 191:9,14 192:3
192:12 193:3 194:8 198:5,19
199:19 200:11 201:4 202:22
203:13,24 205:7,22 206:6
208:1,21 210:17 213:21 215:9
217:5,24
**12th** 189:9 297:15
**12-60312-CR-COHN** 129:3
**12:15** 157:6
**12:30** 160:5 218:7 219:4
**12781** 129:17
**13** 129:7 164:12 175:10 176:20
177:5 180:17 183:19 185:1,2,13
185:22 186:23 187:11,12 188:8
188:11 189:9,19 190:14 191:14
191:20 192:3,12 193:3 194:8
198:5,19 199:17 200:11 201:4
202:22 203:13,25 205:7,22 206:6
208:1,21 210:17 213:21 215:9
217:5,24
**14** 167:13 175:10 176:20 177:5
181:8,8 182:12 184:5 185:3,8,13
185:22 186:15 187:23 188:8,11
189:12,16,19 190:14 191:15
192:3,12 193:3 194:8 195:16
197:16 198:5 199:5,19 200:11
201:4 203:3,13 204:10 205:11,22
206:6 208:21 210:17 212:8
213:9,21 215:9 217:5,25 305:22
305:24
**14687** 151:3
**15** 160:4 175:11 176:20 177:5
181:8 182:12 184:5 185:3,13,22
186:15 187:3,24 188:12 189:16
189:20 190:14 191:15 192:3,12
193:4 194:9 195:15 198:5 199:5
199:19 201:5 203:3,13 204:10
205:11,22 206:6 208:21 210:17
213:9,21 215:9 217:5 218:3,15
227:13 254:23
**15th** 199:21
**1568** 144:11
**1591(a)(1)** 161:18 162:5,18
**1594(c)** 161:20
**16** 175:12,12 176:20 177:5 181:8
182:12 184:12 185:3,14,22
186:15 187:3,24 188:12 189:25
190:17 191:16 192:6,14 193:5
194:9 198:7 199:5,19 201:13
203:5,13 204:17 205:13,23
206:10 208:22 209:14 210:17
212:13 213:13,24 215:10 216:1
217:6 294:10
**169** 135:13
**17** 176:5,20 177:6 181:15,25 182:2
182:12 184:12 185:3,14,23
186:15 187:3,24 188:8,20 189:12
189:25 190:17 191:16 192:6,14
193:5,6 194:9 198:7 199:5,20
200:8,18 201:14 203:5,13 204:17
205:13,23 206:10,20 208:22
209:8,14 210:17 213:13,24
215:12 216:1 217:10,21,25
289:20 290:24
**18** 161:18,19 162:4,18 166:17
213:18 290:25 301:19
**181** 135:10
**183** 131:21
**19** 202:19 278:16
**1973** 210:25
**1975** 211:9
**1988** 210:14

**2** 129:10 134:19 158:2 161:21
162:19 163:10 174:4,5 176:9,13
176:24 183:1,5 185:6,18 186:2
187:6 188:2,23 189:15 191:19
192:9 200:7 215:20 217:2
**2:00** 160:6 218:14,22,25
**20** 166:23 203:10,11 205:6 213:18
214:17 240:2 274:7,7 278:16
**2006** 164:12
**2007** 131:24 161:21 289:18,19
290:12 296:18,20 297:1,17
**2008** 289:13,19
**2009** 161:23 296:20
**2012** 136:11,12,14 161:4,6 162:7,9
293:5 294:6,7,7,7,10 295:11
301:22
**2013** 129:7 136:8,15 140:4 144:11
146:25 151:3
**205** 175:21
**21** 187:8 188:5 193:25 210:11
217:21
**22** 187:7 191:21 207:14 217:21
256:14 295:11
**23** 187:8 194:15 197:7,10,12,13
202:19 209:5,10 216:9
**23rd** 182:20
**24** 185:1,10 198:13 203:11,17
207:15 217:3
**24th** 216:15
**25** 177:3 185:9 186:7 192:11
183:25 207:13 210:11 216:8
**25th** 216:2
**26** 166:24 190:6 194:13,22
**27** 186:21 201:2 202:17
**27th** 190:20
**273** 130:4
**28** 176:24 191:21 193:24 201:2
**28th** 182:13,15 204:18 258:13
**29** 201:2
**292** 130:5
**299** 129:23

**3** 158:4 162:7 163:9 174:11 176:16
177:3 180:6 185:19 186:7,20
187:7 188:5,24 189:16 191:20
192:10 214:17 217:2,19
**3:19** 263:14
**30** 187:13 194:21 200:22 206:3
**301** 130:5
**303** 129:18
**31** 195:1,8
**31st** 199:9 206:11
**32** 192:21 200:8
**33** 192:21 203:4
**33027-2908** 129:18
**33132** 129:15
**33301** 129:21,24
**36** 191:11 202:16 208:4
**37** 192:21 210:22 211:2
**38** 182:4
**39** 204:24

**4** 174:11 176:16 177:3 180:6 183:5
184:24 185:19 186:7,21 187:7
188:5,24 191:20 192:10,18
197:16 199:17 214:17 217:3
**4th** 129:15 219:2
**40** 190:5
**400** 129:15
**403** 138:4 143:2
**404(b)** 143:24
**41** 204:24
**412** 132:8,9 134:2 135:1 137:13
142:17 143:2
**42** 191:11
**43** 171:4 178:3 197:17
**44** 167:11
**45** 218:6

**5** 174:11 176:16 177:3 180:6
184:24 185:8 187:7 188:7
188:5,25 189:16 191:21 192:11
192:19 197:16 198:16 214:18
217:3
**5:00** 307:24



**50** 204:22

---
**6**
---
**6** 174:11 177:3 180:7 183:6 184:24
185:8 186:7 187:8 188:6,25
189:2,17 191:21 192:19 197:16
198:16 199:18 203:11,18 213:18
214:18
**6:30** 183:9

---
**7**
---
**7** 174:15 176:17 177:4 180:15
182:4 183:6 185:9 186:8,12,21
188:8,25 189:2,18,18 191:21
192:11,21 197:17 198:18 199:18
203:11 214:22 215:23 217:3
**7th** 188:10
**7:30** 287:24

---
**8**
---
**8** 168:19 174:15 176:19 177:4
180:15 183:16 185:1,12 186:12
186:22 189:2,18,18 191:23
192:11 197:18 198:18 199:18
201:1 217:4
**8th** 188:9
**8:00** 183:9,12,13 306:4 307:20
**85** 304:20

---
**9**
---
**9** 151:3 174:15 176:19 177:4
180:16 182:5 183:18 185:1,12
186:12,23 188:11 189:2,19
191:24 192:11 193:1 194:1 198:4
198:18 199:18 202:21 203:24
205:1 206:20 209:14 213:9,20
215:1 216:1 217:4
**9th** 209:7
**9:00** 183:12,14 199:21 306:5
307:15,21,22
**911** 290:13
**954-769-5496** 129:24
**99** 129:15